UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: 21ST CENTURY ONCOLOGY CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2737 <br><br> Case No. 8:16-md-2737-MSS-AEP <br><br><br> This Document Relates to All Cases |

### NOTICE OF APPEARANCE

Pursuant to this Court's Case Management Order No. 1 and Order Setting Initial Status Conference (Dkt. No. 19), Linh G. Vuong hereby enters her appearance on behalf of Plaintiffs Stacey Schwartz, Judith Cabrera, and Bradley Bernius in the above-referenced action and certifies the following:

1.  I am a member in good standing of the following courts:

| **Title of Court** | **Date of Admission** |
|---|---|
| California State Bar (No. 286837) | December 7, 2012 |
| United States District Court for the Northern District of California | January 8, 2014 |
| United States District Court for the Central District of California | December 17, 2014 |

2.  I submit myself to the jurisdiction of this Court for purposes of this case and I consent to be governed by, bound by, and subject to all of the Local Rules of this Court, including without limitation, Local Rule 2.04.

Dated: October 21, 2016                         Respectfully submitted,

By: /s/ *Linh G. Vuong*

1

Linh G. Vuong

**GIRARD GIBBS LLP**
601 California St., 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
lgv@girardgibbs.com

*Counsel for Plaintiffs Stacey Schwartz,
Judith Cabrera, and Bradley Bernius*

## **CERTIFICATE OF STANDING**

I hereby certify that on October 21, 2016, I electronically filed the foregoing document by using the CM/ECF system, which will send notification of such filing to all counsel of record.

        By:  /s/ *Linh G. Vuong*
        Linh G. Vuong
        **GIRARD GIBBS LLP**
        601 California St., 14th Floor
        San Francisco, CA 94108
        Telephone: (415) 981-4800
        Facsimile:  (415) 981-4846
        lgv@girardgibbs.com

        *Counsel for Plaintiffs Stacey Schwartz, Judith Cabrera, and Bradley Bernius*