**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE: 21st CENTURY ONCOLOGY CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2737<br><br>Case No. 8:16-MD-2737-MSS-AEP<br><br>**This Document Relates to All Cases**<br><br>Initial Status Conference<br>November 16, 2016, 9:00 AM<br>Courtroom 7A |

**PROPOSED JOINT AGENDA FOR INITIAL STATUS CONFERENCE**

I. **Introduction of Counsel and Parties in Attendance**

    A.    <u>List of Cases and Counsel for Plaintiffs Already Transferred to MDL 2737, Pending Motions, and Attendance at 11/16/2016 Hearing:</u>

        Exhibit A

    B.    <u>List of Cases and Counsel for Plaintiffs Pending Transfer to MDL 2737, Pending Motions, and Attendance at 11/16/2016 Hearing:</u>

        Exhibit B

    C.    <u>Counsel for Defendants Already Transferred or Pending Transfer to MDL 2737:</u>

        Exhibit C

    D.    <u>Case and Interested Counsel in the Insurance Declaratory Judgment Action:</u>

        Exhibit D

II. **Proposed Manner of Proceeding**

    A.    <u>Litigation</u>

        1.    Appointment of Interim Lead, Liaison, Coordinating Counsel and Steering Committee for Plaintiffs

      2.      Appointed Counsel Meet and Confer Regarding Proposed Rule 16 Schedule

      3.      Prepare and Serve Initial Disclosures

      4.      Prepare, File and Serve Joint Proposed Rule 16 Schedule, which will include a proposed discovery plan and proposed deadlines for:

          a.      Filing of Consolidated Complaint;

          b.      Filing of Rule 12 Motion(s) or Answer to Consolidated Complaint; and

          c.      Filing of Motion for Class Certification.

      5.      Prepare and Serve Discovery. Defendants may seek to stay or limit discovery pending resolution of the motion to dismiss. Defendants intend to meet and confer with interim lead counsel about a voluntary production of non PII documents during a proposed stay and any agreement will be reflected in the anticipated Proposed Rule 16 Schedule to be negotiated with interim lead counsel.

   B.   <u>Plaintiffs' Position: Discussion of Case Resolution</u>

      1.      Preliminary Discussion of Settlement Prospects

**III.**   **Motions Proposed for Early Consideration**

   A.   <u>Motions for Appointment of Interim Lead, Liaison, Coordinating Counsel and Steering Committee for Plaintiffs</u>

   B.   <u>Defendants' Motion to Dismiss the Consolidated Complaint</u>

   C.   <u>Defendants' Motion to Stay Discovery or to Limit Discovery Pending Resolution of the Motion to Dismiss</u>

**IV.**   **Other Pending Issues**

   A.   <u>Insurance Carrier Declaratory Judgment Action</u>

Respectfully submitted on November 2, 2016.

| **KELLER ROHRBACK L.L.P.** | **BAKER & HOSTETLER** LLP |
|---|---|
| By: */s/ Cari Campen Laufenberg* <br> Gretchen Freeman Cappio, admitted *pro hac vice* <br> Cari Campen Laufenberg, admitted *pro hac vice* <br> Amy N. L. Hanson, admitted *pro hac vice* <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Telephone: (206) 623-1900 <br> Facsimile: (206) 623-3384 <br> gcappio@kellerrohrback.com <br> claufenberg@kellerrohrback.com <br> ahanson@kellerrohrback.com <br><br> ***Counsel for Plaintiffs Rona Polovoy, Robert Russell, and Veneta Delucchi*** | By: */s/ Casie D. Collignon* <br> Casie D. Collignon, admitted *pro hac vice* <br> Paul G. Karlsgodt, admitted *pro hac vice* <br> 1801 California Street, Suite 4400 <br> Denver, CO 80202-2662 <br> Telephone: (303) 764-4037 <br> Facsimile: (303) 861-7805 <br> ccollignon@bakerlaw.com <br> pkarlsgodt@bakerlaw.com <br><br> Jerry R. Linscott <br> Florida Bar Number 148009 <br> **BAKER & HOSTETLER** LLP <br> 200 South Orange Ave., Suite 2300 <br> Orlando, FL 32801-3432 <br> Telephone: (407) 649-4000 <br> Facsimile: (407) 841-0168 <br> jlinscott@bakerlaw.com <br><br> ***Counsel for Defendants 21st Century Oncology Holdings, Inc.; 21st Century Oncology, LLC; 21st Century Oncology Management Services, Inc.; 21st Century Oncology, Inc.; 21st Century Services, LLC; and 21st Century Oncology of California*** |
| Robert C. Gilbert <br> Florida Bar Number 561861 <br> Ari Kaufman <br> Florida Bar Number 84382 <br> **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT** <br> 2800 Ponce de Leon Blvd., Suite 1100 <br> Coral Gables, FL 33134 <br> Telephone: (305) 529-8858 <br> Facsimile: (954) 525-4300 <br> gilbert@kolawyers.com <br> kaufman@kolawyers.com <br><br> ***Counsel for Plaintiffs Rona Polovoy, Robert Russell, Stacey Schwartz, Judith Cabrera,*** | Daniel Girard, admitted *pro hac vice* <br> Jordan Elias, admitted *pro hac vice* <br> Esfand Y. Nafisi, admitted *pro hac vice* <br> Linh G. Vuong, admitted *pro hac vice* <br> **GIRARD GIBBS LLP** <br> 601 California St. #1400 <br> San Francisco, CA 94108 <br> Telephone: (415) 981-4800 <br> Facsimile: (415) 981-4846 <br> dcg@girardgibbs.com <br> je@girardgibbs.com <br> eyn@girardgibbs.com <br> lgv@girardgibbs.com <br><br> ***Counsel for Plaintiffs Stacey Schwartz,*** |

3

| | |
|---|---|
| *Veneta Delucchi, and Bradley Bernius* | *Judith Cabrera, and Bradley Bernius* |
| David L. Ferguson<br>Florida Bar Number 981737<br>**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**<br>1 West Las Olas Blvd., 5th Floor<br>Ft. Lauderdale, FL  33301<br>Telephone: (954) 525-4100<br>Facsimile: (954) 525-4300<br>ferguson@kolawyers.com | Laurence D. King, admitted *pro hac vice*<br>Linda Fong, admitted *pro hac vice*<br>Matthew George, admitted *pro hac vice*<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 772-4700<br>lking@kaplanfox.com<br>lfong@kaplanfox.com<br>mgeorge@kaplanfox.com |
| *Counsel for Plaintiffs Rona Polovoy, Robert Russell, Stacey Schwartz, and Judith Cabrera* | *Counsel for Plaintiffs Jim Bimonte and Mary Ann Rodriguez* |
| Kenneth G. Gilman<br>Florida Bar Number 340758<br>**GILMAN LAW, LLP**<br>Beachway Professional Center Tower<br>8951 Bonita Beach Road, S.E. Ste. #525<br>Bonita Springs, FL 34135<br>Telephone: (239) 598-3541<br>kgilman@gilmanlawllp.com | Michael W. Sobol, admitted *pro hac vice*<br>Roger N. Heller, admitted *pro hac vice*<br>Michael Levin-Gesundheit, admitted *pro hac vice*<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, Flor 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>msobol@lchb.com<br>rheller@lchb.com<br>mgesundheit@lchb.com |
| *Counsel for Plaintiff Stuart Kaplan* | |
| Jodi Westbrook Flowers, admitted *pro hac vice*<br>Mathew Jasinski, admitted *pro hac vice*<br>Laura Ray*, pro hac vice forthcoming*<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-9163<br>Facsimile: (843) 216-9027<br>jrice@motleyrice.com<br>jflowers@motleyrice.com<br>mjasinski@motleyrice.com | Jason Lichtman, admitted *pro hac vice*<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>Telephone: (212) 355-9500<br>jlichtman@lchb.com<br><br>*Counsel for Plaintiffs Wilhelm Radauscher, Elizabeth Cetrulo, and David Glickman* |
| *Counsel for Plaintiff Mary Barbieri* | |
| Charles PT Phoenix, Trial Counsel<br>The Florida Bar No. 0535591 | David Hughes Harris<br>**HARRIS LAW FIRM, PA** |

4

Email cptp@RhodesTucker.com
Jason T. File
The Florida Bar No. 0023155
Email jf@RhodesTucker.com
Anthony J. Dimora
The Florida Bar No. 0092347
Email ad@RhodesTucker.com
**RHODES TUCKER**
2407 Periwinkle Way, Suite 6
Sanibel FL 33957
Telephone: (239) 472-1144
Facsimile: (239) 461-0083

Thomas V. Girardi
California Bar No. 36603
Alexandra Steele
California Bar No. 291339
**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles CA 90017
Telephone: (213) 977-0211
Facsimile:   (213) 481-1554
tgirardi@girardikeese.com
asteele@girardikeese.com

Jason W. Graham
Georgia Bar No. 304595
**Graham & Jensen, LLP**
17 Executive Park Drive, Suite 115
Atlanta, GA 30329
Telephone: (404) 842-9380
Facsimile: (678) 904-3110
jgraham@grahamjensen.com

*Counsel for Plaintiffs Frank Baburchak, Kevin Hennings, Dorothy A. Ivory, Irene Goodman, Lana Izworski, Jeremy Miller, Helene Phillips, Lew Phillips, Leonardo Rodriguez, Stacey Schall (Adams), Kathleen Shaver, Dolores Stubbs, Berdenna Thompson, J.V. (a Minor by and Through Parent and Natural Guardian Robert Vosganian), and Karen Vosganian*

8695 College Pkwy, Suite 1350
Ft Myers, FL 33919
Tel: (239) 985-4240
Fax: (239) 236-0940
dhhesq@gmail.com

*Counsel for Plaintiff John Dickman*

Curtis B. Miner
Florida Bar No. 885681
Julie Braman Kane
Florida Bar No. 980277
Stephanie A. Casey
Florida Bar No. 097483
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone:  (305) 476.7400
Facsimile:   (305) 476.7444
curt@colson.com
julie@colson.com
scasey@colson.com

William DeForest Thompson Jr.
Florida Bar No. 735264
**WILLIAM DEFOREST THOMPSON JR., LLC**
2051 McGregor Boulevard
Fort Myers, FL 33901
Telephone: (239) 332-3655
Facsimile:  (239) 334-3615
wdeft@thethompsonlawfirm.net

*Counsel for Plaintiff Trelease*

Steven William Teppler (FL Bar No. 14787)
**ABBOTT LAW GROUP, PA**
2929 Plummer Cove Rd.
Jacksonville, FL 32223-6672
Tel: (904) 292-1111
Fax: (904) 292-1220
steppler@abbottlawpa.com

Mark S. Goldman
Brian D. Penny
**GOLDMAN SCARLATO & PENNY, P.C.**
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel: (484) 342-0700
Fax: (484) 580-8747
goldman@lawgsp.com
penny@lawgsp.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com

*Counsel for Plaintiffs Timothy Meulenberg and Sharon MacDermid*

Steven S. Maher
Florida Bar No. 887846
Matthew S. Mokwa
Florida Bar No. 47761
THE MAHER LAW FIRM, PA
631 W Morse Blvd., Suite 200
Winter Park, FL 32789
Tel: (407) 839-0866
Fax: (407) 425-7958
smaher@maherlawfirm.com
mmokwa@maherlawfirm.com

*Counsel for Plaintiff George Delgado*

Joshua H. Eggnatz
Michael J. Pascucci
**EGGNATZ, LOPATIN &PASCUCCI, LLP**
5400 S University Drive, Ste. 417
Davie, FL 33328
Tel: (954) 889-3359
Fax: (954) 889-5913
jeggnatz@elplawyers.com
mpascucci@elplawyers.com

Patrick Slyne
Melissa Emert
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
pkslyne@ssbny.com
memert@ssbny.com

*Counsel for Plaintiffs Matthew Benzion, Gayle Birken-Sikora, Matthew Sikora, Susan Lewin, Jeffrey Lewin, Jon Lokietz, Caryn Bendetowies, and Rita Marx*

Neil Burnstein Fineman
Phillip R. Poliner
**FINEMAN POLINER LLP**
155 North Riverview Drive
Anaheim Hills, CA 92808
Tel: (714) 620-1125
Fax: (714) 701-0155
neil@finemanpoliner.com
phillip@finemanpoliner.com

*Counsel for Plaintiff Daniel Padilla*

6

Daniel S. Robinson (SBN 244245) admitted *pro hac vice*
drobinson@rcrsd.com
Wesley K. Polischuk (SBN 254121) admitted *pro hac vice*
wpolischuk@rcrsd.com
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Kent G. Whittemore
KENT G. WHITTEMORE, ESQUIRE
The Whittemore Law Group, P.A.
100 Second Avenue South, Ste. 304-S
St. Petersburg, FL 33701
Tel: (727) 821-8752
kwhittemore@wherejusticematters.com

*Counsel for Plaintiff George Delgado and Melquiades Bonilla*

Eric A. Grover, admitted *pro hac vice*
Robert Spencer, admitted *pro hac vice*
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Tel: (415) 543-1305
Fax: (415) 543-7861
eagrover@kellergrover.com
rspencer@kellergrover.com

*Counsel for Plaintiffs James Corbel and Roxanne Haatvedt*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which send notice of electronic filing to all counsel of record.

                                                          */s/ Casie D. Collignon*