1               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
2                  TAMPA DIVISION

3  IN RE: 21st CENTURY ONCOLOGY,    MDL No. 2737
    CUSTOMER DATA SECURITY BREACH
4  LITIGATION               Case No. 8:16-MD-2737-35-AEP

5  _____/

6                      Tampa, Florida

7                      November 16, 2016

8                      9:30 a.m.

9

10       TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
        BEFORE THE HONORABLE MARY S. SCRIVEN
          UNITED STATES DISTRICT JUDGE AND
11   ANTHONY E. PORCELLI, UNITED STATES MAGISTRATE JUDGE

12

13  Appearances:

14  Counsel for Plaintiffs:      MS. CARI C. LAUFENBERG
                      Keller Rohrback L.L.P.
15                   1201 Third Ave., Ste 3200
                    Seattle, WA  98101
16                   (206)623-1900
                    claufenberg@kellerrohrback.com
17

18                   ROBERT C. GILBERT, ESQUIRE
                    Kopelowitz Ostrow Ferguson
19                   Weiselberg Gilbert
                    2800 Ponce de Leon Blvd. Ste 1100
20                   Coral Gables, FL  33134
                    (305)384-7270
21                   robert@gilbertpa.com

22                   MATHEW JASINSKI, ESQUIRE
                    Motley Rice, LLC
23                   20 Church St., 17th Floor
                    Hartford, CT  06103
24                   (860)882-1681
                    mjasinski@motleyrice.com
25

1                               CHAD J. ROBINSON, ESQUIRE

                                Wites & Kapetan, PA

2                               4400 N. Federal Hwy

                                Lighthouse Point, FL   33064

3                               (786)519-2423

                                chad@chadrobinson.com

4

5                               MS. JULIE B. KANE

                                CURTIS B. MINER, ESQUIRE

6                               Colson Hicks Eidson Penthouse

                                255 Alhambra Circle

7                               Coral Gables, FL   33134-7414

                                (305)476-7400

8                               julie@colson.com

                                curt@colson.com

9

10                              KENT G. WHITTEMORE, ESQUIRE

                               The Whittemore Law Group, PA

11                             100 Second Avenue S., Ste 304-S

                               St. Petersburg, FL   33701

12                             (727)821-8752

                       kwhittemore@wherejusticematters.com

13

14                              CHARLES PT PHOENIX, ESQUIRE

                               Rhodes Tucker

15                             2407 Periwinkle Way, Ste 6

                               Sanibel, FL   33957

16                             (239)472-1144

                               cptp@rhodestucker.com

17

18                              DAVID H. HARRIS, ESQUIRE

                               Harris Law Firm, PA

19                             8695 College Pkwy, Ste 1350

                               Ft. Myers, FL   33919

20                             (239)985-4240

                               dhhesq@gmail.com

21

22                              MATTHEW GEORGE, ESQUIRE

                               Kaplan Fox & Kilsheimer LLP

23                             350 Sansome Stree, Ste 400

                               San Francisco, CA   94104

24                             (415)772-4700

                               mgeorge@kaplanfox.com

25

1              MS. LINH G. VUONG
               Girard Gibbs LLP
2              601 California St., 14th Floor
               San Francisco, CA  94108
3              (415)981-4800
               lgv@girardgibbs.com
4

5              ERIC A. GROVER, ESQUIRE
               Keller Grover LLP
6              1965 Market St.
               San Francisco, CA  94103
7              (415)543-7861
               eagrover@kellergrover.com
8

9              STEVEN R. MAHER, ESQUIRE
               MATTHEW S. MOKWA, ESQUIRE
10             The Maher Law Firm, PA
               631 W. Morse Blvd., Ste 200
11             Winter Park, FL  32789
               (407)839-0866
12             smaher@maherlawfirm.com
               mmokwa@maherlawfirm.com
13

14             BRIAN PENNEY, ESQUIRE
               Goldman Scarlato & Penny P.C.
15             161 Washington St., Ste 1025
               Conshohocken, PA  19428
16             (484)342-0700
               bpenny@lawgsp.com
17

18             MS. MELISSA EMERT
               Stull, Stull & Brody
19             6 East 45th Street
               New York, NY  10017
20             (212)687-7230
               memert@ssbny.com
21

22

23

24

25

**CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER**

```
 1                                    JOSHUA H. EGGNATZ, ESQUIRE
                                      The Eggnatz Law Firm, PA
 2                                    5400 S. University Dr., Ste 413
                                      1920 N. Commerce Pkwy
 3                                    Davie, FL  33328-5315
                                      (954)634-4355
 4                                    JEggnatz@ELPLawyers.com

 5                                    WILLIAM deFOREST THOMPSON, JR.
                                      William deForest Thompson, Jr. PA
 6                                    2051 McGregor Blvd.
                                      Ft. Myers, FL  33901
 7                                    (239)332-3655
                                      wdeft@thethompsonlawfirm.net
 8

 9

10   Counsel for Defendants:         PAUL G. KARLSGODT, ESQUIRE
                                      MS. CASIE D. COLLIGNON
11                                    Baker & Hostetler
                                      1801 California St., Ste 4400
12                                    Denver, CO  80202
                                      (303)861-0600
13                                    pkarlsgodt@bakerlaw.com
                                      ccollignon@bakerlaw.com
14

15                                    JERRY R. LINSCOTT, ESQUIRE
                                      Baker & Hostetler, LLP
16                                    200 S. Orange Ave., Ste 2300
                                      PO Box 112
17                                    Orlando, FL  32802-0112
                                      (407)649-4000
18                                    jlinscott@bakerlaw.com

19   Court Reporter:                 MS. CLAUDIA SPANGLER-FRY, RPR,
                                      RMR, Official Court Reporter
20                                    801 N Florida Ave., 7th Floor
                                      Tampa, FL 33602
21                                    (813)301-5575
                                      cookiefry@aol.com
22

23

24

25
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1                    P R O C E E D I N G S

 2                      November 16, 2016

 3                         ********

 4         THE COURT:  Please call the case.

 5         THE CLERK:  In Re:  21st Century Oncology Customer

 6  Data Security Breach Litigation, MDL No. 2737, Middle District

 7  Case No. 8:16-MD-2737-MSS-AEP.

 8             Counsel, please state your appearances for the record

 9  starting with counsel for the Plaintiffs.

10             MS. LAUFENBERG:  Good morning, Your Honor, Cari

11  Laufenberg, Keller Rohrback, on behalf of Plaintiffs Polovoy,

12  Russell and Delucchi.

13             THE COURT:  Good morning.

14             MR. GILBERT:  Good morning, Your Honor, Robert

15  Gilbert on behalf of the same named Plaintiffs.

16             THE COURT:  Good morning.

17             MR. JASINSKI:  Good morning, Your Honor, Mathew

18  Jasinski on behalf of Mary Barbieri.  I'm here for my

19  colleague, Ms. Flowers, who had to attend a funeral today, and

20  so I apologize that she's not here.  I'm here in her stead.

21             THE COURT:  Good morning.

22             MR. ROBINSON:  Good morning, Your Honor, Dan

23  Robinson, Robinson Calcagnie on behalf of Plaintiffs Bonilla

24  and Delgado.

25             MS. KANE:  Good morning, Your Honor, Julie Kane with
```

1    Colson Hicks Eidson from Miami on behalf of Plaintiffs

2    Trelease.

3          MR. WHITTEMORE:  Good morning, Your Honor, Kent

4    Whittemore from St. Petersburg, counsel with the same

5    Plaintiffs.  Thank you.

6          MR. PHOENIX:  Good morning, Judge, Charles Phoenix

7    from Rhodes Tucker in Fort Myers and also here on behalf of Tom

8    Girardi from Giradi & Keese in Los Angeles.  And we represent

9    Frank Baburchak, Kevin Hennings, Dorothy Ivory, Irene Goodman,

10   Lana Izworski, Jeremy Miller, Colleen Phillips, Lew Phillips,

11   Leonardo Rodriguez, Stacey Schall Adams, Kathleen Shaver,

12   Dolores Stubbs, Berdenna Thompson, J.V., a minor, and Karen

13   Vosgaian.

14         THE COURT:  And where is Mr. Girardi this morning?

15         MR. PHOENIX:  I'm sorry, Judge, he is on a committee

16   to assemble sketches for -- courtroom sketches for the Library

17   of Congress, and there's a meeting this morning in Washington

18   and that's where he is now.  And I apologize on his behalf that

19   he's not able to be here.

20         THE COURT:  All right.

21         MR. HARRIS:  David Harris on behalf of Kenneth

22   Gillman on behalf of Plaintiffs Stuart Kaplan and John Dickman.

23   Mr. Gilbert has a family member who has a serious medical

24   issue.  He contacted me, he was distraught about it, I told him

25   I would stand here in his stead.

1          THE COURT:  All right.

2          MR. GEORGE:  Good morning, Your Honors, Matthew

3  George from the Kaplan Fox Law Firm and I'm here on behalf of

4  Plaintiffs Jim Bimonte and Mary Ann Rodriguez.  Thank you.

5          MS. VUONG:  Good morning, Your Honors, Lynn Vuong of

6  Girard Gibbs on behalf of Plaintiffs Schwartz, Cabrera and

7  Bernius.

8          MR. GROVER:  Good Morning, Eric Grover, Keller

9  Grover, on behalf of Plaintiffs James Corbel and Roxanne

10 Haatvedt.

11         MR. MAHER:  Good morning, Your Honors, Steve Maher

12 from the Maher Law Firm on behalf of George Delgado.

13         MR. PENNY:  Good morning, Your Honors, Brian Penny

14 from Goldman Scarlato & Penny on behalf of Plaintiffs

15 Meulenberg and MacDermid.

16         MS. EMERT:  Good morning, Your Honors, Melissa Emert

17 from Stull, Stull & Brody on behalf of Plaintiffs

18 Birken-Sikora.

19         MR. EGGNATZ:  Good morning, Your Honors, Joshua

20 Eggnatz on behalf of the Birken-Sikora Plaintiffs and the

21 Benzion action as well.

22         MR. MOKWA:  Good morning, Your Honors, Matthew Mokwa

23 for the Maher Law Firm on behalf of George Delgado.

24         MR. MINER:  Good morning, Curtis Miner along with

25 Julie Kane who is at counsel table, also from Colson Hicks

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

1    Eidson on behalf of the Trelease Plaintiffs.

2              MR. THOMPSON:  Good morning, Your Honors, William

3    Thompson, Jr. for the Trelease Plaintiffs.  I'm co-counsel with

4    Mr. Miner and Ms. Kane.  My office is in Fort Myers.

5              THE COURT:  Good morning, Counsel.

6              And for the Defense?

7              MR. KARLSGODT:  Morning, Your Honor, Paul Karlsgodt

8    for Baker & Hostetler on behalf of the Defendants.

9              MS. COLLIGNON:  Good morning, Casie Collignon, Baker

10   & Hostetler on behalf of the Defendants.

11             MR. LINSCOTT:  Good morning, Your Honor, Jerry

12   Linscott with Baker & Hostetler on behalf of the Defendants.

13             THE COURT:  Good morning, Counsel.  Almost took up

14   half the hearing with all the lawyers.

15             Well, I guess the first order is welcome to all of

16   you.  As you know, I'm Mary Scriven, who has agreed to serve as

17   the MDL Judge for this case.  It was originally presented in

18   Fort Myers, and now we've gathered everybody and all things

19   pertinent to it here in the Tampa Division.

20             With me is Judge Porcelli who had drawn the long

21   straw or the short straw, depending on how you all behave, to

22   serve as our able co-Judge in the case to keep the case moving

23   and get it prepared for its eventual return to its originating

24   location, although I think the Fort Myers case may stay here

25   for a permanent resolution and not be transferred back to the

1    Fort Myers Division.  But the remaining cases are anticipated

2    to be returned to their respective jurisdictions for final

3    trial should that become necessary.

4              I have read all the material that you all submitted

5    and have a sense of what the case is about.

6              Is there anyone who feels any need to further

7    elucidate the Court on the case or on anything that has

8    developed since the last pleading was filed?  All right.

9              Do any of you know of any other cases that are due to

10   be transferred to the Court based upon your having been

11   approached from the Defense perspective or having been called

12   from the Plaintiffs' perspective by any other lawyers who claim

13   to have clients they intend to bring into the fold?

14             MR. KARLSGODT:  Your Honor, from the Defense

15   perspective, we're not aware of any additional cases that have

16   not already been transferred to the Court.

17             THE COURT:  All right.

18             Any from the Plaintiffs?

19             MS. LAUFENBERG:  Your Honor, Cari Laufenberg.  I'm

20   not aware of any.

21             THE COURT:  All right.

22             Well, what we will do is, as I understand the MDL, if

23   something gets filed, it will be filed against the Defense, the

24   Defense will notify the MDL and they'll promptly transfer the

25   case here.

1        We were told at the training conference that if

2   someone is aware, particularly Plaintiffs, are aware of people

3   who want to file a case, they can direct file in the MDL Court.

4   I'm not so sure I like that approach because I think

5   jurisdiction originally lies in the jurisdiction where the case

6   is supposed to be filed, but if they say it can be done, I

7   guess it can.

8        My preference would be for them to file it, notify

9   the MDL and have it transferred.  I just think that's a cleaner

10  approach because it also gives me a better sense of where to

11  transfer it back to in the event that it needs to go back to be

12  tried.  So, if you know of somebody, make sure that they're

13  aware that we have this case and we intend to bring them all in

14  as they get filed if there are any remaining to be filed.

15       The first order of business, of course, is to appoint

16  counsel in the case to prepare the case going forward.  I've

17  read the submissions that you all have provided for me.  And

18  let me just -- I mean, it's not a suspense novel, let me just

19  tell you what my intent is at this point with respect to the

20  appointment of counsel.

21       I know that you all have created your own teams.

22  From my perspective, an amalgamation of teams is better suited

23  to resolve this case.  I think there are matters that are

24  specifically California curious and then Eleventh Circuit

25  Middle District curious, and I think we need to have

1   representation from both camps with respect to those, so this

2   split of teams doesn't really work for me in that respect.

3           And so my preliminary assessment is to appoint Keller

4   Rohrback and Robinson Calcagnie as interim co-lead counsel, to

5   appoint Robert Gilbert and Jodi Westbrook of Motley Rice as

6   co-liaison counsel, to appoint the Steering Committee of I

7   think everyone who asked to be on the Steering Committee, plus

8   people who are not on the main committee, which is Kaplan Fox,

9   Girard Gibbs, Gillman Law, Maher Group, Girardi, Phoenix,

10  Grover and Colson Hicks, and to appoint the Whittemore Law

11  Group as local counsel.  That's my sense of how things ought to

12  be.  I am open to reconsideration or further discussion about

13  that plan, but would anyone like to be heard?

14          MR. ROBINSON:  Your Honor, Dan Robinson.

15          Would Your Honor like us to --

16          THE COURT:  You can stand -- you can stand all the

17  way up and we can hear you.

18          MR. ROBINSON:  Okay.

19          THE COURT:  You don't have to lean over or anything.

20          MR. ROBINSON:  I might have to adjust it.

21          I haven't discussed Your Honor's tentative with our

22  group.  It sounds like a fair compromise.  I know that we have

23  worked with Keller Rohrback, Girard Gibbs, all these firms in

24  different cases with a very good working relationship.  I have

25  great respect, immense respect for them.  Mr. Girardi is one

| 1 | of, I think, the legal legends in our field and I always have |

of, I think, the legal legends in our field and I always have

been able to work extremely well with his firm.  And the other

firms, either we've worked together or we look forward to the

opportunity to work together.

          I do think it's important, and I guess I'll shortcut

my speech I was going to give --

          THE COURT:  That's the short version?

          MR. ROBINSON:  Sorry, Your Honor.

          I think it is important, as Your Honor has noted, to

keep a lot of the Florida firms in -- in leadership as Your

Honor, in your tentative, has done for obvious reasons.  But

I'll -- with that, I'll sit down.

          THE COURT:  So the short of it is, it's fine with

you?

          MR. ROBINSON:  Yes, Your Honor.

          THE COURT:  Anybody else who wants to weigh in on

their respective roles?  And just so you know, I intend to do

an order delineating the labor to be divided among the various

counsel.  And I'm plagiarizing from one of my colleagues up in

Jacksonville, Judge Schlesinger, in a case that he just

appointed people for.  And I'm not going to read the whole

thing, but generally, the roles and responsibilities are what

you all expect of lead counsel to be, principally responsible

for determining and presenting the pertinent pleadings that

need to be submitted to the Court, initiating and directing

1    discovery on behalf of the Plaintiffs consistent with the

2    requirements of the rules, providing general coordination of

3    activities of the Plaintiffs' counsel and delegating the

4    specific tasks to other lawyers, including the people on the

5    Steering Committee with expertise in a particular area,

6    designating the team of trial counsel who will try the case

7    should it proceed to trial and establishing procedures for

8    submissions and performing other duties that may be consistent

9    with those requirements.

10           The liaison counsel will generally be responsible in

11   assisting with the orderly and efficient prosecution of the

12   case, including coordinating with the Steering Committee to

13   insure that everything that needs to be filed by everyone is

14   filed, coordinating the issues that everyone presents and

15   making sure lead counsel is made aware of them and serving as

16   liaison counsel to the Defendants, when necessary, to address

17   matters that the parties can't quite agree upon for resolution.

18           And local counsel, I need somebody on the ground here

19   in the Florida -- Tampa, Florida area who can insure that you

20   all are following our protocols, behaving in accordance with

21   our culture and complying with our local rules, making sure the

22   pleadings are consistent with our requirements and coordinating

23   our hearing dates and communicating with the Court as

24   necessary, and if somebody needs to run over here to get

25   something or pick up something or bring something, we know who

1    the point person is and we don't have to go to California and

2    have a -- some sort of robot drop it off in the courthouse.

3         So, that's how we will proceed.  I don't hear any

4    overwhelming objection to any manner of proceeding.

5         Now, the Steering Committee lawyers who are appointed

6    in this matter, your role is significant to the Court.  It's

7    important because I think that will be the driving force behind

8    getting the case resolved, making sure everyone is on task for

9    what needs to be done, and everyone's voice is heard in the

10   presentment of this case to the Court and the presentment of

11   issues to the Court.

12        I have some initial questions and concerns about the

13   way the case is postured, in particular, with the specific

14   statutory claims of the California case, is what I'll call it,

15   I know there are multiple, but the California case.  I think

16   it's distinct from the Florida case.  I think it has a glitch

17   in the Florida Law based upon how the Eleventh Circuit is

18   starting to develop in this area that may not be all exciting

19   for the Plaintiffs in this context.  And I think someone needs

20   to consider whether we need an immediate punt back to

21   California the California cases.

22        I think they are different in the sense that if the

23   only claim is the statutory California claim with a specific

24   civil money remedy, there may be some indication coming out of

25   the Eleventh Circuit that maybe that case ought to be more

1    properly resolved in the State where it originates, but you all

2    can take a look at it.

3           There's a new case that came out about a month or so

4    ago, *Nicklaw*, having to do with a New York Statute that

5    provided for a civil money penalty for mortgage foreclosure

6    where the bank had not properly released the lien in accordance

7    with New York requirements, and the Plaintiffs were suing for

8    their statutory remedy of 500 or 1,000 or $1,500, and the

9    Eleventh Circuit seemed to conclude that that was not

10   sufficient concrete particularized harm, at least as pled, and

11   the pleadings were sparse.

12          But it also said that maybe it should go back to New

13   York and I'm not entirely sure what that means in the context

14   of diversity, but I haven't spent time studying it, but I think

15   it's something the parties should look at earlier rather than

16   later in this case, especially as an MDL case, 'cause it might

17   be that it is properly an MDL, but MDL in California, not MDL

18   in Florida, but I think you should look at that.

19          I looked at your proposed schedules for the

20   presentment of the case, and everything that you are proposing

21   is related to dates after this and that and dates after the

22   other thing, and I will eventually put this to writing to some

23   specific dates now that we have the initial start date.  And I

24   guess the question is, before we are able to do any of that,

25   what the parties' respective positions are about staying

1    discovery or proceeding with discovery.

2              And in that context, I'd like to know what discovery,

3    if any, is required in advance of responding to or filing a

4    motion to dismiss based upon what I understand will be a

5    consolidated amended complaint that will be filed.  And so I'd

6    like to hear that issue, whether the Court should stay

7    discovery or proceed with discovery, initially, and if so,

8    whether that discovery should be sort of bifurcated or

9    trifurcated or some sort of resolution so that we're in stages

10   rather than full flung until the case is at issue, if it ever

11   is going to be at issue, under binding current law about

12   standing and principally.

13             Anybody want to speak to that?  I assume the Defense

14   wants to stay discovery and the Plaintiffs want to proceed with

15   discovery, and so whomever wishes to proceed can speak.

16             MS. LAUFENBERG:  Thank you, Your Honor, Cari

17   Laufenberg.

18             We have had some discussion already on this and it is

19   my hope that we would be able to work this out with Defense

20   Counsel.  I think we've had -- my firm has had a good

21   productive conversation with Defense Counsel in other cases and

22   this case to date.

23             Of course, it's Plaintiffs' interest not to bifurcate

24   discovery.  I think that is of particular interest here where

25   we have the Class that's at issue of over two million patients,

1    many who are suffering from cancer in Hospice, and we've had

2    several clients who have already died.  So my concern is that

3    by staying discovery or bifurcating discovery, we'll be

4    delaying it and potentially not being able to access that

5    discovery.  So that's one concern I want Your Honors to be

6    aware of.

7            I know that what we would ideally like to see is some

8    preliminary discovery in advance of the motion to dismiss to a

9    Plaintiff's response to that, and also to aid our filing an

10   amended complaint, and my hope would be that we could reach an

11   agreement about that without needing to have Defense move the

12   Court for a stay.

13           THE COURT:  What is the preliminary discovery that

14   you anticipate you will require in order to respond to a motion

15   to dismiss or amend the complaint?

16           MS. LAUFENBERG:  So what would be very useful is to

17   have the preliminary forensic reports that 21st Century, I

18   understand, has been working on with their experts.  We

19   understand that there are reports that would potentially be

20   available to us.  That would be very helpful in being able to

21   establish that there was a breach, that they're there for

22   standing for these claims, and so, that is probably the primary

23   issue at the beginning.

24           THE COURT:  Anything else?

25           MS. LAUFENBERG:  I think, you know, we will want to

1    be able to confirm the information that was released.  That,

2    again, will be very important and it's not necessary that we

3    have production of each individual's PII that was released, but

4    some sort of matter by which we would agree with Defense

5    Counsel to know who the -- what pieces of personal information

6    were released as to the named Plaintiffs.

7           THE COURT:  And that's going to be in something

8    different than the forensic reports, you think?

9           MS. LAUFENBERG:  I would think so.  And Paul can

10   probably speak to that better than I can 'cause I haven't seen

11   it, but that's typically the case is that it would not be --

12   the forensic report would not be specific as to the named

13   Plaintiffs in this case, it would be more general as to, you

14   know, what took place in terms of these individuals accessing

15   21st Century's information.

16          THE COURT:  And would there be any discovery

17   forthcoming from the Plaintiffs with respect to their claimed

18   harm so that the Defense can pursue its position with respect

19   to standing?

20          MS. LAUFENBERG:  Typically, my experience has been

21   that that discovery takes place in advance of their response to

22   our motion for Class certification, but I don't want to

23   represent what their position is as to this, so perhaps we

24   should hear from Paul, but that's been my experience in these

25   cases is that, typically, that Class member -- that Plaintiffs'

1    discovery is in advance of their opposition to Class

2    certification.

3            THE COURT:  All right.

4            We use surnames around here.

5            MS. LAUFENBERG:  My apologies, Your Honor.

6            THE COURT:  All right.

7            Mr. Karlsgodt?

8            MR. KARLSGODT:  Thank you, Your Honor.

9            I think in general -- Paul Karlsgodt for the

10   Defendant, I wanted to make sure for the Court Reporter.

11           In general, I think we agree in principal with what

12   Ms. Laufenberg was describing.  We've done that in other cases

13   that are similar to this one where we agreed to a certain

14   production of documents without even having received requests

15   for production formally.  And typically, the requests include

16   things like the forensic reports.

17           There may be issues in this case relating to

18   privilege that we still have to work out, but I think that is a

19   separate issue from whether it's a request that we will respond

20   to.  But that, I think, is fair game in terms of what the

21   Plaintiffs would be legitimately asking for in advance of

22   filing a consolidated complaint.

23           So the other items that are typically exchanged

24   during that process tend to be consumer facing documents, other

25   things that the Plaintiffs ask for in order to refer to them in

| | |
|---|---|
| 1 | a consolidated complaint and we certainly are willing to work |
| 2 | with them on those types of issues. |
| 3 | THE COURT:  You say "consumer facing documents"? |
| 4 | MR. KARLSGODT:  Yeah. |
| 5 | THE COURT:  What does that mean? |
| 6 | MR. KARLSGODT:  Things like contracts, in this case, |
| 7 | admission forms, things that the Plaintiffs would have signed |
| 8 | or seen in advance of being treated. |
| 9 | THE COURT:  So I am not sure I understand what you |
| 10 | said about whether you're willing to produce the forensic |
| 11 | reports.  You said that's the sort of thing that you would |
| 12 | typically consider responding to, but there may be privilege |
| 13 | issues. |
| 14 | MR. KARLSGODT:  That's right, Your Honor. |
| 15 | THE COURT:  So are you going to produce them or are |
| 16 | you not going to produce them? |
| 17 | MR. KARLSGODT:  At this point, we haven't made a |
| 18 | decision on our end about how -- what the assertion of |
| 19 | privilege is.  The report is arguably work product.  It was |
| 20 | prepared at the instruction of counsel.  It was prepared in |
| 21 | anticipation of litigation.  And so in other cases, we've been |
| 22 | able to work out with the Plaintiffs' attorneys agreements for |
| 23 | non-waiver and those kinds of things, but we have to be careful |
| 24 | on our side that by producing those reports, we're not |
| 25 | committing some kind of a broader waiver of privilege. |

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1           And so the -- there are some specific issues relating

2   to privilege that relate to the forensic reports that Ms.

3   Laufenberg was talking about.

4           THE COURT:  And what about the customer specific

5   information concerning what was of a specific named Plaintiff's

6   material disseminated by virtue of the breach?

7           MR. KARLSGODT:  There would be privilege issues

8   associated with that, Your Honor.  Those would be the types of

9   requests that we would be agreeable to responding to prior to

10  them filing their amended complaint.

11          THE COURT:  And, therefore, prior to them responding

12  to a motion to dismiss?

13          MR. KARLSGODT:  Correct, Your Honor.  Usually, the

14  request is before the consolidated amended complaint is filed

15  because they want to include references to those types of

16  documents in the complaint itself which, from our perspective,

17  is better because it provides more detail in the complaint that

18  allows for a better resolution when it's time for us to file

19  our motion to dismiss.

20          THE COURT:  And so the parties would anticipate that

21  this would be done in the period of time at which your Rule 26

22  voluntary exchanges will occur?

23          MR. KARLSGODT:  As it looks like from here, 21 days

24  for some of the documents, I think we can have that worked out

25  by the Rule 26 disclosures, especially depending on the level

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    of detail that they're asking for in terms of things like

2    consumer facing documents, it may take us longer to collect

3    them.  And so I couldn't say we would definitely be able to

4    give them the documents within 21 days, but certainly, I think

5    by that time we can have an agreement as to the specific

6    documents to be exchanged.

7              THE COURT:  Well, you all are creating an extension

8    from the proposed dates if we can't comply with that level of

9    disclosure because if the consolidated complaint is supposed to

10   be filed 60 days from today, I would imagine the Plaintiffs

11   would need this discovery no later than 21 days from today, at

12   the worst case scenario, 30 days from today because then they

13   need 30 days to prepare the complaint from the information

14   that's provided.  So what does that look like on a time

15   schedule for you?

16             MR. KARLSGODT:  I can just say in other cases where

17   we have had this kind of approach, what we have done is

18   provided documents on a rolling basis and we have been able to

19   comply with this kind of a schedule by doing that.  And so I

20   think by the 21 days, we certainly would be able to identify

21   the documents, whether we can actually physically send them to

22   the Plaintiffs does take a little bit longer, but we tend to do

23   that on a rolling basis.  So it's --

24             THE COURT:  Ms. Laufenberg, does that schedule work

25   for your perspective?

```
1              MS. LAUFENBERG:  Well, I'm not really sure what I'm
2    agreeing to, Your Honor, I apologize, because it depends on
3    what the rolling basis looks like, so...
4              THE COURT:  Well, we're all here in the room.
5              MS. LAUFENBERG:  Right.
6              THE COURT:  We don't have to have lawyer-speak.  I
7    need to know dates and times and exchange dates.  It's not that
8    complicated.
9              MS. LAUFENBERG:  I think -- I don't want to -- I
10   would be agreeable to 30 -- within 30 days.
11             THE COURT:  Thirty days production in hand?
12             MS. LAUFENBERG:  Yes.  So if we could start the
13   production on a rolling basis within 21 days and have that
14   completed within 30 days, that would be ideal for Plaintiffs.
15             THE COURT:  Counsel?
16             MR. KARLSGODT:  Your Honor, I would ask, because I
17   want to be realistic, that the deadline for production of all
18   of the documents be extended to 45 days, understanding that we
19   would be producing some of the documents before that time.
20             THE COURT:  Well, the forensic report itself, can it
21   be made available in 30 days?
22             MR. KARLSGODT:  You know, in this case, I'm trying to
23   remember whether it's even completed yet.  Assuming that it's
24   competed at this time, which I'm not sure about, it could be.
25   We can make -- certainly, we can make the decisions and --
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
 1            THE COURT:  Thirty days from today, the discovery
 2   should be largely complete minus any additional limited
 3   amendments that have to be done.  The forensic report,
 4   previously within 21 days, and then you'll have nine days hence
 5   to produce anything else.  And if on the 30th day there are 10
 6   or so documents still hanging out there, obviously, you can
 7   amend to provide those.  But the biggest thing needs to be
 8   produced by 21 days from today, and then any remaining
 9   discovery within 30 days, and then if you need some more time,
10   I'm sure you all can work that out.
11            MR. KARLSGODT:  I think that is fair, Your Honor.
12            THE COURT:  And that will give us time to insure that
13   the consolidated amended complaint stays on a 60-day schedule
14   from today's date.  And I appreciate that 60 days -- today is
15   the 16th, so two weeks of that will largely be downtime if
16   people are normal and take holiday schedules for holidays.  So
17   it's really a 45-day period to file the consolidated amended
18   complaint effectively, especially with the level of
19   coordination I assume would have to occur among all the
20   affected parties.
21            And then the response to the motion -- I'm sorry --
22   the answer or response to the consolidated amended complaint
23   you believe can be accomplished in 30 days?  That's what the
24   proposed order says, Mr. Karlsgodt.
25            MR. KARLSGODT:  Yes, Your Honor.
```

```
 1              THE COURT:  Karlsgodt.

 2              MR. KARLSGODT:  Yes, Your Honor.  The --

 3              THE COURT:  You can remain seated for this hearing.

 4              MR. KARLSGODT:  Okay, thank you.

 5              Thirty days from the date the complaint is filed

 6    should be sufficient for us, Your Honor.

 7              THE COURT:  And 30 days after that, the Plaintiffs

 8    can respond to a motion to dismiss.

 9              MS. LAUFENBERG:  Yes, Your Honor.  Cari Laufenberg.

10              (Brief pause.)

11              THE COURT:  Do the parties anticipate that oral

12    argument will be necessary on the motion to dismiss?

13              MS. LAUFENBERG:  Cari Laufenberg.

14              THE COURT:  You can remain seated.

15              MS. LAUFENBERG:  Yes, I would think so, Your Honor.

16    It's ultimately, of course --

17              THE COURT:  Unless I was going to deny it.

18              MS. LAUFENBERG:  What your practices are and your

19    preferences, but it is, at least Plaintiffs' preference, that

20    we be heard.

21              THE COURT:  Well, I typically don't hold hearings on

22    motions to dismiss unless it's something unusual.  The law is

23    such -- in such a flux on these issues.  I assume the principal

24    issue for the motion to dismiss is standing.  Is that what

25    everyone typically anticipates, or is there some other issue I
```

1    should be on the lookout for for preliminary research so that

2    when the motion hits, I'll know kind of where we're going?

3              MR. KARLSGODT:  Your Honor, Paul Karlsgodt for the

4    Defense.

5              Typically, our motions will include both arguments

6    under 12(b)(1) standing arguments, as well as arguments under

7    Rule 12(b)6 for failure to state a claim, and we typically will

8    file those motions together.  The issues that we raise in the

9    12(b)6 context tend to be similar because they have to do with

10   the failure to allege injury that's traceable to the cyber

11   attack.

12             And then in addition, Your Honor, as Your Honor

13   referred to before, the California issues, how -- if we deal

14   with them in this Court, raise separate statutory issues that

15   we would be briefing as well.

16             MS. LAUFENBERG:  Your Honor?

17             THE COURT:  Yes?

18             MS. LAUFENBERG:  Cari Laufenberg.

19             Perhaps if you want to preview the papers once you

20   have them and decide whether you feel that the evolving law

21   requires parties to be heard, we could work it that way.

22             THE COURT:  Well, that usually works, but when we

23   have so many people involved, setting a hearing date now that

24   may need to be canceled later is preferable because I don't

25   want to have everyone here in the same room and then say, okay,

```
 1    let's wait, and then when it's time to set a hearing date, I
 2    get, "I can't be there, I'm in a hearing, I'm in a trial, I'm
 3    wherever", so what I'll ask counsel to do, coordinate among
 4    yourselves a date specific on which a motion to dismiss can be
 5    heard by hearing and give me that date within five days of
 6    today's date -- well, let's just do it seven days because of
 7    the intervening holiday and so forth, give it to me by Monday
 8    after Thanksgiving, whatever date that is.
 9              What date is that, Ms. Vizza?
10              THE CLERK:  The 28th.
11              THE COURT:  The 28th?  File it by the 28th, the date
12    on which the parties can make themselves available for a
13    hearing on the motion to dismiss.  I will set that in the order
14    and that will be the penciled-in hard date.  If a hearing is
15    required, that will be the date, if no hearing is required,
16    obviously, we can notify and cancel.
17              MS. LAUFENBERG:  Your Honor, Cari Laufenberg for
18    Plaintiffs.
19              What is your preference in terms of having the
20    completed filings in terms of the time frame between the
21    completion and the time frame -- completion --
22              THE COURT:  Thirty days.
23              MS. LAUFENBERG:  Okay.  Thank you.
24              MR. KARLSGODT:  Your Honor?
25              THE COURT:  Yes?
```

| | |
|---|---|
| 1 | MR. KARLSGODT:  Paul Karlsgodt for the Defendants. |
| 2 | One issue that we wanted to raise is that it looks |
| 3 | like the local rule for page limitations on the motion to |
| 4 | dismiss is 20 pages and we would ask for 30 pages.  We |
| 5 | certainly are happy to file a motion, but wanted to raise that |
| 6 | to the Court's attention. |
| 7 | THE COURT:  Thirty pages is fine.  I know the |
| 8 | standard for a motion to dismiss, so you can save some pages by |
| 9 | skipping that part.  Less is more.  And I don't need pros, so |
| 10 | just tell me what the issues are; there are three issues that |
| 11 | would support a motion to dismiss in this case, issue number |
| 12 | one, lack of standing, issue number two, failure to state a |
| 13 | claim with respect to the lack of standing, A,B,C,D,E F,G, and |
| 14 | a response similar.  I don't need any sort of long, flowery, |
| 15 | you know, reportable motion, I just need the facts.  And then |
| 16 | we can get through it more quickly. |
| 17 | MS. LAUFENBERG:  Your Honor, Cari Laufenberg, again. |
| 18 | Would you be amenable to giving Plaintiffs 25 pages |
| 19 | to respond to the -- |
| 20 | THE COURT:  I do 30 and 30. |
| 21 | MS. LAUFENBERG:  Okay.  Thank you. |
| 22 | THE COURT:  And if you're going to file a bazillion |
| 23 | attachments, don't let any one of those attachments be a |
| 24 | summary of what you said in your motion, like an appendix where |
| 25 | you say all the things you couldn't fit in 30 pages because I'm |

1    going to just cut it out of the petition and not read it.  So

2    if there's an attachment of some document, fine.  If there are

3    unreported persuasive opinions from around the country, feel

4    free to file those in an appendix of unreported but persuasive

5    cases.  It's just easier for the Court to access them.  File

6    everything in PDF, not scanned format, because I can't

7    manipulate scanned documents, and I often cut and paste the

8    best writers' stuff into my orders.

9             And I don't need any paper or supplementation or

10   hand-held copy or anything like that.  Just file it on CMECF

11   and we can access it.  The only exception might be as we move

12   through the case, if there's some voluminous document that the

13   parties wish to file in disc format for some reason, we can

14   talk about that as the case progresses, but as to typical

15   filings, just file them in standard WORD or PDF format.

16            So with that date sort of specification and now

17   knowing today's date, we'll start with tomorrow as the date

18   that the Court officially appoints the panel.  The parties

19   would need to then take their proposed schedule and turn it

20   into a real discovery case management report whereupon Judge

21   Porcelli will take a look at it and, if necessary, set a

22   hearing to address specifics with respect to how discovery in

23   the case will progress, and then the Court will enter a case

24   management scheduling order, hopefully consistent with your

25   proposals, but modified as the Court deems appropriate.

1          As I read the report, the only mediator the parties

2     have jointly agreed upon is Rod Max with Upchurch Watson White

3     & Max Mediation Group; is that accurate?

4          MS. LAUFENBERG:  Cari Laufenberg, Your Honor.

5          Yes, that's accurate.

6          MR. KARLSGODT:  Your Honor, I think there are

7     mediators on the Plaintiffs' list that we could theoretically

8     agree to, so I don't know we're necessarily foreclosing any of

9     those mediators.  I think that preliminarily, though, when we

10    were meeting and conferring about that issue, first of all,

11    lead counsel hadn't been appointed yet, so we weren't really

12    sure who we were dealing with, now we are, and I think we

13    probably could come up with a larger list.

14         I would say, though, that I don't think from the

15    Defendant's perspective that a mediation would be that

16    effective prior to a ruling on the motion to dismiss.  And we

17    certainly are going to comply with any orders the Court issues

18    on that issue, but that's our belief.

19         THE COURT:  Is there any reason not to pick -- I

20    don't know Rod Max.  Is there any reason not to select Rod Max

21    as the mediator in the case?

22         MS. LAUFENBERG:  Cari Laufenberg, Your Honor.

23         I think my preference would be to be able to confer

24    with my co-counsel about that before we agree to it.  I know

25    that there are some other talented mediators on the list, so I

1    think it would be in the interest of the Class for us to have a

2    conversation.

3              THE COURT:  All right.

4              Well, in your final real case management report, just

5    agree on a mediator, a single mediator and put that person's

6    name in the report and barring saying the Court will pick a

7    mediator if the parties are not able to reach agreement when

8    they file the new case management report.

9              Has anyone given any thought to the difference

10   between the Florida cases and the California cases and whether

11   we should be considering any different treatment?

12             MR. KARLSGODT:  Your Honor, Paul Karlsgodt for the

13   Defendants.

14             That issue was raised during the hearing before the

15   JPML and it was our position that because the discovery that is

16   going to be necessary for the claims in either of the two types

17   of cases is going to be essentially the same, that it was much

18   more efficient to have a single Court adjudicating both claims.

19             Certainly, I haven't had an opportunity to review the

20   case that you cited earlier, but at least at this point, it's

21   still our position that it would be more appropriate for this

22   Court to be adjudicating any Pre-Trial motions related to both,

23   both the California and Florida issues.

24             MR. ROBINSON:  Your Honor, Ken Robinson on behalf of

25   the Plaintiffs.

```
 1            That is an issue we can look into more fully.  It's

 2  very commonplace to have an MDL in parallel State coordinations

 3  working cooperatively on discovery and production of documents.

 4  Here, because of several issues, including the issue Your Honor

 5  raised, I think it's something that we'll discuss amongst

 6  Plaintiffs' counsel and then have a further discussion with

 7  Defense Counsel on.

 8            THE COURT:  Well, take a look at that because I think

 9  there is something fundamentally disconcerting that a party can

10  have a claim in California and not have that same claim if it's

11  considered under Eleventh Circuit Law in an MDL case just

12  because of the fortuitous fact that the case was consolidated

13  into an MDL because the principal issue, as I see it, is that

14  the Defense is going to contend that the Plaintiffs lack

15  standing, and as I read the Ninth Circuit Law, and certainly

16  under the California -- what's it called -- the CMI?

17            MS. LAUFENBERG:  CMA.

18            THE COURT -- CMA Act, the California Courts are

19  recognizing the right to pursue those claims, and I don't want

20  to foreclose them on a motion to dismiss unless it is a motion

21  to dismiss without prejudice to allow the claim to be asserted

22  somewhere else.  And there's really no point in this Court

23  getting involved in that level of analysis if it's going to be

24  undone in California.

25            And so I think you need to just look at it and if we
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    can coordinate discovery, then so be it, but the consolidation

2    of completely unrelated cases for substantive purposes is

3    somewhat off center in the context of this case because as I

4    read the law, the MDL Court is supposed to look to the law of

5    the Circuit in which it sits to determine constitutional

6    standing type issues, and that is substantively different by

7    wide margins in some degree here and in the Ninth Circuit in

8    the sense that it's almost clearly established in the Ninth

9    Circuit and not so well established one way or the other in the

10   Eleventh.

11           So, I think you just need to look at those issues

12   and, again, like I said, the Eleventh Circuit then in Nicklaw

13   said that their remedy is in New York, which is interesting.

14   And by the way, *Nicklaw* was reported in the related case that

15   everyone is relying on in the Eleventh Circuit, the *Church*

16   decision is an unreported decision of the Eleventh Circuit

17   which is supposed to be persuasive, but not binding, and so how

18   the two will interact with each other remains to be seen.

19           What's going on in the DEC action?  It doesn't matter

20   to me.

21           MR. KARLSGODT:  Your Honor, Paul Karlsgodt for the

22   Defendants.

23           The declaratory action is with one of several

24   insurance policies that 21st Century has.

25           THE COURT:  How many policies does it have that --

1    MR. KARLSGODT:  I can't give you an exact number, but

2    I know there's at least a primary policy that is paying for our

3    defense.  And so -- and that is not subject to the declaratory

4    action.  And so I think from our perspective, Your Honor, that

5    action is really not relevant in any way to these proceedings.

6         THE COURT:  How is it possible that a lawyer who gets

7    paid by insurance doesn't know how many insurance policies

8    there are?

9         MR. KARLSGODT:  Because we deal with the primary.

10   There's usually a primary carrier that we will deal with.

11   There may be additional carriers that have different layers of

12   coverage on top, but they typically don't.

13        THE COURT:  The one that has filed the action is at

14   what level of coverage?

15        MR. KARLSGODT:  It's a separate policy, it's not the

16   cyber policy that is covering the primary defense of the case,

17   it's separate.  It may be an E&O policy or a different type of

18   insurance policy.

19        THE COURT:  Has it been called upon to do anything or

20   is this taking sort of a prophylactic approach?

21        MR. KARLSGODT:  The latter, Your Honor.  And I'm not

22   sure in that case if the Defendants even have actually been

23   served.  I know the complaint's been filed and an amended

24   complaint has been filed, but again, I don't believe it will

25   have any significant impact on these proceedings.

| | |
|---|---|
| 1 | MS. LAUFENBERG:  Your Honor, Cari Laufenberg. |
| 2 | Our concern is that all of the named Plaintiffs in |
| 3 | this case have been named as Defendants in the declaratory |
| 4 | action case, so we think it will have an impact.  We don't know |
| 5 | what that is, we've not yet -- none of the Plaintiffs in this |
| 6 | case have yet been served as Defendants in the declaratory |
| 7 | action, so we await -- |
| 8 | THE COURT:  Well, if there's no reliance on that |
| 9 | carrier to pay for a defense, isn't that case somewhat |
| 10 | premature such that perhaps it should be stayed till there's |
| 11 | been a determination of liability and a duty to indemnify so |
| 12 | that we're not litigating on two fronts? |
| 13 | MR. KARLSGODT:  Your Honor, I represent the |
| 14 | Defendants in this proceeding, I don't represent them in that |
| 15 | other proceeding.  I don't believe they've even retained |
| 16 | counsel at this point in the other proceeding.  And so I really |
| 17 | can't answer the question on behalf of my clients, but I think |
| 18 | in principal, we agree that for purposes of this case, that |
| 19 | case may be a distraction, if anything. |
| 20 | THE COURT:  But to be clear, the defense of this |
| 21 | action is not dependent upon coverage by that other carrier at |
| 22 | this time? |
| 23 | MR. KARLSGODT:  No, Your Honor, it's not. |
| 24 | THE COURT:  Are there any other substantive issues |
| 25 | the parties would like to be heard on or present to the Court |

1    for rumination until I get proceedings in front of me?

2              MR. KARLSGODT:  Paul Karlsgodt, again, on behalf of

3    the Defendants.

4              The one issue that we will need to address fairly

5    quickly with opposing counsel is the preparation of a

6    protective order to cover confidential information,

7    particularly because of what's being requested is the forensics

8    report, which would contain significant sensitive information

9    that could potentially subject the Defendants to another cyber

10   attack if it became public.  And so we will be preparing that.

11   I just wanted to make the Court aware of that because it's

12   going to be necessary to get that in place before we can

13   actually turn over the documents.

14             THE COURT:  I assume that there are legions of

15   protective orders floating around among the people in this

16   room.

17             MR. KARLSGODT:  We'll be able to prepare it very

18   quickly, Your Honor.

19             THE COURT:  All right.

20             And there's no objection in principal to signing off

21   on a protective order, is there?

22             MS. LAUFENBERG:  Cari Laufenberg.

23             No, Your Honor.

24             THE COURT:  All right.

25             So when will you get it to them?

```
 1              MR. KARLSGODT:  I think we can have it by the end of
 2    this week, Friday.  I'm looking at cocounsel to make sure.
 3              MR. ROBINSON:  Your Honor, Dan Robinson for
 4    Plaintiffs.
 5              We've already exchanged draft protective orders from
 6    models in other cases, other data breach cases.  To the extent
 7    counsel could try to adhere to those principles, I think we
 8    will move along much faster.  We can meet and confer on that.
 9              THE COURT:  All right.
10              Well, the discovery is supposed to start 21 days from
11    today and be completed 30 days from today, so the protective
12    order should go out by the -- by Monday, at the latest, for
13    review, and then a week from Monday, at the latest, for final
14    signatures, maybe Tuesday, because of the intervening couple of
15    days I suspect people will be off from work.
16              So Monday, first exchange, Tuesday, a week from that
17    Monday for the final signatures.  What are those dates, Ms.
18    Vizza?
19              THE CLERK:  Monday is the 21st and Tuesday, a week
20    from the 21st, is the 29th.
21              THE COURT:  All right.
22              Anything else of a substantive nature?
23              Procedurally, I contacted Court Call to see if there
24    was a methodology by which people could appear by video
25    conference if they wanted to rather than appearing in person,
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    and they came and did a test run, and it was not successful

2    because of the bandwidth their system requires, because without

3    the bandwidth is sort of like watching an old Godzilla movie

4    with everybody's mouth moving, you know.

5              And so -- and the Court's DCN is not available for

6    the reasons that we sit in this courtroom now, so we can't

7    access our secured system for it.

8              The other possibility, I suppose, is that lawyers

9    could coordinate with their local Court's video conference

10   center and we could coordinate with our Court video conference

11   center, and if you all could get to the pertinent courthouse,

12   we could coordinate to be in person there using our video

13   conference services which they could either pipe into the

14   courtroom or I could go down to our video conference center and

15   hold hearings as necessary.

16             That's a little bit farther down the road, but if

17   counsel, maybe somebody on the Steering Committee could take

18   the lead on inquiring on determining what sort of facilities

19   would work to eliminate travel as much as possible for

20   hearings.

21             Now, for the motion to dismiss hearing, I would

22   obviously want lead counsel to be in person, but for any sort

23   of status conferences, if we could coordinate to have them done

24   some other way.  And audio calls are fine, it's just that

25   they're difficult to participate in if you're on the call and

1    the Court can't cut lawyers off when they're talking because

2    their talking mutes our mic, and so then you're talking and we

3    mute on to something else.

4              So, see what can be done, if not, we'll just do it

5    the old fashioned way and do conference calling or appear in

6    person as necessary.

7              Does anybody have any experience with that that

8    they've used in another case?

9              MR. GILBERT:  Your Honors, Robert Gilbert.

10             Not with the video conferencing, but a potential

11   suggestion.  On hearings like the motion to dismiss hearing or

12   other substantive hearings where you have leadership counsel,

13   in order to avoid having unnecessary travel by members of the

14   Steering Committee and otherwise, it might be helpful just to

15   have an audio feed available so that folks can listen in to

16   those hearings without speaking.  That seems to be something

17   that becomes routine and common in many of the other MDLs where

18   Judges open up a line so that if any counsel wish to listen,

19   they can't speak, but leadership are here to argue in person,

20   and that would be very helpful given the number of out-of-state

21   counsel involved in this case.

22             THE COURT:  Well, we can at least do that.  We can at

23   least have an open line for listening.  The only question is if

24   anyone wants to be available to hear and see.  And if you all

25   determine that it's just not cost effective -- yes, sir?

1          MR. PHOENIX:  Again, Chuck Phoenix.

2          I do know in this District, Judge, that when in Fort

3    Myers, typically, Judge Delano, she -- I don't know how they do

4    it, but there's a feed that goes between the two courtrooms and

5    we would hear in Ft. Myers when she's, in fact, here in Tampa

6    and maybe that can be done.

7          THE COURT:  Well, if you do it Court to Court, it's

8    fine, because then you're internal to the secured line.  It's

9    just that having lawyers appear from their offices, for

10   example, which is what Court Call allows, takes too much

11   bandwidth and we can't do it.  But certainly, if your live in

12   the building or in one of our buildings, we could accommodate

13   that.

14          If you are going to appear and you're not lead or

15   liaison or local counsel, please notify the Court through local

16   counsel of your intent to appear at least three days before the

17   conference so that we can make accommodations for everyone who

18   wants to be present, and especially if you want to be heard for

19   any reason.

20          Do the parties think that interval hearing dates are

21   necessary in this case to be set now or -- what we plan to do

22   now, as I indicated, is once you file your case management

23   report, Judge Porcelli's office will schedule a case management

24   Rule 16 type hearing just to make sure that we all understand

25   what's happening.  And then beyond that, do the parties

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1  believe, other than the date we have set for the motion to

2  dismiss, that we'll need to have check-in dates on intervals

3  that are regular because, as I say, with so many lawyers, it's

4  important to schedule those now rather than wait till we need

5  one and not have a date everybody can't coordinate?

6          MR. ROBINSON:  Your Honor, Dan Robinson for

7  Plaintiffs.

8          In other cases, I think it has been effective to at

9  least have every 60 days a date just to make sure the parties

10 are adequately meeting, conferring and resolving issues.  And

11 then once we do resolve issues, pulling dates off the calendar

12 is something that I'm sure we can work with Defense on doing.

13         THE COURT:  Counsel?

14         MR. KARLSGODT:  No objection, Your Honor.

15         THE COURT:  All right.

16         We'll set then 60-day intervals and I'll send out

17 some dates and you all can coordinate among yourselves which

18 dates work, and then we can work from there.

19         The Manual for Complex Litigation will be the

20 governing document for the case.  I haven't studied it in any

21 detail to know how it dovetails with some of our local rules,

22 but I'm fond of our local rules, so if there is any

23 disagreement with them and you have some question, file

24 something to let me know you have an inquiry about it.

25         But the most important local rule is to be nice to

```
1    everybody and to confer under 3.01(g) before you file
2    something.  And confer means for at least one of the lead
3    counsel to speak to one of the lead counsel on the Defense side
4    before something is filed if there's a dispute about what is to
5    be filed.
6         And my favorite motions are stipulated, agreed,
7    unopposed motions, so if that's over the header of the motion,
8    they will go in as set unless they change a trial date.
9         Are there going to be a lot of experts in this case
10   beyond just data type experts?  Anything beyond just how these
11   things work and how hacks happen?
12        MR. ROBINSON:  Dan Robinson for Plaintiffs, Your
13   Honor.
14        Typically in a PHI, Personal Health Information Data
15   Breach, we'll have a health industry expert to talk about
16   HIPAA, high tech, the other rules and standards, maybe an
17   internal expert for company internal standards, and then,
18   obviously, data breach specific experts.
19        MS. LAUFENBERG:  Cari Laufenberg, Your Honor.
20        Additionally, we would have a damages expert at some
21   point on Class certification.
22        THE COURT:  Now I think I looked at the complaints,
23   and if I can remember correctly with the help of my Clerk, we
24   identified either seven or nine named Plaintiffs whose identity
25   information had actually been attempted to be used that they
```

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    know of.  Are there others or do we know?

2            Yes, ma'am?

3            MS. KANE:  Julie Kane on behalf of the Trelease

4    Plaintiffs.

5            We have multiple Plaintiffs whose identity has been

6    used in various ways, but we included them all in the one

7    global Class, so there are a number of individual affected

8    people who are represented, but they're not named Plaintiffs,

9    so we don't anticipate filing additional classes or making new

10   cases for them unless the Court so decides in the future.

11           THE COURT:  All right.

12           MR. JASINSKI:  Your Honor, Mathew Jasinski for Motley

13   Rice.

14           We also are in the same position of having at least

15   one other, that I've noted, client who has had somebody open a

16   credit card in his name following the breach.  And I believe

17   there are other examples of that, but they're not named,

18   they're clients who have come to us since.

19           THE COURT:  And they're not named because?

20           MR. JASINSKI:  Well, they may be named in the

21   consolidated amended complaint, but --

22           THE COURT:  That might be a good idea.

23           Yes, sir?

24           MR. PHOENIX:  Chuck Phoenix.

25           We have over 100 retained Plaintiffs in that group.

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

1    At least a dozen or so have actually had identity theft.  In

2    addition to that, there is another group of people, not the

3    patients, but non-patients, people who have children, for

4    example, who are the signers, those people also are potentially

5    in the Class, I believe.

6              THE COURT:  I would like to know how many people's

7    identity was used beyond just stolen in the context of whatever

8    is subsequently filed.  And I would like to know in the context

9    of that how many of them sustained a financial loss that was

10   not compensated by the policy that was provided by the

11   Defendant shortly after the breach was identified.

12             And I'd like for counsel to, as part of the initial

13   disclosures to be done in the next 30 days, advise the Defense

14   of available coverage for this lawsuit in whatever form exists.

15             Anything else for the good of the -- yes, sir?

16             MR. GILBERT:  Your Honor, a small ministerial order.

17   Perhaps given the number of out-of-state counsel, it would be

18   helpful if the Court were to enter an order permitting

19   out-of-state counsel who are participating in this proceeding

20   to bring their cellular phones and electronic devices into the

21   courthouse.  I know for those of us who are members of the

22   District, it's not a problem, but for those who are coming from

23   out of State, it was a problem and it might be -- it would be

24   very helpful at future hearings.

25             THE COURT:  And they're not admitted pro hac vice in

1    this case?

2          MR. GILBERT:  They are admitted pro hac vice, but I

3    overheard, when we were coming in this morning, people looking

4    for the order, the Marshals asking for a specific order that

5    said that do you have your pro hac vice order, et cetera.

6          In the case that you were, I believe, you were

7    referring to in front of Judge Schlesinger, he entered a short

8    order at the beginning of the MDL that simply advised the

9    Marshal's Office that electronic devices of counsel

10   participating in the case could be brought in and it solved the

11   problem and made things work very smoothly.

12         THE COURT:  Ms. Vizza is looking for the standing

13   order.  Either way, you're going to have to bring whatever I

14   give you to Court, and if the standing order says pro hac vice

15   gives you permission to bring a phone, then you need to bring

16   your pro hac vice order, and if it says Judge Scriven's order,

17   then you'll bring my order, but I don't think you're going to

18   be able to do this without bringing an order with you for

19   security reasons.  And I chair the security committee, so I

20   don't want to start creating exceptions that swallow the rule

21   because the rule is unfortunately necessary.

22         We've had lawyers attempt to enter the courthouse

23   with guns.  So we have to have orders in place to protect our

24   Court community.

25         MR. KARLSGODT:  Your Honor, if it helps, Mr. Linscott

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    was able to successfully figure out the series of papers and

2    was able to get our phones in, so we're certainly happy to

3    share that information.

4                MR. LINSCOTT:  The papers that exist will fit within

5    the standing order, Your Honor, both of these with all the

6    papers --

7                THE COURT:  I think your pro hac vice order --

8                MR. LINSCOTT:  -- and they got through fine.

9                THE COURT:  All right.

10               In the case management report that you all file,

11   maybe somebody -- I don't know if it's going to be lead

12   counsel, one of the co-lead counsel, but someone needs to be

13   responsible for preparing, as part of that, a joint fee and

14   reimbursement plan so that everybody is on the same page with

15   respect to what the Court is going to order be reimbursed and

16   what level of fees the Court will agree would be reasonable

17   going forward based upon qualification of counsel if they're in

18   advance a lodestar type of analysis and standard Government

19   level travel reimbursement that will be permitted to be

20   reimbursed.

21               So as part of the CMR, just include a fee and

22   reimbursement schedule so that we can look at that as well.

23               MR. ROBINSON:  Your Honor, Dan Robinson.

24               On that, would Your Honor -- would it suffice if we

25   provide Your Honor a summary of what our fee schedule will be

1    and then follow that up in the next month or two with a

2    negotiated worked out common benefit order which is commonly

3    entered in the MDL setting which sets out the responsibilities

4    of counsel for tracking their time and costs?

5              THE COURT:  That's fine, but in the initial document

6    that you file, include level of reimbursement such as no first

7    class travel and, you know, per diem limits on certain levels

8    of hotel stays and so forth.

9              MR. ROBINSON:  Yes, Your Honor.

10             THE COURT:  So the order that is the standing order

11   that was entered by Judge Conway when she was Chief has in

12   paragraph 2.4 that any attorney permitted to practice law in

13   the Middle District of Florida may bring any personal

14   electronic device beyond the courthouse security checkpoint by

15   presenting a valid Florida Bar I.D. card or pro hac vice order.

16   And I suspect they're going to want to see some I.D. that goes

17   with that order, so I think if you have an I.D. and the order

18   that allows you to appear pro hac vice, that should be

19   sufficient to permit you to enter the courthouse with your

20   personal electronic device.

21             Now, it just lets you bring it into the building and

22   it lets you use it in the attorney conference rooms that are

23   right outside my courtroom.  It does not let you use it all

24   over the building.  There are some Judges who don't even want

25   them on their floor.  You can't go to the top of the building

1    and do a selfie and send it to yourself or your friends.

2             You laugh, but there was a lawyer who did that, he

3    took a selfie outside of a hearing and posted it on his firm

4    web page here, you know, litigating complicated issues, you

5    know, I'm your lawyer, and when it got posted, our security

6    people caught it as a document posted from our courthouse using

7    the database network system that is provided by the Bench Bar

8    fund.  So none of that.

9             The phones need to be turned in an off position in

10   the courtroom.  They can be used in the conference room and

11   they can be brought up so you don't have to leave them in your

12   car or stick them in the bushes which is what people used to do

13   with them before we were able to get an order.

14            So that's how they are to be used, put them in your

15   pocket from the door to the courtroom, leave them stored,

16   unless you need to run out to the conference area and make a

17   phone call quickly to set up something important and if you

18   need to use them to refer to for purposes of your Court work,

19   for example, in the sense of any personal electronic device,

20   which includes a laptop and your phone, but you need to have

21   your pro hac order.  And it doesn't mean bringing your expert's

22   laptop, it means bringing your laptop.

23            So if you have an expert or a paralegal or someone

24   who wants to bring in electronic equipment, you'll need to get

25   a separate order for that, because unless you want to vouch for

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

1    what they have on their computer that you didn't put there,

2    then they need a separate order from the Court so that you're

3    not responsible for it.

4            Anything else?

5            MR. ROBINSON:  One house -- or actually, two

6    housekeeping matters, Your Honor.  First, for the status

7    conferences that are periodically set, some Courts like the

8    attorneys on both sides to submit status conference statements

9    giving an agenda or at least a list of issues that may arise.

10   Would that be Your Honor's preference?

11           THE COURT:  It will.

12           MR. ROBINSON:  Second, for the issue Your Honor asked

13   us, counsel, to address specifically Class members that do have

14   proof of wrongful use of their identities, it's typically

15   helpful for us to have a Class list, the same Class list the

16   Defense used to do the notice, 'cause it tells us who is and

17   who is not on their Class list, but also the types of PHI so

18   that we're not spinning our wheels with an amended complaint

19   that has the wrong Class members or the wrong information, if

20   that's agreeable to counsel.

21           It may be in the security audit report that they

22   provide, but sometimes it's not, and I just want to make sure

23   that's clear 'cause it's very helpful in preventing us from

24   putting information that's not accurate.

25           MR. KARLSGODT:  Your Honor, on behalf of the Defense,

1    Paul Karlsgodt again.

2              I don't view that as a housekeeping matter, that's a

3    significant issue.  We would oppose that sort of motion prior

4    to Class certification.  Certainly, those that believe they've

5    been affected by this incident either know it or they don't,

6    and there's no need to cross reference it by providing names of

7    other non-parties to this lawsuit, and so, that's a motion that

8    we would oppose.

9              THE COURT:  Counsel?

10             MR. ROBINSON:  Your Honor, it's pretty standard that

11   we get a Class list of who they've already noticed and provide

12   the notice to in data breach litigation.  It's going to happen

13   at some point in the litigation.  We need to have that to draft

14   the most accurate complaint as early as possible.

15             THE COURT:  I'm not sure why the forensics report

16   wouldn't have, as part of the forensic report, what was hacked

17   and what was released and of which individual.

18             Counsel?

19             MR. KARLSGODT:  Your Honor, a forensic report for

20   this kind of matter doesn't typically include a listing of the

21   individuals affected.  The notice in this case went out to

22   several million people, we're talking about -- I think what

23   counsel is asking for is the list of all -- the names of all

24   two million people whose information may have been affected and

25   that's what we oppose.  And I would say that, in our

1  experience, it is not standard for that to be provided

2  pre-Class certification.

3           THE COURT:  Well, the two things that Ms. Laufenberg

4  mentioned in her request for early discovery were the forensic

5  reports on hacking and to confirm what was released in the way

6  of PII and PMI.  And my understanding was that's what was going

7  to be made available in the course of this initial disclosure

8  which would occur within 30 days of today's date.

9           Did I misunderstand what you said, Ms. Laufenberg?

10          MS. LAUFENBERG:  No, Your Honor.

11          THE COURT:  And so then, did you misunderstand what

12  she was asking for?

13          MR. KARLSGODT:  Your Honor, I understand that she's

14  asking for a copy of the forensic report.  The --

15          THE COURT:  But she asked for two things; the

16  forensic report and something beyond the forensic report that

17  would confirm what was released in the way of PII or PMI.

18          MR. KARLSGODT:  Oh, let me explain, Your Honor.  The

19  forensics report, again, there's this issue of whether it's

20  work product and we have to address that issue, but that's one

21  that we'll talk to opposing counsel about, but beyond that, the

22  forensics report typically will address what types of

23  information might have been affected to the extent that the

24  forensics people know.

25          But at this point, I can't say for sure that the

| | |
|---|---|
| 1 | forensics report in this case actually addresses that issue. |
| 2 | Certainly, there may be other ways for us to provide |
| 3 | information about that.  It may be that in this case, it's not |
| 4 | known what information was affected, but that information |
| 5 | typically is included in the notification that has already been |
| 6 | sent out to individuals, what types of information may have |
| 7 | been affected by the incident.  And so that's another potential |
| 8 | source of that same information would be the notices themselves |
| 9 | that went out to Class members. |
| 10 | THE COURT:  You all are so friendly and cooperative |
| 11 | until it's time to produce material and fact.  Produce the |
| 12 | forensic report, make sure that the forensic report includes in |
| 13 | the context of the report what precisely was the type of |
| 14 | information that was released as part of this unfortunate |
| 15 | incident, and produce the list of names of the people to whom a |
| 16 | notice was sent advising them that their information had been |
| 17 | potentially compromised. |
| 18 | Yes, sir? |
| 19 | MR. PHOENIX:  Yes, Judge, Chuck Phoenix. |
| 20 | One of the issues that we've identified, not just |
| 21 | one, but numerous to our clients, is that the fact they didn't |
| 22 | receive any notice because, in fact, they weren't actually a |
| 23 | patient.  But they have had data breach, so again, for example, |
| 24 | when you go to the doctor and you're with your child, say for |
| 25 | example, or somebody you care for, you actually input your |

information, your driver's license number, your health

insurance information, your Social Security Number, your name,

you're the father, you're the mother, so on and so forth.  That

information has also been released, but those people aren't

patients and, therefore, never received a letter.  And I have

confirmation of that in many cases.

So it wouldn't be enough that they disclose who

received the letters, there's another group over and above that

group.

THE COURT:  Counsel?

MR. KARLSGODT:  Your Honor, we're now getting into

issues that are going to be the subject of discovery, but I'm

not sure it's appropriate to be addressing them at this phase.

Certainly, as I understand what the Court just said,

and I want to make sure I understood, and would ask that to the

extent that the Court is ordering us to provide the report,

would be to ask for an opportunity to at least meet and confer

with opposing counsel about the privilege issues that I've

raised.

I believe, as I said, that we can work through them,

but I want to make clear that we don't wish to waive them at

this point.  And so I want to make sure I understand what Your

Honor just said in terms of what you're ordering us to do.

THE COURT:  I'm ordering you to produce the forensic

report over the protection of the confidentiality order that

```
1    will be entered in the case that the parties have apparently
2    already started to produce and sign which should be signed, I
3    think we said, by the 29th.  And then I want you to produce the
4    forensic report, and it is without waiver of your work product
5    privilege, and I want you to produce the list of people to whom
6    notices were sent of their information having been compromised
7    or potentially compromised by the data breach.
8            MR. KARLSGODT:  So, Your Honor, you're ordering us to
9    provide the list of the two million people that we sent the
10   notice to?
11           THE COURT:  I don't sputter.
12           MR. KARLSGODT:  Okay.  I would say, Your Honor, that
13   I believe that there are significant privacy issues associated
14   with that kind of order.  We would request an opportunity to at
15   least brief the issue with the Court.  In particular, you're
16   asking us to provide to opposing counsel the names of millions
17   of people who are not parties to this lawsuit at this point.
18   And so, we would ask for the opportunity to provide some legal
19   basis for that argument.  I don't think it's as simple as
20   counsel put it, a housekeeping matter.
21           THE COURT:  Well, it's also a more narrow list that
22   might ultimately be required, as I'm hearing it, because
23   notices weren't sent to everybody whose information was
24   potentially hacked, according to at least one of the lawyers
25   present here.
```

1        MR. KARLSGODT:  As an alternative, Your Honor, I

2    could propose this.  We could certainly provide verification

3    for each of the named Plaintiffs and any other individuals that

4    they wanted to send us, whether they were included in the

5    notification list.  That's something that we commonly do and

6    that is fairly easy to do.  So we certainly are agreeable to

7    doing that.

8        THE COURT:  Well, the Court has entered an order.

9    Comply with the order.  And if you believe that there is a

10   basis for the Court to reconsider its order, file a motion for

11   reconsideration within seven days of today, and I will

12   undertake to review it so that we don't slow down the

13   production so that we don't extend the deadline by which these

14   initial consolidated -- this initial consolidated amended

15   complaint needs to be filed.

16       MR. KARLSGODT:  Yes, Your Honor.

17       MR. ROBINSON:  Your Honor, just to address counsel's

18   concern, we typically enter into agreements, and we will in

19   this case, to protect and preserve the Class list, Excel sheet

20   or whatever format they produce it in a database for a computer

21   that isn't connected to a network so it isn't at risk as well

22   as other protected measures.  So I just wanted to put that out

23   there that we will definitely meet and confer with Defense

24   Counsel in protecting that information.

25       THE COURT:  Is there any information that the Defense

| | |
|---|---|
| 1 | has with respect to the facts of the actual use of the |
| 2 | compromised information by third parties, for example, if |
| 3 | there's been a demand under the insurance for the payment or |
| 4 | reimbursement of people who are affected? |
| 5 | MR. KARLSGODT:  Your Honor, I don't know the answer |
| 6 | to whether there have been claims made on the Credit Monitoring |
| 7 | Insurance industry you're asking about.  That's certainly |
| 8 | something that we'll get into when discovery arises.  I'm not |
| 9 | aware of, as I sit here, of any instance, other than those that |
| 10 | are being claimed by the named Plaintiffs, and I guess the |
| 11 | other individuals that the Plaintiffs -- |
| 12 | THE COURT:  You personally or you, your client? |
| 13 | MR. KARLSGODT:  Well, I say I, and on behalf of the |
| 14 | legal defense team defending the client, at this point, I don't |
| 15 | have any information to suggest that that has happened.  It is |
| 16 | fairly common, though, with a population of this size that |
| 17 | claims or incidents are reported as part of that process. |
| 18 | We haven't reviewed those records yet.  We certainly |
| 19 | will in the course of discovery, but at this point, it's our |
| 20 | strong position, factually, that the incidents that have been |
| 21 | claimed that fraud occurred after the incident are not related |
| 22 | at all to this incident.  We don't have any reason to believe |
| 23 | that there's a connection between them. |
| 24 | THE COURT:  And why is that? |
| 25 | MR. KARLSGODT:  Because with a population of this |

1    size, you know, two million people, you're bound to have people

2    within that population that are going to be the subject of

3    fraud or identity theft for reasons that could be completely

4    unrelated to the incident.

5             THE COURT:  But you don't know one way or the other,

6    you don't have a conviction that it didn't happen as the result

7    of this breach.

8             MR. KARLSGODT:  I do, at this point, Your Honor.

9             THE COURT:  And my question is, how could you have

10   that conviction?

11            MR. KARLSGODT:  Because we haven't received any

12   reports of a significant number.  When I say "significant", I

13   mean a significant percentage of two million people.  You'd

14   expect to see thousands of reports, not the smattering of

15   reports that we're seeing from the individual claimants in this

16   case.

17            THE COURT:  But you don't even know what reports

18   there were because you don't know?

19            MR. KARLSGODT:  Well, I will say from experience

20   because I deal with a lot of these types of cases, when we get

21   into discovery, we tend to review the reports that are made to

22   the Credit Monitoring Service.  We have not received any

23   information from the Credit Monitoring Service that they're

24   starting to see a significant number of claims.

25            THE COURT:  So you do know what claims have been

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

| | |
|---|---|
| 1 | submitted, you just don't think there are a lot of them? |
| 2 | MR. KARLSGODT:  We have that information.  I don't |
| 3 | know that there are any, but there are likely some.  There are |
| 4 | likely some because there are usually some in this kind of |
| 5 | incident. |
| 6 | It really just has to do with numbers, Your Honor. |
| 7 | The fact that you have a large percentage or a large population |
| 8 | of people that you are sending a notice to about a data breach |
| 9 | incident, you're naturally going to run into people that have |
| 10 | either in a related way or coincidentally have been subject to |
| 11 | identity theft, and here, we're not seeing the numbers that |
| 12 | would lead us to believe that there's a relationship between |
| 13 | the claims that have been made by the Plaintiffs and our |
| 14 | incident. |
| 15 | THE COURT:  Provide to the Plaintiffs the number of |
| 16 | claims that have been made on the policy as of the date of the |
| 17 | 30 days that discovery is due.  You don't, at this point, have |
| 18 | to produce who made those claims, but you should disclose to |
| 19 | the Plaintiffs the number of such claims 'cause you said three |
| 20 | different things about what your level of knowledge is, and I |
| 21 | just want someone to go get the knowledge that is available to |
| 22 | the company by going to the carrier, inquiring about how many |
| 23 | claims have been made under the insurance, and provide that to |
| 24 | the Plaintiffs because their principal argument is going to be, |
| 25 | I assume, on the motion to dismiss that there's no concrete |

1    particularized harm.

2         MR. KARLSGODT:  That's correct, Your Honor.

3         THE COURT:  And the Court needs to be able to filter

4    that argument through the facts that are capable of being

5    alleged.  And if you hold all those facts to your vest so they

6    can't allege them, then they won't be alleged.  And so if you

7    know them, then they're entitled to know them.  And then

8    whether that states a claim or meets the standing requirement,

9    we will decide under the binding legal precedent.  But we can't

10   be hamstrung by the unavailability of the information that is

11   within your purview of knowledge.

12        So find out, let them know, produce the list of names

13   to whom notices were sent.  If you don't feel you should do

14   that, file a motion not to exceed 10 pages explaining why, with

15   legal authority, and I'll address it on a motion for

16   reconsideration with an opportunity for the Plaintiffs to

17   respond --

18        MR. ROBINSON:  One request for -- sorry.

19        THE COURT:  -- within seven days.

20        MR. ROBINSON:  One request for clarification, Your

21   Honor.  When you say "claims made", because of the

22   sophistication of this population, many cancer patients, would

23   your definition of claims made include a letter to 21st Century

24   by an individual who is a patient who believes they had

25   identity theft or some other misuse of their identity as a

1    result of the breach?

2            THE COURT:  How are the claims made?

3            MR. KARLSGODT:  The claims are made in a lot of

4    different ways, Your Honor.

5            THE COURT:  How are they stored?

6            MR. KARLSGODT:  Not -- the kind of thing that Counsel

7    is talking about would not be stored in the same place that

8    what I believe you were talking about earlier.  There may be,

9    and we are aware of a few of these, individual claims that have

10   been made and responded to by 21st Century.  And those we can

11   certainly provide, the count of them or other information about

12   them.

13           In addition, there are records that are kept by the

14   service that provided the credit monitoring that was provided

15   to people that were affected.  They would have records about

16   who called in to make some sort of claim against the Credit

17   Monitoring or the identity theft insurance.

18           THE COURT:  So the people who sent letters in, their

19   letters wouldn't have been forwarded to the Credit Monitoring

20   Service for handling?

21           MR. KARLSGODT:  Probably not unless they were

22   actually claiming something that would entitle them to benefits

23   under the policy.  So a lot of times you get letters that are

24   similar to the claims that are made by the Plaintiffs which is,

25   I was the victim of a data breach, therefore, I'm entitled to

```
 1    money, without having suffered any fraud.  And so a lot of the

 2    communications that we tend to get are in that vein and they

 3    wouldn't be entitled to recover any benefits from the

 4    insurance.  But we have those records, there's no question we

 5    have the records.

 6            THE COURT:  Well, just produce them, the claims made

 7    and the claims also made, and then we'll have all the claims

 8    made and we can make of them what we want to make of them in

 9    the context of the legal arguments, but the facts are what they

10    are and the facts may not entitle the Plaintiffs to relief, but

11    they're entitled to know what the facts are and you hold them.

12            This is not a case where the parties know what

13    happened to their information in your offices.  You are the

14    only ones who know that.  And so they need to know so they know

15    what to do about it, if anything, and the Court needs to know

16    so that it knows how to treat the case from a legal standpoint.

17            MR. KARLSGODT:  Understood, Your Honor.

18            THE COURT:  And just because I give you permission to

19    file a motion for reconsideration doesn't mean you should file

20    one.

21            MR. KARLSGODT:  Your Honor, I believe strongly that

22    we have a strong basis for the motion and it's very likely we

23    will file one.

24            THE COURT:  All right.

25            This is a privacy argument.  Do you have a case
```

1    citation?

2           MR. KARLSGODT:   I don't have it with me, Your Honor.

3           THE COURT:   This is a privacy argument, though?

4           MR. KARLSGODT:   In part, yes, it's a privacy

5    argument, and in fact, as one of the attorneys on the other

6    side recently mentioned, we're talking about a list of

7    two million people that are cancer patients, so there are

8    additional privacy interests at stake in this case that are

9    different even than in other types of damages cases.

10          THE COURT:   Who are dying and if we don't get the

11   information out, they may never get any compensation for it if

12   they've been injured.

13          MR. KARLSGODT:   Well, all of these individuals that

14   we're talking about, Your Honor, have received notice of the

15   incident.   That's the idea of the list that we're talking

16   about, so it's not like they haven't received notice of the

17   incident.

18          The other concern is that this type of list can be

19   simply used as a recruiting tool for the Plaintiffs' part to

20   try to find additional Plaintiffs.   And that may or may not be

21   a legitimate use of it.

22          THE COURT:   Unless the protective order prevents that

23   from happening.

24          MR. KARLSGODT:   That's something that can be dealt

25   with in a protective order, Your Honor, right.

CLAUDIA SPANGLER-FRY   OFFICIAL U. S. COURT REPORTER

```
 1              THE COURT:  So the privacy concern is a privacy

 2   concern associated with just the release of their information

 3   without their permission?

 4              MR. KARLSGODT:  That's correct, Your Honor.

 5              THE COURT:  And the use concern is the use of the

 6   information by the Plaintiffs to gen up new cases?

 7              MR. KARLSGODT:  That's a concern, yes, that's right.

 8   And I'm not -- we'll have to look at what the Law of Florida

 9   is.  I know there's some significant law in the State of

10   California in dealing with the procedure for how this happens.

11              In California, what has to happen in order for

12   Plaintiffs to get a Class list precertification is that the

13   Court has to order additional notification to be sent out by a

14   third party allowing people to opt in to have their names

15   provided to opposing counsel.  So there is significant case

16   law, I'm just not sure about the case law in this particular

17   jurisdiction and since this issue just came up today, we

18   haven't had a chance to research it yet.

19              THE COURT:  All right.

20              Well, I'm all ears.  And the response, it will be a

21   seven-day turnaround response with the same page limit.

22              MR. ROBINSON:  Thank you, Your Honor.

23              THE COURT:  Any other small housekeeping matters?

24              MR. ROBINSON:  Nothing from Plaintiffs, Your Honor.

25              THE COURT:  All right.
```

1          Well, I look forward to working with you all on a

2  swift and appropriate resolution of this part of the case so

3  that we can dispatch you to your final resolution locations and

4  I trust that all the parties will work together to reach a fair

5  and amicable, at least as far as the lawyers are concerned,

6  resolution of the case.

7          If we can be of any assistance, feel free to contact

8  Chambers through local counsel.  Ms. Darnesha Carter, who is

9  sitting to my far left is the Law Clerk who is working on the

10 case with me, and Anaida Vizza, you've probably already

11 encountered, will be working with me as well.  So that's your

12 first point of contact.  But it should just be for ministerial

13 matters.  Don't ask me where things are.  I'm aware of your

14 motions, they are prioritized, so we'll try to get them

15 resolved as quickly as possible.

16         But if any emergency arises, for example, if a

17 deposition needs to be taken, file it on an emergency basis and

18 we'll take it up as they are presented, either through my

19 offices or Judge Porcelli's offices.

20         All right.  I'll see you the next time.  Thank you,

21 we're dismissed.

22             MS. LAUFENBERG:  Thank you, Your Honor.

23             MR. KARLSGODT:  Thank you, Your Honor.

24             (Thereupon, the proceedings concluded.)

25                       *******

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

```
 1                        CERTIFICATE

 2

 3   STATE OF FLORIDA          )

 4   COUNTY OF HILLSBOROUGH    )

 5

 6        I, CLAUDIA SPANGLER-FRY, Official Court Reporter for

 7   the United States District Court, Middle District, Tampa

 8   Division,

 9        DO HEREBY CERTIFY, that I was authorized to and

10   did, through use of Computer Aided Transcription, report

11   in shorthand the proceedings and evidence in the

12   above-styled cause, as stated in the caption hereto, and

13   that the foregoing pages numbered 1 to 65, inclusive,

14   constitute a true and correct transcription of my

15   shorthand report of said proceedings and evidence.

16        IN WITNESS WHEREOF I have hereunto set my hand

17   in the City of Tampa, County of Hillsborough, State of

18   Florida, this 17th day of November, 2016.

19

20                     Claudia Spangler-Fry

21        CLAUDIA SPANGLER-FRY, Official Court Reporter

22

23

24

25
```

CLAUDIA SPANGLER-FRY  OFFICIAL U. S. COURT REPORTER

**$**

$1,500 [1]   15/8

**'**

'cause [5]   15/16 18/10 49/16
 49/23 58/19

**0**

0112 [1]   4/17
0600 [1]   4/12
06103 [1]   1/23
0700 [1]   3/16
0866 [1]   3/11

**1**

1,000 [1]   15/8
10 [2]   24/5 59/14
100 [2]   2/11 43/25
10017 [1]   3/19
1025 [1]   3/15
1100 [1]   1/19
112 [1]   4/16
1144 [1]   2/16
12 [3]   26/6 26/7 26/9
1201 [1]   1/15
1350 [1]   2/19
14th [1]   3/2
16 [3]   1/7 5/2 40/24
161 [1]   3/15
1681 [1]   1/24
16th [1]   24/15
17th [2]   1/23 65/18
1801 [1]   4/11
1900 [1]   1/16
1920 [1]   4/2
19428 [1]   3/15
1965 [1]   3/6

**2**

2.4 [1]   47/12
20 [2]   1/23 28/4
200 [2]   3/10 4/16
2016 [3]   1/7 5/2 65/18
2051 [1]   4/6
206 [1]   1/16
21 [8]   21/23 22/4 22/11 22/20
 23/13 24/4 24/8 37/10
212 [1]   3/20
21st [9]   1/3 5/5 17/17 18/15
 33/24 37/19 37/20 59/23 60/10
2300 [1]   4/4
239 [3]   2/16 2/20 4/7
2407 [1]   2/15
2423 [1]   2/3
25 [1]   28/18
255 [1]   2/6
26 [2]   21/21 21/25
2737 [2]   1/3 5/6
2800 [1]   1/19
28th [3]   27/10 27/11 27/11
29th [2]   37/20 54/3

**3**

3.01 [1]   42/1
30 [17]   22/12 22/13 23/10
 23/10 23/14 23/21 24/9 24/23
 25/7 28/4 28/20 28/20 28/25
 37/11 44/13 51/8 58/17
301-5575 [1]   4/21
303 [1]   4/12
304-S [1]   2/11
305 [2]   1/20 2/7
30th [1]   24/5

3200 [1]   1/15
32024 [1]   1/21
32802-0112 [1]   4/17
33064 [1]   2/2
33134 [1]   1/20
33134-7414 [1]   2/7
332-3655 [1]   4/7
33328-5315 [1]   4/3
33602 [1]   4/20
33701 [1]   2/11
33901 [1]   4/6
33919 [1]   2/19
33957 [1]   2/15
342-0700 [1]   3/16
350 [1]   2/23
3655 [1]   4/7
384-7270 [1]   1/20

**4**

400 [1]   2/23
4000 [1]   4/17
407 [2]   3/11 4/17
413 [1]   4/2
415 [3]   2/24 3/3 3/7
4240 [1]   2/20
4355 [1]   4/3
4400 [2]   2/2 4/11
45 [1]   3/2
45-day [1]   24/17
45th [1]   3/19
4700 [1]   2/24
472-1144 [1]   2/16
476-7400 [1]   2/7
4800 [1]   3/3
484 [1]   3/16

**5**

500 [1]   15/8
519-2423 [1]   2/3
5315 [1]   4/3
5400 [1]   4/2
543-7861 [1]   3/7
5575 [1]   4/21

**6**

60 [3]   22/10 24/14 41/9
60-day [2]   24/13 41/16
601 [1]   3/2
623-1900 [1]   1/16
631 [1]   3/10
634-4355 [1]   4/3
649-4000 [1]   4/17
65 [1]   65/13
687-7230 [1]   3/20

**7**

7230 [1]   3/20
727 [1]   2/12
7270 [1]   2/7
7400 [1]   2/7
7414 [1]   2/7
772-4700 [1]   2/24
786 [1]   2/3
7861 [1]   3/7
7th [1]   4/20

**8**

801 [1]   4/20
80202 [1]   4/12
813 [1]   4/21
821-8752 [1]   2/12
839-0866 [1]   3/11
860 [1]   1/24
861-0600 [1]   4/12

8695 [1]   2/9
882 [1]   1/21
882-1681 [1]   1/24
8:16-MD-2737-35-AEP [1]   1/4
8:16-MD-2737-MSS-AEP [1]   5/7

**9**

94103 [1]   3/6
94104 [1]   2/23
94108 [1]   3/2
954 [1]   4/3
981-4800 [1]   3/3
98101 [1]   1/15
985-4240 [1]   2/20
9:30 [1]   1/8

**A**

A,B,C,D,E [1]   28/13
a.m [1]   1/8
able [20]   6/19 8/22 12/2 15/24
 16/19 17/4 17/20 18/1 20/22
 22/3 22/18 22/20 30/23 31/7
 36/17 45/18 46/1 46/2 48/13
 59/3
about [36]   6/24 9/5 11/12
 14/12 15/3 15/25 16/11 17/11
 20/10 20/18 21/3 21/4 23/24
 29/14 30/10 30/24 41/24 42/4
 42/15 50/22 51/21 52/3 53/18
 56/7 58/8 58/20 58/22 60/7
 60/8 60/11 60/15 61/15 62/6
 62/14 62/16 63/16
above [2]   53/8 65/12
above-styled [1]   65/12
access [4]   17/4 29/5 29/11
 38/7
accessing [1]   18/14
accommodate [1]   40/12
accommodations [1]   40/17
accomplished [1]   24/23
accordance [2]   13/20 15/6
according [1]   54/24
accurate [4]   30/3 30/5 49/24
 50/14
Act [1]   32/18
action [9]   7/21 33/19 33/23
 34/4 34/5 34/13 35/4 35/7
 35/21
activities [1]   13/3
actual [1]   56/1
actually [10]   22/21 34/22
 36/13 42/25 44/1 49/5 52/1
 52/22 52/25 60/22
Adams [1]   6/11
addition [3]   26/12 44/2 60/13
additional [7]   9/15 24/2 34/11
 43/9 62/8 62/20 63/13
Additionally [1]   42/20
address [8]   13/16 29/22 36/4
 49/13 51/20 51/22 55/17 59/15
addresses [1]   52/1
addressing [1]   53/13
adequately [1]   41/10
adhere [1]   37/7
adjudicating [2]   31/18 31/22
adjust [1]   11/20
admission [1]   20/7
admitted [2]   44/25 45/2
advance [7]   16/3 17/8 18/21
 19/1 19/21 20/8 46/18
advise [1]   44/13
advised [1]   45/8
advising [1]   52/16

## A

AEP [2]  1/4 5/7
affected [10]  24/20 43/7 50/5
 50/21 50/24 51/23 52/4 52/7
 56/4 60/15
after [6]  15/21 15/21 25/7
 27/8 44/11 56/21
again [9]  18/2 28/17 33/12
 34/24 36/2 40/1 50/1 51/19
 52/23
against [2]  9/23 60/16
agenda [1]  49/9
ago [1]  15/4
agree [8]  13/17 18/4 19/11
 30/8 30/24 31/5 35/18 46/16
agreeable [4]  21/9 23/10 49/20
 55/6
agreed [4]  8/16 19/13 30/2
 42/6
agreeing [1]  23/2
agreement [3]  17/11 22/5 31/7
agreements [2]  20/22 55/18
aid [1]  17/9
Aided [1]  65/10
Alhambra [1]  2/6
all [60]  6/20 7/1 8/14 8/15
 8/18 8/21 9/4 9/4 9/8 9/17
 9/21 10/13 10/17 10/21 11/16
 11/23 12/23 13/20 14/18 15/1
 19/3 19/6 22/7 23/4 23/17
 24/10 24/19 28/25 30/10 31/3
 35/2 36/19 36/24 37/9 37/21
 38/11 39/24 40/24 41/15 41/17
 43/6 43/11 46/5 46/9 46/10
 47/23 50/23 50/23 52/10 56/22
 59/5 61/7 61/24 62/13 63/19
 63/20 63/25 64/1 64/4 64/20
allege [2]  26/10 59/6
alleged [2]  59/5 59/6
allow [1]  32/21
allowing [1]  63/14
allows [3]  21/18 40/10 47/18
almost [2]  8/13 33/8
along [2]  7/24 37/8
already [8]  9/16 16/18 17/2
 37/5 50/11 52/5 54/2 64/10
also [14]  6/7 7/25 10/10 15/12
 17/9 43/14 44/4 49/17 53/4
 54/21 61/7
alternative [1]  55/1
although [1]  8/24
always [1]  12/1
am [2]  11/12 20/9
amalgamation [1]  10/22
amenable [1]  28/18
amend [2]  17/15 24/7
amended [11]  16/5 17/10 21/10
 21/14 24/13 24/17 24/22 34/23
 43/21 49/18 55/14
amendments [1]  24/3
amicable [1]  64/5
among [5]  12/18 24/19 27/3
 36/15 41/17
amongst [1]  32/5
Anaida [1]  64/10
analysis [2]  32/23 46/18
Angeles [1]  6/8
Ann [1]  7/4
another [5]  36/9 39/8 44/2
 52/7 53/8
answer [3]  24/22 35/17 56/5
ANTHONY [1]  1/11

anticipate [4]  17/14 21/20
 35/11 43/23
anticipated [1]  9/1
anticipates [1]  25/25
anticipation [1]  20/21
any [52]  9/6 9/9 9/9 9/12 9/15
 9/18 9/20 10/14 14/3 14/4
 15/24 16/3 18/16 24/2 24/8
 28/14 28/23 29/9 30/8 30/17
 30/19 30/20 31/9 31/11 31/22
 34/5 34/25 35/24 38/22 39/7
 39/18 40/19 41/20 41/22 47/12
 47/13 48/19 52/22 55/3 55/25
 56/9 56/15 56/22 57/11 57/22
 58/3 61/1 61/3 62/11 63/23
 64/7 64/16
anybody [3]  12/16 16/13 39/7
anyone [4]  9/6 11/13 31/9
 39/24
anything [12]  9/7 11/19 17/24
 24/5 29/10 34/19 35/19 37/22
 42/10 44/15 49/4 61/15
aol.com [1]  4/21
apologies [1]  19/5
apologize [3]  5/20 6/18 23/2
apparently [1]  54/1
appear [6]  37/24 39/5 40/9
 40/14 40/16 47/18
appearances [2]  1/13 5/8
appearing [1]  37/25
appendix [2]  28/24 29/4
appoint [5]  10/15 11/3 11/5
 11/6 11/10
appointed [3]  12/21 14/5 30/11
appointment [1]  10/20
appoints [1]  29/18
appreciate [1]  24/14
approach [4]  10/4 10/10 22/17
 34/20
approached [1]  9/11
appropriate [4]  29/25 31/21
 53/13 64/2
are [104]
area [4]  13/5 13/19 14/18
 48/16
aren't [1]  53/4
arguably [1]  20/19
argue [1]  39/19
argument [7]  25/12 54/19 58/24
 59/4 61/25 62/3 62/5
arguments [4]  26/5 26/6 26/6
 61/9
arise [1]  49/9
arises [2]  56/8 64/16
around [1]  19/4 29/3 36/15
as [77]
ask [8]  19/25 23/16 27/3 28/4
 53/15 53/17 54/18 64/13
asked [3]  11/7 49/12 51/15
asking [8]  19/21 22/1 45/4
 50/23 51/12 51/14 54/16 56/7
assemble [1]  6/16
asserted [1]  32/21
assertion [1]  20/18
assessment [1]  11/3
assistance [1]  64/7
assisting [1]  13/11
associated [1]  21/8 54/13 63/2
assume [5]  16/13 24/19 25/23
 36/14 58/25
Assuming [1]  23/23
attachment [1]  29/2
attachments [2]  28/23 28/23

attack [2]  26/11 36/10
attempted [1]  42/25
attend [1]  5/19
attention [1]  28/6
attorney [2]  47/12 47/22
attorneys [3]  20/22 49/8 62/5
audio [2]  38/24 39/15
audit [1]  49/21
authority [1]  59/15
authorized [1]  65/9
available [9]  17/20 23/21
 27/12 38/5 39/15 39/24 44/14
 51/7 58/21
Ave [3]  1/15 4/16 4/20
Avenue [1]  2/11
avoid [1]  39/13
await [1]  35/7
aware [11]  9/15 9/20 10/2 10/2
 10/13 13/15 17/6 36/11 56/9
 60/9 64/13

## B

Baburchak [1]  6/9
back [5]  8/25 10/11 10/11
 14/20 15/12
Baker [5]  4/11 4/15 8/8 8/9
 8/12
bakerlaw.com [3]  4/13 4/13
 4/18
bandwidth [3]  38/2 38/3 40/11
bank [1]  15/6
Bar [2]  47/15 48/7
Barbieri [1]  5/18
barring [1]  31/6
based [4]  9/10 14/17 16/4
 46/17
basis [8]  22/18 22/23 23/3
 23/13 54/19 55/10 61/22 64/17
bazillion [1]  28/22
be [177]
became [1]  36/10
because [42]  10/4 10/10 14/7
 21/15 21/17 22/9 22/12 23/2
 23/16 26/9 26/24 27/6 28/25
 29/6 31/15 32/4 32/8 32/12
 32/13 33/3 34/9 36/7 36/11
 37/14 38/2 38/2 39/1 40/8 41/3
 43/19 45/21 48/25 52/22 54/22
 56/25 57/11 57/18 57/20 58/4
 58/24 59/21 61/18
become [1]  9/3
becomes [1]  39/17
been [39]  9/10 9/11 9/16 12/2
 17/18 18/20 18/24 20/21 22/18
 30/11 34/19 34/22 34/23 34/24
 35/3 35/6 35/11 41/8 42/25
 43/5 50/5 50/24 51/23 52/5
 52/7 52/16 53/4 54/6 56/3 56/6
 56/20 57/25 58/10 58/13 58/16
 58/23 60/10 60/19 62/12
before [12]  1/10 15/24 21/14
 23/19 26/13 30/24 31/14 36/12
 40/16 42/1 42/4 48/13
beginning [2]  17/23 45/8
behalf [28]  5/11 5/15 5/18
 5/23 6/1 6/7 6/18 6/21 6/22
 7/3 7/6 7/9 7/12 7/14 7/17
 7/20 7/23 8/1 8/8 8/10 8/12
 13/1 31/24 35/17 36/2 43/3
 49/25 56/13
behave [1]  8/21
behaving [1]  13/20

**B**

behind [1]  14/7
being [6]  17/4 17/20 20/8 36/7 56/10 59/4
belief [1]  30/18
believe [15]  24/23 34/24 35/15 41/1 43/16 44/5 45/6 50/4 53/20 54/13 55/9 56/22 58/12 60/8 61/21
believes [1]  59/24
Bench [1]  48/7
benefit [1]  47/2
benefits [2]  60/22 61/3
Benzion [1]  7/21
Berdenna [1]  6/12
Bernius [1]  7/7
best [1]  29/8
better [5]  10/10 10/22 18/10 21/17 21/18
between [5]  27/20 31/10 40/4 56/23 58/12
beyond [7]  40/25 42/10 42/10 44/7 47/14 51/16 51/21
bifurcate [1]  16/23
bifurcated [1]  16/8
bifurcating [1]  17/3
biggest [1]  24/7
Bimonte [1]  7/4
binding [3]  16/11 33/17 59/9
Birken [2]  7/18 7/20
Birken-Sikora [2]  7/18 7/20
bit [2]  22/22 38/16
Blvd [3]  1/19 3/10 4/6
Bonilla [1]  5/23
both [7]  11/1 26/5 31/18 31/22 31/23 46/5 49/8
bound [1]  57/1
Box [1]  4/16
bpenny [1]  3/16
breach [16]  1/3 5/6 17/21 21/6 37/6 42/15 42/18 43/16 44/11 50/12 52/23 54/7 57/7 58/8 60/1 60/25
BRIAN [2]  3/14 7/13
brief [2]  25/10 54/15
briefing [1]  26/15
bring [11]  9/13 10/13 13/25 44/20 45/13 45/15 45/15 45/17 47/13 47/21 48/24
bringing [3]  45/18 48/21 48/22
broader [1]  20/25
Brody [2]  3/18 7/17
brought [2]  45/10 48/11
building [4]  40/12 47/21 47/24 47/25
buildings [1]  40/12
bushes [1]  48/12
business [1]  10/15

**C**

CA [3]  2/23 3/2 3/6
Cabrera [1]  7/6
Calcagnie [2]  5/23 11/4
calendar [1]  41/11
California [19]  3/2 4/11 10/24 14/1 14/14 14/15 14/21 14/21 14/23 15/17 26/13 31/10 31/23 32/10 32/16 32/18 32/24 63/10 63/11
call [6]  5/4 14/14 37/23 38/25 40/10 48/17
called [4]  9/11 32/16 34/19

60/16
calling [1]  39/4
calls [1]  38/24
came [3]  15/3 38/1 63/17
camps [1]  11/1
can [58]  10/3 10/6 10/7 11/16 11/16 11/17 13/19 15/2 16/15 18/9 18/10 18/18 21/24 22/5 22/16 22/21 23/20 23/25 23/25 24/6 24/10 24/23 25/3 25/8 25/14 27/4 27/12 27/16 28/8 28/16 29/11 29/13 32/1 32/9 33/1 36/12 37/1 37/8 39/4 39/15 39/22 39/22 40/6 40/17 41/12 41/17 41/18 42/23 46/22 48/10 48/11 53/20 60/10 61/8 62/18 62/24 64/3 64/7
can't [15]  13/17 22/8 27/2 29/6 34/1 35/17 38/6 39/1 39/19 40/11 41/5 47/25 51/25 59/6 59/9
cancel [1]  27/16
canceled [1]  26/24
cancer [3]  17/1 59/22 62/7
capable [1]  59/4
caption [1]  65/12
car [1]  48/12
card [2]  43/16 47/15
care [1]  52/25
careful [1]  20/23
CARI [14]  1/14 5/10 9/19 16/16 25/9 25/13 26/18 27/17 28/17 30/4 30/22 35/1 36/22 42/19
carrier [4]  34/10 35/9 35/21 58/22
carriers [1]  34/11
Carter [1]  64/8
case [86]
cases [23]  9/1 9/9 9/15 11/24 14/21 16/21 18/25 19/12 20/21 22/16 29/5 31/10 31/10 31/17 33/2 37/6 37/6 41/8 43/10 53/6 57/20 62/9 63/6
CASIE [2]  4/10 8/9
caught [1]  48/6
cause [1]  65/12
ccollignon [1]  4/13
cellular [1]  44/20
center [4]  33/3 38/10 38/11 38/14
CENTURY [6]  1/3 5/5 17/17 33/24 59/23 60/10
Century's [1]  18/15
certain [2]  19/13 47/7
certainly [18]  20/1 22/4 22/20 23/25 28/5 30/17 31/19 32/15 40/11 46/2 50/4 52/2 53/14 55/2 55/6 56/7 56/18 60/11
CERTIFICATE [1]  65/1
certification [5]  18/22 19/2 42/21 50/4 51/2
CERTIFY [1]  65/9
cetera [1]  45/5
chad [2]  2/1 2/3
chadrobinson.com [1]  2/3
chair [1]  45/19
Chambers [1]  64/8
chance [1]  63/18
change [1]  42/8
CHARLES [2]  2/14 6/6
check [1]  41/2
check-in [1]  41/2
checkpoint [1]  47/14

Chief [1]  47/11
children [1]  44/3
Chuck [3]  40/1 43/24 52/19
Church [2]  1/23 33/15
Circle [1]  2/6
Circuit [12]  10/24 14/17 14/25 15/9 32/11 32/15 33/5 33/7 33/9 33/12 33/15 33/16
citation [1]  62/1
cited [1]  31/20
City [1]  65/17
civil [2]  14/24 15/5
claim [10]  9/12 14/23 14/23 26/7 28/13 32/10 32/10 32/21 59/8 60/16
claimants [1]  57/15
claimed [3]  18/17 56/10 56/21
claiming [1]  60/22
claims [23]  14/14 17/22 31/16 31/18 32/19 56/6 56/17 57/24 57/25 58/13 58/16 58/18 58/19 58/23 59/21 59/23 60/2 60/3 60/9 60/24 61/6 61/7 61/7
clarification [1]  59/20
class [20]  16/25 18/22 18/25 19/1 31/1 42/21 43/7 44/5 47/7 49/13 49/15 49/15 49/17 49/19 50/4 50/11 51/2 52/9 55/19 63/12
classes [1]  43/9
CLAUDIA [3]  4/19 65/6 65/21
claufenberg [1]  1/16
cleaner [1]  10/9
clear [3]  35/20 49/23 53/21
clearly [1]  33/8
CLERK [3]  5/5 42/23 64/9
client [3]  43/15 56/12 56/14
clients [5]  9/13 17/2 35/17 43/18 52/21
CMA [2]  32/17 32/18
CMECF [1]  29/10
CMI [1]  32/16
CMR [1]  46/21
co [7]  4/12 8/3 8/22 11/4 11/6 30/24 46/12
co-counsel [2]  8/3 30/24
co-Judge [1]  8/22
co-lead [2]  11/4 46/12
co-liaison [1]  11/6
cocounsel [1]  37/2
coincidentally [1]  58/10
colleague [1]  5/19
colleagues [1]  12/19
collect [1]  22/2
Colleen [1]  6/10
College [1]  2/19
COLLIGNON [2]  4/10 8/9
Colson [4]  2/6 6/1 7/25 11/10
colson.com [2]  2/8 2/8
come [2]  30/13 43/18
coming [3]  14/24 44/22 45/3
Commerce [1]  4/2
committee [10]  6/15 11/6 11/7 11/8 13/5 13/12 14/5 38/17 39/14 45/19
committing [1]  20/25
common [3]  39/17 47/2 56/16
commonly [2]  47/2 55/5
commonplace [1]  32/2
communicating [1]  13/23
communications [1]  61/2
community [1]  45/24

**C**

company [2]   42/17 58/22
compensated [1]   44/10
compensation [1]   62/11
competed [1]   23/24
complaint [20]   16/5 17/10
  17/15 19/22 20/1 21/6 21/14
  21/16 21/17 22/9 22/13 24/13
  24/18 24/22 25/5 34/24 43/21
  49/18 50/14 55/15
complaint's [1]   34/23
complaints [1]   42/22
complete [1]   24/2
completed [4]   23/14 23/23
  27/20 37/11
completely [1]   33/2 57/3
completion [2]   27/21 27/21
Complex [1]   41/19
complicated [2]   23/8 48/4
comply [4]   22/8 22/19 30/17
  55/9
complying [1]   13/21
compromise [1]   11/22
compromised [4]   52/17 54/6
  54/7 56/2
computer [3]   49/1 55/20 65/10
concern [9]   17/2 17/5 35/2
  55/18 62/18 63/1 63/2 63/5
  63/7
concerned [1]   64/5
concerning [1]   21/5
concerns [1]   14/12
conclude [1]   15/9
concluded [1]   64/24
concrete [2]   15/10 58/25
confer [6]   30/23 37/8 42/1
  42/2 53/17 55/23
conference [13]   1/9 10/1 37/25
  38/9 38/10 38/13 38/14 39/5
  40/17 47/22 48/10 48/16 49/8
conferences [2]   38/23 49/7
conferencing [1]   39/10
conferring [2]   30/10 41/10
confidential [1]   36/6
confidentiality [1]   53/25
confirm [3]   18/1 51/5 51/17
confirmation [1]   53/6
Congress [1]   6/17
connected [1]   55/21
connection [1]   56/23
Conshohocken [1]   3/15
consider [2]   14/20 20/12
considered [1]   32/11
considering [1]   31/11
consistent [4]   13/1 13/8 13/22
  29/24
consolidated [12]   16/5 19/22
  20/1 21/14 22/9 24/13 24/17
  24/22 32/12 43/21 55/14 55/15
consolidation [1]   33/1
constitute [1]   65/14
constitutional [1]   33/5
consumer [3]   19/24 20/3 22/2
contact [2]   64/7 64/12
contacted [2]   6/24 37/23
contain [1]   36/8
contend [1]   32/14
context [9]   14/19 15/13 16/2
  26/9 33/3 44/7 44/8 52/13 61/9
contracts [1]   20/6
conversation [2]   16/21 31/2
conviction [2]   57/6 57/10

Conway [1]   47/11
cooperative [1]   52/10
cooperatively [1]   32/3
coordinate [8]   27/3 33/1 38/9
  38/10 38/12 38/23 41/5 41/17
coordinating [3]   13/12 13/14
  13/22
coordination [2]   13/2 24/19
coordinations [1]   32/2
copy [2]   29/10 51/14
Coral [2]   1/20 2/7
Corbel [1]   7/9
correct [4]   21/13 59/2 63/4
  65/14
correctly [1]   42/23
cost [1]   39/25
costs [1]   47/4
could [23]   17/10 23/12 23/24
  26/21 30/7 30/13 36/9 37/7
  37/24 38/9 38/10 38/11 38/12
  38/13 38/14 38/17 38/23 40/12
  45/10 55/2 55/2 57/3 57/9
couldn't [2]   22/3 28/25
counsel [67]
counsel's [1]   55/17
count [1]   60/11
country [1]   29/3
COUNTY [2]   65/4 65/17
couple [1]   37/14
course [5]   10/15 16/23 25/16
  51/7 56/19
COURT [72]
Court's [3]   28/6 38/5 38/9
courthouse [7]   14/2 38/11
  44/21 45/22 47/14 47/19 48/6
courtroom [6]   6/16 38/6 38/14
  47/23 48/10 48/15
courtrooms [1]   40/4
Courts [2]   32/18 49/7
cover [1]   36/6
coverage [4]   34/12 34/14 35/21
  44/14
covering [1]   34/16
cptp [1]   2/16
created [1]   10/21
creating [2]   22/7 45/20
credit [7]   43/16 56/6 57/22
  57/23 60/14 60/16 60/19
cross [1]   50/6
CT [1]   1/23
culture [1]   13/21
curious [1]   24/10 24/25
current [1]   16/11
curt [1]   2/8
CURTIS [2]   2/5 7/24
customer [3]   1/3 5/5 21/4
cut [3]   29/1 29/7 39/1
cyber [3]   26/10 34/16 36/9

**D**

damages [2]   42/20 62/9
Dan [6]   5/22 11/14 37/3 41/6
  42/12 46/23
Darnesha [1]   64/8
dat [1]   1/7
data [11]   1/3 5/6 37/6 42/10
  42/14 42/18 50/12 52/23 54/7
  58/8 60/25
database [2]   48/7 55/20
date [23]   15/23 16/22 24/14
  25/5 26/23 27/1 27/4 27/5 27/6
  27/8 27/9 27/11 27/14 27/15

29/16 29/17 29/17 41/1 41/5
  dates [13]   13/23 15/21 15/21
  15/23 22/8 23/7 23/7 37/17
  40/20 41/2 41/11 41/17 41/18
DAVID [2]   2/18 6/21
Davie [1]   4/3
day [6]   24/5 24/13 24/17 41/16
  63/21 65/18
days [35]   21/23 22/4 22/10
  22/11 22/12 22/13 22/20 23/10
  23/11 23/13 23/14 23/18 23/21
  24/1 24/4 24/4 24/8 24/9 24/14
  24/23 25/5 25/7 27/5 27/6
  27/22 37/10 37/11 37/15 40/16
  41/9 44/13 51/8 55/11 58/17
  59/19
DCN [1]   38/5
de [1]   1/19
deadline [2]   23/17 55/13
deal [4]   26/13 34/9 34/10
  57/20
dealing [2]   30/12 63/10
dealt [1]   62/24
DEC [1]   33/19
decide [2]   26/20 59/9
decides [1]   43/10
decision [3]   20/18 33/16 33/16
decisions [1]   23/25
declaratory [4]   33/23 34/3
  35/3 35/6
deems [1]   29/25
Defendant [2]   19/10 44/11
Defendant's [1]   30/15
Defendants [14]   4/10 8/8 8/10
  8/12 13/16 28/1 31/13 33/22
  34/22 35/3 35/6 35/14 36/3
  36/9
defending [1]   56/14
defense [26]   8/6 9/11 9/14
  9/23 9/24 16/13 16/19 16/21
  17/11 18/4 18/18 26/4 32/7
  32/14 34/3 34/16 35/9 35/20
  41/12 42/3 44/13 49/16 49/25
  55/23 55/25 56/14
definitely [2]   22/3 55/23
definition [1]   59/23
deForest [2]   4/5 4/5
degree [1]   33/7
Delano [1]   40/3
delaying [1]   17/4
delegating [1]   13/3
Delgado [3]   5/24 7/12 7/23
delineating [1]   12/18
Delucchi [1]   5/12
demand [1]   56/3
Denver [1]   4/12
deny [1]   25/17
dependent [1]   35/21
depending [2]   8/21 21/25
depends [1]   23/2
deposition [1]   64/17
describing [1]   19/12
designating [1]   13/6
detail [3]   21/17 22/1 41/21
determination [1]   35/11
determine [2]   33/5 39/25
determining [2]   12/24 38/18
develop [1]   14/18
developed [1]   9/8
device [3]   47/14 47/20 48/19
devices [2]   44/20 45/9
dhhesq [1]   2/20

**D**

Dickman [1]   6/22
did [5]   38/1 48/2 51/9 51/11
 65/10
didn't [3]   49/1 52/21 57/6
died [1]   17/2
diem [1]   47/7
difference [1]   31/9
different [10]   11/24 14/22
 18/8 31/11 33/6 34/11 34/17
 58/20 60/4 62/9
difficult [1]   38/25
direct [1]   10/3
directing [1]   12/25
disagreement [1]   41/23
disc [1]   29/13
disclose [2]   53/7 58/18
disclosure [2]   22/9 51/7
disclosures [2]   21/25 44/13
disconcerting [1]   32/9
discovery [33]   13/1 16/1 16/1
 16/2 16/7 16/7 16/8 16/14
 16/15 16/24 17/3 17/3 17/5
 17/8 17/13 18/16 18/21 19/1
 22/11 24/1 24/9 29/20 29/22
 31/15 32/3 33/1 37/10 51/4
 53/12 56/8 56/19 57/21 58/17
discuss [1]   32/5
discussed [1]   11/21
discussion [3]   11/12 16/18
 32/6
dismiss [21]   16/4 17/8 17/15
 21/12 21/19 25/8 25/12 25/22
 25/24 27/4 27/13 28/4 28/8
 28/11 30/16 32/20 32/21 38/21
 39/11 41/2 58/25
dismissed [1]   64/21
dispatch [1]   64/3
dispute [1]   42/4
disseminated [1]   21/6
distinct [1]   14/16
distraction [1]   35/19
distraught [1]   6/24
DISTRICT [10]   1/1 1/1 1/10 5/6
 10/25 40/2 44/22 47/13 65/7
 65/7
diversity [1]   15/14
divided [1]   12/18
DIVISION [4]   1/2 8/19 9/1 65/8
do [41]   9/9 9/22 12/5 12/17
 15/4 15/24 22/22 25/11 26/9
 27/3 27/6 28/20 34/19 39/4
 39/5 39/22 40/2 40/3 40/7
 40/11 40/20 40/21 40/25 41/11
 43/1 45/5 45/18 48/1 48/12
 49/13 49/16 53/23 55/5 55/6
 57/8 57/25 58/6 59/1 61/15
 61/25 65/9
doctor [1]   52/24
document [5]   29/2 29/12 41/20
 47/5 48/6
documents [16]   19/14 19/24
 20/3 21/16 21/24 22/2 22/4
 22/6 22/18 22/21 23/18 23/19
 24/6 29/7 32/3 36/13
does [7]   20/5 22/14 22/22
 22/24 33/25 39/7 47/23
doesn't [6]   11/2 33/19 34/7
 48/21 50/20 61/19
doing [3]   22/19 41/12 55/7
Dolores [1]   6/12
don't [49]   11/19 14/1 14/3

 18/22 23/6 23/9 25/21 26/24
 26/24 27/23 27/24 29/9 29/24
 30/14 30/20 32/19 34/12 34/24
 35/4 35/14 35/15 40/3 43/9
 45/17 45/20 46/11 47/24 48/11
 50/2 50/5 53/21 54/11 54/19
 55/12 55/13 56/5 56/14 56/22
 57/5 57/6 57/17 57/18 58/1
 58/2 58/17 59/13 62/2 62/10
 64/13
done [11]   10/6 12/11 14/9
 19/12 21/21 22/17 24/3 38/23
 39/4 40/6 44/13
door [1]   48/15
Dorothy [1]   6/9
dovetails [1]   41/21
down [4]   12/12 38/14 38/16
 55/12
downtime [1]   24/15
dozen [1]   44/1
Dr [1]   4/2
draft [2]   37/5 50/13
drawn [1]   8/20
driver's [1]   53/1
driving [1]   14/7
drop [1]   14/2
due [2]   9/9 58/17
during [2]   19/24 31/14
duties [1]   13/8
duty [1]   35/11
dying [1]   62/10

**E**

each [3]   18/3 33/18 55/3
eagrover [1]   3/7
earlier [3]   15/15 31/20 60/8
early [2]   50/14 51/4
ears [1]   63/20
easier [1]   29/5
East [1]   3/19
easy [1]   55/6
effective [3]   30/16 39/25 41/8
effectively [1]   24/18
efficient [2]   13/11 31/18
EGGNATZ [3]   4/1 4/1 7/20
Eidson [3]   2/6 6/1 8/1
either [8]   12/3 31/16 38/13
 42/24 45/13 50/5 58/10 64/18
electronic [6]   44/20 45/9
 47/14 47/20 48/19 48/24
Eleventh [9]   10/24 14/17 14/25
 15/9 32/11 33/10 33/12 33/15
 33/16
eliminate [1]   38/19
ELPLawyers.com [1]   4/4
else [8]   12/16 17/24 24/5
 32/22 37/22 39/3 44/15 49/4
elucidate [1]   9/7
emergency [2]   64/16 64/17
EMERT [2]   3/18 7/16
encountered [1]   64/11
end [2]   20/18 37/1
enough [1]   53/7
enter [5]   29/23 44/18 45/22
 47/19 55/18
entered [5]   45/7 47/3 47/11
 54/1 55/8
entirely [1]   15/13
entitle [2]   60/22 61/10
entitled [4]   59/7 60/25 61/3
 61/11
equipment [1]   48/24
ERIC [2]   3/5 7/8

especially [4]   15/16 21/25
ESQUIRE [15]   1/18 1/22 2/1 2/5
 2/10 2/14 2/18 2/22 3/5 3/9
 3/9 3/14 4/1 4/10 4/15
essentially [1]   31/17
establish [1]   17/21
established [2]   33/8 33/9
establishing [1]   13/7
et [1]   45/5
even [7]   19/14 23/23 34/22
 35/15 47/24 57/17 62/9
event [1]   10/11
eventual [1]   8/23
eventually [1]   15/22
ever [1]   16/10
every [1]   41/9
everybody [5]   8/18 41/5 42/1
 46/14 54/23
everybody's [1]   38/4
everyone [8]   11/7 13/13 13/14
 14/8 25/25 26/25 33/15 40/17
everyone's [1]   14/9
everything [3]   13/13 15/20
 29/6
evidence [2]   65/11 65/15
evolving [1]   26/20
exact [1]   34/1
example [7]   40/10 44/4 48/19
 52/23 52/25 56/2 64/16
examples [1]   43/17
exceed [1]   59/14
Excel [1]   55/19
exception [1]   29/11
exceptions [1]   45/20
exchange [2]   23/7 37/16
exchanged [3]   19/23 22/6 37/5
exchanges [1]   21/22
exciting [1]   14/18
exist [1]   46/4
exists [1]   44/14
expect [2]   12/23 57/14
experience [5]   18/20 18/24
 39/7 51/1 57/19
expert [4]   42/15 42/17 42/20
 48/23
expert's [1]   48/21
expertise [1]   13/5
experts [4]   17/18 42/9 42/10
 42/18
explain [1]   51/18
explaining [1]   59/14
extend [1]   55/13
extended [1]   23/18
extension [1]   22/7
extent [3]   37/6 51/23 53/16
extremely [1]   12/2

**F**

F,G [1]   28/13
facilities [1]   38/18
facing [3]   19/24 20/3 22/2
fact [7]   32/12 40/5 52/11
 52/21 52/22 58/7 62/5
facts [7]   28/15 56/1 59/4 59/5
 61/9 61/10 61/11
factually [1]   56/20
failure [3]   26/7 26/10 28/12
fair [4]   11/22 19/20 24/11
 64/4
fairly [3]   36/4 55/6 56/16
family [1]   6/23
far [2]   64/5 64/9

**F**

farther [1]   38/16
fashioned [1]   39/5
faster [1]   37/8
father [1]   53/3
favorite [1]   42/6
Federal [1]   2/2
fee [3]   46/13 46/21 46/25
feed [2]   39/15 40/4
feel [4]   26/20 29/3 59/13 64/7
feels [1]   9/6
fees [1]   46/16
Ferguson [1]   1/18
few [1]   60/9
field [1]   12/1
figure [1]   46/1
file [26]   10/3 10/3 10/8 21/18
24/17 26/8 27/11 28/5 28/22
29/4 29/5 29/10 29/13 29/15
31/8 40/22 41/23 42/1 46/10
47/6 55/10 59/14 61/19 61/19
61/23 64/17
filed [19]   9/8 9/23 9/23 10/6
10/14 10/14 13/13 13/14 16/5
21/14 22/10 25/5 34/13 34/23
34/24 42/4 42/5 44/8 55/15
filing [5]   16/3 17/9 19/22
21/10 43/9
filings [2]   27/20 29/15
filter [1]   59/3
final [5]   9/2 31/4 37/13 37/17
64/3
financial [1]   44/9
find [2]   59/12 62/20
fine [7]   12/13 28/7 29/2 38/24
40/8 46/8 47/5
firm [9]   2/18 3/10 4/1 7/3
7/12 7/23 12/2 16/20 48/3
firms [3]   11/23 12/3 12/10
first [7]   8/15 10/15 30/10
37/16 47/6 49/6 64/12
fit [2]   28/25 46/4
five [1]   27/5
FL [11]   1/20 2/2 2/7 2/11 2/15
2/19 3/11 4/3 4/6 4/17 4/20
floating [1]   36/15
floor [4]   1/23 3/2 4/20 47/25
FLORIDA [16]   1/1 1/6 4/20
12/10 13/19 13/19 14/16 14/17
15/18 31/10 31/23 47/13 47/15
63/8 65/3 65/18
Flowers [1]   5/19
flowery [1]   28/14
flung [1]   16/10
flux [1]   25/23
fold [1]   9/13
folks [1]   39/15
follow [1]   47/1
following [2]   13/20 43/16
fond [1]   41/22
force [1]   14/7
foreclose [1]   32/20
foreclosing [1]   30/8
foreclosure [1]   15/5
foregoing [1]   65/13
forensic [18]   17/17 18/8 18/12
19/16 20/10 21/2 23/20 24/3
50/16 50/19 51/4 51/14 51/16
51/16 52/12 52/12 53/24 54/4
forensics [6]   36/7 50/15 51/19
51/22 51/24 52/1
form [1]   44/14
formally [1]   19/15
former [1]   7/20
forms [1]   20/7
Fort [6]   6/7 8/4 8/18 8/24 9/1
40/2
forth [3]   27/7 47/8 53/3
forthcoming [1]   18/17
fortuitous [1]   32/12
forward [4]   10/16 12/3 46/17
64/1
forwarded [1]   60/19
Fox [3]   2/22 7/3 11/8
frame [2]   27/20 27/21
Francisco [3]   2/23 3/2 3/6
Frank [1]   6/9
fraud [5]   56/21 57/3 61/1
free [2]   29/4 64/7
Friday [1]   37/2
friendly [1]   52/10
friends [1]   48/1
front [2]   36/1 45/7
fronts [1]   35/12
FRY [3]   4/19 65/6 65/21
Ft [3]   2/19 4/6 40/5
full [1]   16/10
fully [1]   32/1
fund [1]   48/8
fundamentally [1]   32/9
funeral [1]   5/19
further [3]   9/6 11/12 32/6
future [2]   43/10 44/24

**G**

Gables [2]   1/20 2/7
game [1]   19/20
gathered [1]   8/18
gen [1]   63/6
general [4]   13/2 18/13 19/9
19/11
generally [2]   12/22 13/10
GEORGE [4]   2/22 7/3 7/12 7/23
get [22]   8/23 10/14 13/24 27/2
28/16 36/1 36/12 36/25 38/11
46/2 48/13 48/24 50/11 56/8
57/20 58/21 60/23 61/2 62/10
62/11 63/12 64/14
gets [2]   9/23 34/6
getting [3]   14/8 32/23 53/11
Gibbs [4]   3/1 7/6 11/9 11/23
GILBERT [6]   1/18 1/19 5/15
6/23 11/5 39/9
gilbertpa.com [1]   1/21
Gillman [2]   6/22 11/9
Giradi [1]   6/8
Girard [4]   3/1 7/6 11/9 11/23
girardgibbs.com [1]   3/3
Girardi [4]   6/8 6/14 11/9
11/25
give [8]   12/6 22/4 24/12 27/5
27/7 34/1 45/14 61/18
given [3]   31/9 39/20 44/17
gives [2]   10/10 45/15
giving [2]   28/18 49/9
glitch [1]   14/16
global [1]   43/7
gmail.com [1]   2/20
go [9]   10/11 14/1 15/12 37/12
38/14 42/8 47/25 52/24 58/21
Godzilla [1]   38/3
goes [2]   40/4 47/16
going [33]   10/16 12/6 12/21
16/11 18/7 20/15 20/16 25/17
26/2 28/22 29/1 30/17 31/16
32/14 32/16 35/24 38/19 39/12
40/14 42/9 45/13 45/17 46/11
46/15 46/17 47/16 50/12 51/6
53/12 57/2 58/9 58/22 58/24
Goldman [2]   3/14 7/14
good [28]   5/10 5/13 5/14 5/16
5/17 5/21 5/22 5/25 6/3 6/6
7/2 7/5 7/8 7/11 7/13 7/16
7/19 7/22 7/24 8/2 8/5 8/9
8/11 8/13 11/24 16/20 43/22
44/15
Goodman [1]   6/9
got [2]   46/8 48/5
governing [1]   41/20
Government [1]   46/18
great [1]   11/25
ground [1]   13/18
group [9]   2/10 11/9 11/11
11/22 30/3 43/25 44/2 53/8
53/9
GROVER [5]   3/5 3/5 7/8 7/9
11/10
guess [5]   8/15 10/7 12/5 15/24
56/10
guns [1]   45/23

**H**

Haatvedt [1]   7/10
hac [9]   44/25 45/2 45/5 45/14
45/16 46/7 47/15 47/18 48/21
hacked [2]   50/16 54/24
hacking [1]   51/5
hacks [1]   42/11
had [17]   5/19 8/20 15/6 16/18
16/20 16/20 17/1 22/17 31/19
42/25 43/15 44/1 45/22 52/16
52/23 59/24 63/18
hadn't [1]   30/11
half [1]   8/14
hamstrung [1]   59/10
hand [3]   23/11 29/10 65/16
hand-held [1]   29/10
handling [1]   60/20
hanging [1]   24/6
happen [4]   42/11 50/12 57/6
63/11
happened [2]   56/15 61/13
happening [2]   40/25 62/23
happens [1]   63/10
happy [2]   28/5 46/2
hard [1]   27/14
harm [3]   15/10 18/18 59/1
HARRIS [3]   2/18 2/18 6/21
Hartford [1]   1/23
has [28]   6/23 6/23 8/16 9/7
12/9 12/11 14/16 16/20 17/18
18/20 31/9 33/24 34/13 34/19
34/24 41/8 43/5 43/15 47/11
49/19 52/5 53/4 55/8 56/1
56/15 58/6 63/11 63/13
have [125]
haven't [10]   11/21 15/14 18/10
20/17 31/19 41/20 56/18 57/11
62/16 63/18
having [10]   9/10 9/11 15/4
19/14 27/19 39/13 40/9 43/14
54/6 61/1
he [7]   6/15 6/18 6/24 6/24
12/20 45/7 48/2
he's [1]   6/19
header [1]   42/7
health [3]   42/14 42/15 53/1

## H

hear [6]   11/17 14/3 16/6 18/24
 39/24 40/5
heard [7]   11/13 14/9 25/20
 26/21 27/5 35/25 40/18
hearing [18]   8/14 13/23 25/3
 26/23 27/1 27/2 27/5 27/13
 27/14 27/15 29/22 31/14 38/21
 39/11 40/20 40/24 48/3 54/22
hearings [7]   25/21 38/15 38/20
 39/11 39/12 39/16 44/24
held [1]   29/10
help [1]   42/23
helpful [7]   17/20 39/14 39/20
 44/18 44/24 49/15 49/23
helps [1]   45/25
hence [1]   24/4
Hennings [1]   6/9
her [2]   5/20 51/4
here [5]   5/18 5/20 5/20 6/7
 6/19 6/25 7/3 8/19 8/24 9/25
 13/18 13/24 16/24 19/4 21/23
 23/4 26/25 32/4 33/7 39/19
 40/5 48/4 54/25 56/9 58/11
HEREBY [1]   65/9
hereto [1]   65/12
hereunto [1]   65/16
Hicks [4]   2/6 6/1 7/25 11/10
high [1]   42/4
HILLSBOROUGH [2]   65/4 65/17
him [1]   6/24
HIPAA [1]   42/16
his [5]   6/18 6/25 12/2 43/16
 48/3
hits [1]   26/2
hold [4]   25/21 38/15 59/5
 61/11
holiday [2]   24/16 27/7
holidays [1]   24/16
Honor [95]
Honor's [2]   11/21 49/10
HONORABLE [1]   1/10
Honors [10]   7/2 7/5 7/11 7/13
 7/16 7/19 7/22 8/2 17/5 39/9
hope [2]   16/19 17/10
hopefully [1]   29/24
Hospice [1]   17/1
Hostetler [5]   4/11 4/15 8/8
 8/10 8/12
hotel [1]   47/8
house [1]   49/5
housekeeping [4]   49/6 50/2
 54/20 63/23
how [24]   8/21 11/11 14/3 14/17
 20/18 26/13 29/22 33/17 33/25
 34/6 34/7 40/3 41/21 42/10
 42/11 44/6 44/9 48/14 57/9
 58/22 60/2 60/5 61/16 63/10
Hwy [1]   2/2

## I

I'd [3]   16/2 16/5 44/12
I'll [9]   12/5 12/12 12/12
 14/14 26/2 27/3 41/16 59/15
 64/20
I'm [36]   5/18 5/20 6/15 7/3
 8/3 8/16 9/19 10/4 12/19 12/21
 15/13 23/1 23/1 23/22 23/24
 24/10 24/21 27/2 27/2 27/2
 28/25 34/21 37/2 41/12 41/22
 48/5 50/15 53/12 53/24 54/22
 56/8 60/25 63/8 63/16 63/20

64/13
I.D [3]   47/15 47/16 47/17
idea [2]   43/22 62/15
ideal [1]   23/14
ideally [1]   17/7
identified [1]   42/24 44/11
 52/20
identify [1]   22/20
identities [1]   49/14
identity [9]   42/24 43/5 44/1
 44/7 57/3 58/11 59/25 59/25
 60/17
imagine [1]   22/10
immediate [1]   14/20
immense [1]   11/25
impact [2]   34/25 35/4
important [7]   12/5 12/9 14/7
 18/2 41/4 41/25 48/17
incident [11]   50/5 52/7 52/15
 56/21 56/22 57/4 58/5 58/9
 58/14 62/15 62/17
incidents [2]   56/17 56/20
include [7]   19/15 21/15 26/5
 46/21 47/6 50/20 59/23
included [3]   43/6 52/5 55/4
includes [2]   48/20 52/12
including [3]   13/4 13/12 32/4
inclusive [1]   65/13
indemnify [1]   35/11
indicated [1]   40/22
indication [1]   14/24
individual [5]   43/7 50/17
 57/15 59/24 60/9
individual's [1]   18/3
individuals [6]   18/14 50/21
 52/6 55/3 56/11 62/13
industry [2]   42/15 56/7
information [38]   18/1 18/5
 18/15 21/5 22/13 36/6 36/8
 42/14 42/25 46/3 49/19 49/24
 50/24 51/23 52/3 52/4 52/4
 52/6 52/8 52/14 52/16 53/1
 53/2 53/4 54/6 54/23 55/24
 55/25 56/2 56/15 57/23 58/2
 59/10 60/11 61/13 62/11 63/2
 63/6
initial [7]   14/12 15/23 44/12
 47/5 51/7 55/14 56/14
initially [1]   16/7
initiating [1]   11/25
injured [1]   62/12
injury [1]   26/10
input [1]   52/25
inquiring [2]   38/18 58/22
inquiry [1]   41/24
instance [1]   56/9
instruction [1]   20/20
insurance [10]   33/24 34/7 34/7
 34/18 53/2 56/3 56/7 58/23
 60/17 61/4
insure [3]   13/13 13/19 24/12
intend [3]   9/13 10/13 12/17
intent [2]   10/19 40/16
interact [1]   33/18
interest [3]   16/23 16/24 31/1
interesting [1]   33/13
interests [1]   62/8
interim [1]   11/4
internal [3]   40/8 42/17 42/17
interval [1]   40/20
intervals [2]   41/2 41/16
intervening [2]   27/7 37/14

involved [3]   26/23 32/23 39/21
is [166]
isn't [3]   35/9 55/21 55/21
issue [26]   6/24 16/6 16/10
 16/11 16/25 17/23 19/19 25/24
 25/25 28/2 28/11 28/12 30/10
 30/18 31/14 32/1 32/4 32/13
 36/4 49/12 50/3 51/19 51/20
 52/1 54/15 63/17
issues [27]   13/14 14/11 19/17
 20/2 20/13 21/1 21/7 25/23
 26/8 26/13 26/14 28/10 28/10
 30/17 31/23 32/4 33/6 33/11
 35/24 41/10 41/11 48/4 49/9
 52/20 53/12 53/18 54/13
it [138]
it's [52]   10/18 12/5 12/13
 14/6 14/16 15/15 16/23 18/2
 19/19 21/18 22/23 23/7 23/23
 23/23 24/17 25/16 25/22 27/1
 29/5 31/20 32/1 32/5 32/10
 32/23 33/8 34/15 34/15 34/17
 35/23 36/11 38/24 39/25 40/7
 40/8 41/3 44/22 46/11 49/14
 49/22 49/23 50/10 50/12 51/19
 52/3 52/11 53/13 54/19 54/21
 56/19 61/22 62/4 62/16
items [1]   19/23
its [4]   8/23 8/23 18/18 55/10
itself [2]   21/16 23/20
Ivory [1]   6/9
Izworski [1]   6/10

## J

J.V [1]   6/12
Jacksonville [1]   12/20
James [1]   7/9
JASINSKI [3]   1/22 5/18 43/12
JEggnatz [1]   4/4
Jeremy [1]   6/10
JERRY [2]   4/15 8/11
Jim [1]   7/4
jlinscott [1]   4/18
Jodi [1]   11/5
John [1]   6/22
joint [1]   46/13
jointly [1]   30/2
JOSHUA [2]   4/1 7/19
JPML [1]   31/15
JR [3]   4/5 4/5 8/3
JUDGE [17]   1/10 1/11 6/6 6/15
 8/17 8/20 8/22 12/20 29/20
 40/2 40/3 40/23 45/7 45/16
 47/11 52/19 64/19
Judges [2]   39/18 47/24
julie [5]   2/5 2/8 5/25 7/25
 43/3
jurisdiction [3]   10/5 10/5
 63/17
jurisdictions [1]   9/2
just [45]   10/9 10/18 10/18
 12/17 12/20 22/16 27/6 28/10
 28/15 29/1 29/5 29/10 29/15
 31/4 32/11 32/25 33/11 36/11
 38/24 39/4 39/14 39/25 40/9
 40/24 41/9 42/10 42/10 44/7
 46/21 47/21 49/22 52/20 53/14
 53/23 55/17 55/22 58/1 58/6
 58/21 61/6 61/18 63/2 63/16
 63/17 64/12

## K

KANE [5]   2/5 5/25 7/25 8/4

## K

KANE... [1]   43/3
Kapetan [2]   2/1
Kaplan [4]   2/22 6/22 7/3 11/8
kaplanfox.com [1]   2/24
Karen [1]   6/12
KARLSGODT [23]   4/10 8/7 19/7
 19/9 20/4 20/14 24/24 25/1
 25/2 26/3 27/24 28/1 31/12
 33/21 34/21 36/2 41/14 45/25
 50/1 51/18 54/8 58/2 62/13
Kathleen [1]   6/11
keep [2]   8/22 12/10
Keese [1]   6/8
Keller [6]   1/14 3/5 5/11 7/8
 11/3 11/23
kellergrover.com [1]   3/7
kellerrohrback.com [1]   1/16
Ken [1]   31/24
Kenneth [1]   6/21
KENT [2]   2/10 6/3
kept [1]   60/13
Kevin [1]   6/9
Kilsheimer [1]   2/22
kind [8]   20/25 22/17 22/19
 26/2 50/20 54/14 58/4 60/6
kinds [1]   20/23
know [58]   8/16 9/9 10/12 10/21
 11/22 12/17 13/25 14/15 16/2
 17/7 17/25 18/5 18/14 23/7
 23/22 26/2 28/7 28/15 30/8
 30/20 30/24 34/2 34/7 34/23
 35/4 38/4 40/2 40/3 41/21
 41/24 43/1 43/1 44/6 44/8
 44/21 46/11 47/7 48/4 48/5
 50/5 51/24 56/5 57/1 57/5
 57/17 57/18 57/25 58/3 59/7
 59/7 59/12 61/11 61/12 61/14
 61/14 61/14 61/15 63/9
knowing [1]   29/17
knowledge [3]   58/20 58/21
 59/11
known [1]   52/4
knows [1]   61/16
Kopelowitz [1]   1/18
kwhittemore [1]   2/12

## L

L.L.P [1]   1/14
labor [1]   12/18
lack [3]   28/12 28/13 32/14
Lana [1]   6/10
laptop [3]   48/20 48/22 48/22
large [2]   58/7 58/7
largely [2]   24/2 24/15
larger [1]   30/13
last [1]   9/8
later [3]   15/16 22/11 26/24
latest [2]   37/12 37/13
latter [1]   34/21
LAUFENBERG [24]   1/14 5/11 9/19
 16/17 19/12 21/3 22/24 23/5
 25/9 25/13 25/15 26/18 26/18
 27/17 28/17 30/4 30/22 32/17
 35/1 36/22 42/19 42/19 51/3
 51/9
laugh [1]   48/2
law [23]   2/10 2/18 3/10 4/1
 7/3 7/12 7/23 11/9 11/10 14/17
 16/11 25/22 26/20 32/11 32/15
 33/4 33/4 47/12 63/8 63/9
 63/16 63/16 64/9

## lawgsp.com [1]   3/16

Lawsuit [3]   44/4 51/5 51/16
lawyer [4]   23/6 34/6 48/2 48/5
lawyer-speak [1]   23/6
lawyers [11]   8/14 9/12 13/4
 14/5 38/8 39/1 40/9 41/3 45/22
 54/24 64/5
layers [1]   34/11
lead [12]   11/4 12/23 13/15
 30/11 38/18 38/22 40/14 42/2
 42/3 46/11 46/12 58/12
leadership [3]   12/10 39/12
 39/19
lean [1]   11/19
least [16]   15/10 25/19 31/20
 34/2 39/22 39/23 40/16 41/9
 42/2 43/14 44/1 49/9 53/17
 54/15 54/24 64/5
leave [2]   48/11 48/15
left [1]   64/9
legal [7]   12/1 54/18 56/14
 59/9 59/15 61/9 61/16
legends [1]   12/1
legions [1]   36/14
legitimate [1]   62/21
legitimately [1]   19/21
Leon [1]   1/19
Leonardo [1]   6/11
Less [1]   28/9
let [7]   10/18 10/18 28/23
 41/24 47/23 51/18 59/12
let's [2]   27/1 27/6
lets [2]   47/21 47/22
letter [2]   53/5 59/23
letters [4]   53/8 60/18 60/19
 60/23
level [9]   21/25 22/8 24/18
 32/23 34/14 46/16 46/19 47/6
 58/20
levels [1]   47/7
Lew [1]   6/10
lgv [1]   3/3
liability [1]   35/11
liaison [4]   11/6 13/10 13/16
 40/15
Library [1]   6/16
license [1]   53/1
lien [1]   15/6
lies [1]   10/5
Lighthouse [1]   2/2
like [25]   10/4 11/13 11/15
 11/22 16/2 16/6 17/7 19/16
 20/6 21/23 22/1 22/14 23/3
 28/3 28/24 29/10 33/12 35/25
 38/3 39/11 44/6 44/8 44/12
 49/7 62/16
likely [3]   38/3 58/4 61/22
limit [1]   63/21
limitations [1]   28/3
limited [1]   24/2
limits [1]   47/7
line [3]   39/18 39/23 40/8
LINH [1]   3/1
LINSCOTT [4]   4/15 8/12 45/25
 46/8
list [20]   30/7 30/13 30/25
 49/9 49/15 49/15 49/17 50/11
 50/23 52/15 54/5 54/9 54/21
 55/5 55/19 59/12 62/6 62/15
 62/18 63/12
listen [2]   39/15 39/18
listening [1]   39/23
listing [1]   50/20

## litigating [2]   35/12 48/4

Litigation [3]   1/5 1/7 1/7
 41/19 50/12 50/13
little [2]   22/22 38/16
live [1]   40/11
LLC [1]   1/22
LLP [4]   2/22 3/1 3/5 4/15
local [11]   11/11 13/18 13/21
 28/3 38/9 40/15 40/15 41/21
 41/22 41/25 64/8
location [1]   8/24
locations [1]   64/3
lodestar [1]   46/18
long [2]   8/20 28/14
longer [2]   22/2 22/22
look [14]   12/3 15/2 15/15
 15/18 22/14 29/21 32/1 32/8
 32/25 33/4 33/11 46/22 63/8
 64/1
looked [2]   15/19 42/22
looking [3]   37/2 45/3 45/12
lookout [1]   26/1
looks [3]   21/23 23/3 28/2
Los [1]   6/8
loss [1]   44/9
lot [7]   12/10 42/9 57/20 58/1
 60/3 60/23 61/1
Lynn [1]   7/5

## M

ma'am [1]   43/2
MacDermid [1]   7/15
made [20]   13/15 20/17 23/21
 45/11 51/7 56/6 57/21 58/13
 58/16 58/18 58/23 59/21 59/23
 60/2 60/3 60/10 60/24 61/6
 61/7 61/8
MAGISTRATE [1]   1/11
MAHER [6]   3/9 3/10 7/11 7/12
 7/23 11/9
maherlawfirm.com [2]   3/12 3/12
main [1]   11/8
make [19]   10/12 19/10 23/25
 23/25 27/12 36/11 37/2 40/17
 40/24 41/9 48/16 49/22 52/12
 53/15 53/21 53/22 60/16 61/8
 61/8
making [4]   13/15 13/21 14/8
 43/9
management [7]   29/20 29/24
 31/4 31/8 40/22 40/23 46/10
manipulate [1]   29/7
manner [1]   14/4
Manual [1]   41/19
many [11]   17/1 26/23 33/25
 34/7 39/17 41/3 44/6 44/9 53/6
 58/22 59/22
margins [1]   33/7
Market [1]   3/6
Marshal's [1]   45/9
Marshals [1]   45/4
MARY [4]   1/10 5/18 7/4 8/16
material [3]   9/4 21/6 52/11
MATHEW [3]   1/22 5/17 43/12
matter [6]   14/6 18/4 33/19
 50/2 50/20 54/20
matters [5]   10/23 13/17 49/6
 63/23 64/13
MATTHEW [4]   2/22 3/9 7/2 7/22
Max [4]   30/2 30/3 30/20 30/20
may [24]   8/24 13/8 14/18 14/24
 19/17 20/12 22/2 26/24 34/11
 34/17 35/19 43/20 47/13 49/9

**M**

may... [10]  49/21 50/24 52/2
 52/3 52/6 60/8 61/10 62/11
 62/20 62/20
maybe [7]  14/25 15/12 37/14
 38/17 40/6 42/16 46/11
McGregor [1]  4/6
MD [2]  1/4 5/7
MDL [17]  1/3 5/6 8/17 9/22
 9/24 10/3 10/9 15/16 15/17
 15/17 15/17 32/2 32/11 32/13
 33/4 45/8 47/3
MDLs [1]  39/17
me [18]  6/24 8/20 10/10 10/17
 10/18 10/18 11/2 27/5 27/7
 28/10 33/20 36/1 41/24 51/18
 62/2 64/10 64/11 64/13
mean [5]  10/18 20/5 48/21
 57/13 61/19
means [3]  15/13 42/2 48/22
measures [1]  55/22
mediation [2]  30/3 30/15
mediator [5]  30/1 30/21 31/5
 31/5 31/7
mediators [3]  30/7 30/9 30/25
medical [1]  6/23
meet [3]  37/8 53/17 55/23
meeting [3]  6/17 30/10 41/10
meets [1]  59/8
MELISSA [2]  3/18 7/16
member [2]  6/23 18/25
members [5]  39/13 44/21 49/13
 49/19 52/9
memert [1]  3/20
mentioned [2]  51/4 62/6
methodology [1]  37/24
Meulenberg [1]  7/15
mgeorge [1]  2/24
Miami [1]  6/1
mic [1]  39/2
MIDDLE [5]  1/1 5/6 10/25 47/13
 65/7
might [8]  11/20 15/16 29/11
 39/14 43/22 44/23 51/23 54/22
Miller [1]  6/10
million [7]  16/25 50/22 50/24
 54/9 57/1 57/13 62/7
millions [1]  54/16
MINER [3]  2/5 7/24 8/4
ministerial [2]  44/16 64/12
minor [1]  6/12
minus [1]  24/2
misunderstand [2]  51/9 51/11
misuse [1]  59/25
mjasinski [1]  1/24
mmokwa [1]  3/12
models [1]  37/6
modified [1]  29/25
MOKWA [2]  3/9 7/22
Monday [6]  27/7 37/12 37/13
 37/16 37/17 37/19
money [3]  14/24 15/5 61/1
monitoring [6]  56/6 57/22
 57/23 60/14 60/17 60/19
month [2]  15/3 47/1
more [10]  14/25 18/13 21/17
 24/9 28/9 28/16 31/18 31/21
 32/1 54/21
morning [28]  5/10 5/13 5/14
 5/16 5/17 5/21 5/22 5/25 6/3
 6/6 6/14 6/17 7/2 7/5 7/8 7/11
 7/13 7/16 7/19 7/22 7/24 8/2
8/5 8/7 8/9 8/11 8/13 45/3
8/18 8/19
mortgage [1]  15/5
most [2]  41/25 50/14
mother [1]  53/3
motion [34]  16/4 17/8 17/14
 18/22 21/12 21/19 24/21 25/8
 25/12 25/24 26/2 27/4 27/13
 28/3 28/5 28/8 28/11 28/15
 28/24 30/16 32/20 32/20 38/21
 39/11 41/1 42/7 50/3 50/7
 55/10 58/25 59/14 59/15 61/19
 61/22
motions [7]  25/22 26/5 26/8
 31/22 42/6 42/7 64/14
Motley [3]  1/22 11/5 43/12
motleyrice.com [1]  1/24
mouth [1]  38/4
move [3]  17/11 29/11 37/8
movie [1]  38/3
moving [2]  8/22 38/4
Mr [16]  6/23 11/20 20/4 20/14
 25/2 27/24 34/21 41/14 42/12
 45/25 46/8 50/10 51/18 54/8
 58/2 62/13
Mr. [6]  6/14 8/4 11/25 19/7
 24/24 45/25
Mr. Girardi [2]  6/14 11/25
Mr. Karlsgodt [2]  19/7 24/24
Mr. Linscott [1]  45/25
Mr. Miner [1]  8/4
MS [21]  1/14 2/5 3/1 3/18 4/10
 4/19 5/19 8/4 19/12 21/2 22/24
 23/5 25/15 26/18 27/9 32/17
 37/17 42/19 45/12 51/3 51/9
Ms. [1]  64/8
Ms. Darnesha [1]  64/8
MSS [1]  5/7
much [4]  31/17 37/8 38/19
 40/10
multiple [2]  14/15 43/5
mute [1]  39/3
mutes [1]  39/2
my [30]  5/18 8/4 10/8 10/19
 10/22 11/3 11/11 12/6 12/19
 16/19 16/20 17/2 17/10 18/20
 18/24 19/5 29/8 30/23 30/24
 35/17 42/6 42/23 45/17 47/23
 51/6 57/9 64/9 64/18 65/14
 65/16
Myers [9]  2/19 4/6 6/7 8/4
 8/18 8/24 9/1 40/3 40/5

**N**

name [3]  31/6 43/16 53/2
named [13]  5/15 18/6 18/12
 21/5 35/2 35/3 42/24 43/8
 43/17 43/19 43/20 55/3 56/10
names [6]  51/6 50/23 52/15
 54/16 59/12 63/14
narrow [1]  54/21
naturally [1]  58/9
nature [1]  37/22
necessarily [1]  30/8
necessary [12]  9/3 13/16 13/24
 18/2 25/12 29/21 31/16 36/12
 38/15 39/6 40/21 45/21
need [30]  9/6 10/25 12/25
 13/18 14/20 22/11 22/13 23/7
 24/9 26/24 28/9 28/14 28/15
 29/9 29/19 32/25 33/11 36/4
 41/2 41/4 45/15 48/9 48/16
 48/18 48/20 48/24 49/2 50/6
 50/13 61/14
needs [11]  10/11 13/13 13/24
 14/9 14/19 24/7 46/12 55/15
 59/3 61/15 64/17
negotiated [1]  47/2
network [2]  48/7 55/21
never [2]  53/5 62/11
new [9]  3/19 15/3 15/4 15/7
 15/12 31/8 33/13 43/9 63/6
next [3]  44/13 47/1 64/20
nice [1]  41/25
Nicklaw [3]  15/4 33/12 33/14
nine [2]  24/4 42/24
Ninth [3]  32/15 33/7 33/8
no [17]  1/3 1/4 5/6 5/7 22/11
 27/15 32/22 35/8 35/23 36/20
 36/23 41/14 47/6 50/6 51/10
 58/25 61/4
non [3]  20/23 44/3 50/7
non-parties [1]  50/7
non-patients [1]  44/3
non-waiver [1]  20/23
none [2]  35/5 48/8
normal [1]  24/16
not [83]
noted [2]  12/9 43/15
Nothing [1]  63/24
notice [9]  49/6 50/12 50/21
 52/16 52/22 54/10 58/8 62/14
 62/16
noticed [1]  50/11
notices [4]  52/8 54/6 54/23
 59/13
notification [3]  52/5 55/5
 63/13
notify [4]  9/24 10/8 27/16
 40/15
novel [1]  10/18
November [3]  1/7 5/2 65/18
now [15]  6/18 8/18 14/5 15/23
 26/23 29/16 30/12 38/6 38/21
 40/21 40/22 41/4 42/22 47/21
 53/11
number [12]  28/11 28/12 34/1
 39/20 43/7 44/17 53/1 53/2
 57/12 57/24 58/15 58/19
numbered [1]  65/13
numbers [2]  58/6 58/11
numerous [1]  52/21
NY [1]  3/19

**O**

objection [3]  14/4 36/20 41/14
obvious [1]  12/11
obviously [4]  24/6 27/16 38/22
 42/18
occur [3]  21/22 24/19 51/8
occurred [1]  56/21
off [7]  14/2 33/3 36/20 37/15
 39/1 41/11 48/9
office [3]  8/4 40/23 45/9
offices [4]  40/9 61/13 64/19
 64/19
Official [3]  4/19 65/6 65/21
officially [1]  29/18
often [1]  29/7
Oh [1]  51/18
okay [6]  11/18 25/4 26/25
 27/23 28/21 54/12
old [2]  38/3 39/5
once [3]  26/19 40/22 41/11
ONCOLOGY [2]  1/3 5/5

**O**

one [29]   11/25 12/19 17/5 19/13 28/2 28/12 28/23 33/9 33/23 34/13 36/4 40/12 41/5 42/2 42/3 43/6 43/15 46/12 49/5 51/20 52/20 52/21 54/24 57/5 59/18 59/20 61/20 61/23 62/5
ones [1]   61/14
only [5]   14/23 29/11 30/1 39/23 61/14
open [4]   11/12 39/18 39/23 43/15
opinions [1]   29/3
opportunity [6]   12/4 31/19 53/17 54/14 54/18 59/16
oppose [3]   50/3 50/8 50/25
opposing [5]   36/5 51/21 53/18 54/16 63/15
opposition [1]   19/1
opt [1]   63/14
oral [1]   25/11
Orange [1]   4/16
order [46]   8/15 10/15 12/18 17/14 19/25 24/24 27/13 29/24 36/6 36/21 37/12 39/13 44/16 44/18 45/4 45/4 45/5 45/8 45/13 45/14 45/16 45/16 45/17 45/18 46/5 46/7 46/15 47/2 47/10 47/10 47/15 47/17 47/17 48/13 48/21 48/25 49/2 53/25 54/14 55/8 55/9 55/10 62/22 62/25 63/11 63/13
ordering [4]   53/16 53/23 53/24 54/8
orderly [1]   13/11
orders [5]   29/8 30/17 36/15 37/5 45/23
originally [2]   8/17 10/5
originates [1]   15/1
originating [1]   8/23
Orlando [1]   4/17
Ostrow [1]   1/18
other [44]   9/9 9/12 12/2 13/4 13/8 15/22 16/21 19/12 19/23 19/24 20/21 22/16 25/25 30/25 33/9 33/18 35/15 35/16 35/21 35/24 37/6 37/6 38/8 38/24 39/12 39/17 41/1 41/8 42/16 43/15 43/17 50/7 52/2 55/3 55/22 56/9 56/11 57/5 59/25 60/11 62/5 62/9 62/18 63/23
others [1]   43/1
otherwise [1]   39/14
ought [2]   11/11 14/25
our [39]   8/22 11/21 12/1 13/20 13/21 13/21 13/22 13/23 17/9 18/22 20/18 20/24 21/16 21/19 26/5 30/18 31/15 31/21 34/2 34/4 35/2 38/7 38/10 38/12 38/14 39/2 40/12 41/21 41/22 45/23 46/2 46/25 48/5 48/6 49/18 50/25 52/21 56/19 58/13
out [26]   14/24 15/3 16/19 19/18 20/22 21/24 24/6 24/10 29/1 37/12 39/20 41/16 44/17 44/19 44/23 46/1 47/2 47/3 48/16 50/21 52/6 52/9 55/22 59/12 62/11 63/13
out-of-state [3]   39/20 44/17 44/19
outside [2]   47/23 48/3

over [9]   11/19 13/24 16/25 26/11 47/8 47/17 51/22 53/11 53/25
overheard [1]   45/3
overwhelming [1]   14/4
own [1]   10/21

**P**

P.C [1]   3/14
PA [7]   2/1 2/10 2/18 3/10 3/15 4/1 4/5
page [4]   28/3 46/14 48/4 63/21
pages [8]   28/4 28/4 28/7 28/8 28/18 28/25 59/14 65/13
paid [1]   34/7
panel [1]   29/18
paper [1]   29/9
papers [4]   26/19 46/1 46/4 46/6
paragraph [1]   47/12
paralegal [1]   48/23
parallel [1]   32/2
Park [1]   3/11
part [10]   28/9 44/12 46/13 46/21 50/16 52/14 56/17 62/4 62/19 64/2
participate [1]   38/25
participating [2]   44/19 45/10
particular [5]   13/5 14/13 16/24 54/15 63/16
particularized [2]   15/10 59/1
particularly [2]   10/2 36/7
parties [21]   13/17 15/15 21/20 24/20 25/11 26/21 27/12 29/13 29/18 30/1 31/7 35/25 40/20 40/25 41/9 50/7 54/1 54/17 56/2 61/12 64/4
parties' [1]   15/25
party [2]   32/9 63/14
paste [1]   29/7
patient [2]   52/23 59/24
patients [6]   16/25 44/3 44/3 53/5 59/22 62/7
PAUL [11]   4/10 8/7 18/9 18/24 19/9 26/3 28/1 31/12 33/21 36/2 50/1
pause [1]   25/10
pay [1]   35/9
paying [1]   34/2
payment [1]   56/3
PDF [2]   29/6 29/15
penalty [1]   15/5
penciled [1]   27/14
penciled-in [1]   27/14
PENNEY [1]   3/14
Penny [3]   3/14 7/13 7/14
Penthouse [1]   2/6
people [34]   10/2 11/8 12/21 13/4 24/16 26/23 36/15 37/15 37/24 43/8 44/2 44/3 44/4 45/3 48/6 48/12 50/22 50/24 51/24 52/15 53/4 54/5 54/9 54/17 56/4 57/1 57/1 57/13 58/8 58/9 60/15 60/18 62/7 63/14
people's [1]   44/6
per [1]   47/7
percentage [2]   57/13 58/7
performing [1]   13/8
perhaps [4]   18/23 26/19 35/10 44/17
period [2]   21/21 24/17
periodically [1]   49/7
Periwinkle [1]   2/15

permanent [1]   8/25
permit [1]   47/19
permitted [2]   46/19 47/12
permitting [1]   44/18
person [6]   14/1 37/25 38/12 38/22 39/6 39/19
person's [1]   31/5
personal [5]   18/5 42/14 47/13 47/20 48/19
personally [1]   56/12
perspective [8]   9/11 9/12 9/15 10/22 21/16 22/25 30/15 34/4
persuasive [3]   29/3 29/4 33/17
pertinent [3]   8/19 12/24 38/11
Petersburg [2]   2/11 6/4
petition [1]   29/1
phase [1]   53/13
PHI [2]   42/14 49/17
Phillips [2]   6/10 6/10
PHOENIX [6]   2/14 6/6 11/9 40/1 43/24 52/19
phone [3]   45/15 48/17 48/20
phones [3]   44/20 46/2 48/9
physically [1]   22/21
pick [3]   13/25 30/19 31/6
pieces [1]   18/5
PII [3]   18/3 51/6 51/17
pipe [1]   38/13
pkarlsgodt [1]   4/13
Pkwy [2]   2/19 4/2
place [5]   18/14 18/21 36/12 45/23 60/7
plagiarizing [1]   12/19
Plaintiff's [2]   17/9 21/5
Plaintiffs [60]   1/14 5/9 5/11 5/15 5/23 6/1 6/5 6/22 7/4 7/6 7/9 7/14 7/17 7/20 8/1 8/3 9/18 10/2 13/1 14/19 15/7 16/14 18/6 18/13 18/17 19/21 19/25 20/7 22/10 22/22 23/14 25/7 27/18 28/18 31/25 32/14 35/2 35/5 37/4 41/7 42/12 42/24 43/4 43/5 43/8 43/25 55/3 56/10 56/11 58/13 58/15 58/19 58/24 59/16 60/24 61/10 62/20 63/6 63/12 63/24
Plaintiffs' [9]   9/12 13/3 16/23 18/25 20/22 25/19 30/7 32/6 62/19
plan [3]   11/13 40/21 46/14
pleading [1]   9/8
pleadings [3]   12/24 13/22 15/11
please [3]   5/4 5/8 40/15
pled [1]   15/10
plus [1]   11/7
PMI [2]   51/6 51/17
PO [1]   4/16
pocket [1]   48/15
point [17]   2/2 10/19 14/1 20/17 31/20 32/22 35/16 42/21 50/13 51/25 53/22 54/17 56/14 56/19 57/8 58/17 64/12
policies [3]   33/24 33/25 34/7
policy [8]   34/2 34/15 34/16 34/17 34/18 44/10 58/16 60/23
Polovoy [5]   5/11
Ponce [1]   1/19
population [5]   56/16 56/25 57/2 58/7 59/22
PORCELLI [3]   1/11 8/20 29/21

**P**

Porcelli's [2]  40/23 64/19
position [11]  18/18 18/23 31/15
 31/21 43/14 48/9 56/20
positions [1]  15/25
possibility [1]  38/8
possible [4]  34/6 38/19 50/14
 64/15
posted [3]  48/3 48/5 48/6
postured [1]  14/13
potential [2]  39/10 52/7
potentially [7]  17/4 17/19
 36/9 44/4 52/17 54/7 54/24
practice [1]  47/12
practices [1]  25/18
pre [2]  31/22 51/2
pre-Class [1]  51/2
Pre-Trial [1]  31/22
precedent [1]  59/9
precertification [1]  63/12
precisely [1]  52/13
preferable [1]  26/24
preference [5]  10/8 25/19
 27/19 30/23 49/10
preferences [1]  25/19
prejudice [1]  32/21
preliminarily [1]  30/9
preliminary [5]  11/3 17/8
 17/13 17/17 26/1
premature [1]  35/10
preparation [1]  36/5
prepare [3]  10/16 22/13 36/17
prepared [3]  8/23 20/20 20/20
preparing [2]  36/10 46/13
present [3]  35/25 40/18 54/25
presented [2]  8/17 64/18
presenting [2]  12/24 47/15
presentment [3]  14/10 14/10
 15/20
presents [1]  13/14
preserve [1]  55/19
pretty [1]  50/10
preventing [1]  49/23
prevents [1]  62/22
preview [1]  26/19
previously [1]  24/4
primary [7]  17/22 34/2 34/9
 34/10 34/16
principal [6]  19/11 25/23
 32/13 35/18 36/20 58/24
principally [2]  12/23 16/12
principles [1]  37/7
prior [4]  21/9 21/11 30/16
 50/3
prioritized [1]  64/14
privacy [7]  54/13 61/25 62/3
 62/4 62/8 63/1 63/1
privilege [8]  19/18 20/12
 20/19 20/25 21/2 21/7 53/18
 54/5
pro [9]  44/25 45/2 45/5 45/14
 45/16 46/7 47/15 47/18 48/21
probably [5]  17/22 18/10 30/13
 60/21 64/10
problem [3]  44/22 44/23 45/11
Procedurally [1]  37/23
procedure [1]  63/10
procedures [1]  13/7
proceed [5]  13/7 14/3 16/7
 16/14 16/15
proceeding [6]  14/4 16/1 35/14
 35/15 35/16 44/19

proceedings [7]  1/9 34/5 34/25
 36/16 44/25 54/6 55/11
process [2]  19/24 56/17
produce [15]  20/10 20/15 20/16
 24/5 52/11 52/11 52/15 53/24
 54/2 54/3 54/5 55/20 58/18
 59/12 61/6
produced [1]  24/8
producing [2]  20/24 23/19
product [2]  20/19 51/20 54/4
production [8]  18/3 19/14
 19/15 23/11 23/13 23/17 32/3
 55/13
productive [1]  16/21
progress [1]  29/23
progresses [1]  29/14
promptly [1]  9/24
proof [1]  49/14
properly [3]  15/1 15/6 15/17
prophylactic [1]  34/20
proposals [1]  29/25
propose [1]  55/2
proposed [4]  15/19 22/8 24/24
 29/19
proposing [1]  15/20
pros [1]  28/9
prosecution [1]  13/11
protect [2]  45/23 55/19
protected [1]  55/22
protecting [1]  55/24
protection [1]  53/25
protective [7]  36/6 36/15
 36/21 37/5 37/11 62/22 62/25
protocols [1]  13/20
provide [13]  24/7 46/25 49/22
 50/11 52/2 53/16 54/9 54/16
 54/18 55/2 58/15 58/23 60/11
provided [10]  10/17 15/5 22/14
 22/18 44/10 48/7 51/1 60/14
 60/14 63/15
provides [1]  21/17
providing [2]  13/2 50/6
PT [1]  2/14
public [1]  36/10
pulling [1]  41/11
punt [1]  14/20
purposes [3]  33/2 35/18 48/18
pursue [2]  18/18 32/19
purview [1]  59/11
put [6]  15/22 31/5 48/14 49/1
 54/20 55/22
putting [1]  49/24

**Q**

qualification [1]  46/17
question [6]  15/24 35/17 39/23
 41/23 57/9 61/4
questions [1]  14/12
quickly [5]  28/16 36/5 36/18
 48/17 64/15
quite [1]  13/17

**R**

raise [4]  26/8 26/14 28/2 28/5
raised [3]  31/14 32/5 53/19
rather [4]  15/15 16/10 37/25
 41/4
RE [2]  1/3 5/5
reach [3]  17/10 31/7 64/4
read [7]  9/4 10/17 12/21 29/1
 30/1 32/15 33/4
real [2]  29/20 31/4
realistic [1]  23/17

really [8]  11/2 23/1 24/17
 26/1 47/10 47/17 48/25 56/6
reason [5]  29/13 30/19 30/20
 40/19 56/22
reasonable [1]  46/16
reasons [4]  12/11 38/6 45/19
 57/3
receive [1]  52/22
received [7]  19/14 53/5 53/8
 57/11 57/22 62/14 62/16
recently [1]  62/6
recognizing [1]  32/19
reconsider [1]  55/16
reconsideration [4]  11/12
 55/11 59/16 61/19
record [1]  5/8
records [5]  56/18 60/13 60/15
 61/4 61/5
recover [1]  61/3
recruiting [1]  62/19
refer [2]  19/25 48/18
reference [1]  50/6
references [1]  21/15
referred [1]  26/13
referring [1]  45/7
regular [1]  41/3
reimbursed [2]  46/15 46/20
reimbursement [5]  46/14 46/19
 46/22 47/6 56/4
relate [1]  21/2
related [5]  15/21 31/22 33/14
 56/21 58/10
relating [2]  19/17 21/1
relationship [2]  11/24 58/12
release [1]  63/2
released [9]  15/6 18/1 18/3
 18/6 50/17 51/5 51/17 52/14
 53/4
relevant [1]  34/5
reliance [1]  35/8
relief [1]  61/10
relying [1]  33/15
remain [2]  25/3 25/14
remaining [5]  9/1 10/14 24/8
remains [1]  33/18
remedy [3]  14/24 15/8 33/13
remember [2]  23/23 42/23
report [30]  18/12 20/19 23/20
 24/3 29/20 30/1 31/4 31/6 31/8
 36/8 40/23 46/10 49/21 50/15
 50/16 50/19 51/14 51/16 51/16
 51/19 51/22 52/1 52/12 52/12
 52/13 53/16 53/25 54/4 65/10
 65/15
reportable [1]  28/15
reported [2]  33/14 56/17
Reporter [5]  4/19 4/19 19/10
 65/6 65/21
reports [13]  17/17 17/19 18/8
 19/16 20/11 20/24 21/2 51/5
 57/12 57/14 57/15 57/17 57/21
represent [4]  6/8 18/23 35/13
 35/14
representation [1]  11/1
represented [1]  43/8
request [6]  19/19 21/14 51/4
 54/14 59/18 59/20
requested [1]  36/7
requests [3]  19/14 19/15 21/9
require [1]  17/14
required [4]  16/3 27/15 27/15
 54/22
requirement [1]  59/8

**R**

requirements [4]   13/2 13/9
13/22 15/7
requires [2]   26/21 38/2
research [2]   26/1 63/18
resolution [7]   8/25 13/17 16/9
21/18 64/2 64/3 64/6
resolve [2]   10/23 41/11
resolved [3]   14/8 15/1 64/15
resolving [1]   41/10
respect [11]   10/19 11/1 11/2
11/25 11/25 18/17 18/18 28/13
29/22 46/15 56/1
respective [3]   9/2 12/17 15/25
respond [5]   17/14 19/19 25/8
28/19 59/17
responded [1]   60/10
responding [4]   16/3 20/12 21/9
21/11
response [7]   17/9 18/21 24/21
24/22 28/14 63/20 63/21
responsibilities [2]   12/22
47/3
responsible [4]   12/23 13/10
46/13 49/3
result [2]   57/6 60/1
retained [2]   35/15 43/25
return [1]   8/23
returned [1]   9/2
review [4]   31/19 37/13 55/12
57/21
reviewed [1]   56/18
Rhodes [2]   2/14 6/7
rhodestucker.com [1]   2/16
Rice [3]   1/22 11/5 43/13
right [25]   6/20 7/1 9/8 9/17
9/21 19/3 19/6 20/14 23/5 31/3
32/19 36/19 36/24 37/9 37/21
41/15 43/11 46/9 47/23 61/24
62/25 63/7 63/19 63/25 64/20
risk [1]   55/21
RMR [1]   4/19
road [1]   38/16
robert [5]   1/18 1/21 5/14 11/5
39/9
ROBINSON [13]   2/1 5/23 5/23
11/4 11/14 11/20 31/24 37/3
41/6 42/12 42/12 46/23 50/10
robot [1]   14/2
Rod [3]   30/2 30/20 30/20
Rodriguez [2]   6/11 7/4
Rohrback [4]   1/14 5/11 11/4
11/23
role [1]   14/6
roles [2]   12/17 12/22
rolling [4]   22/18 22/23 23/3
23/13
room [4]   23/4 26/25 36/16
48/10
rooms [1]   47/22
routine [1]   39/17
Roxanne [1]   7/9
RPR [1]   4/19
rule [8]   21/21 21/25 26/7 28/3
40/24 41/25 45/20 45/21
rules [5]   13/2 13/21 41/21
41/22 42/16
ruling [1]   30/16
rumination [1]   36/1
run [4]   13/24 38/1 48/16 58/9
Russell [1]   5/12

**S**

said [14]   15/12 20/10 20/11
28/24 33/12 33/13 45/5 51/9
53/14 53/20 53/23 54/3 58/19
65/15
same [11]   5/15 6/4 26/25 31/7
32/10 43/14 46/14 49/15 52/8
60/7 63/21
San [3]   2/23 3/2 3/6
Sanibel [1]   2/15
Sansome [2]   2/23
save [1]   28/8
say [16]   10/6 20/3 22/3 22/16
26/25 28/25 30/14 41/3 50/25
51/25 52/24 54/12 56/13 57/12
57/19 59/21
saying [1]   31/6
says [3]   24/24 45/14 45/16
scanned [2]   29/6 29/7
Scarlato [2]   3/14 7/14
scenario [1]   22/12
Schall [1]   6/11
schedule [9]   42/15 22/19 22/24
24/13 29/19 40/23 41/4 46/22
46/25
schedules [2]   15/19 24/16
scheduling [1]   29/24
Schlesinger [2]   12/20 45/7
Schwartz [1]   7/6
SCRIVEN [2]   1/10 8/16
Scriven's [1]   45/16
seated [2]   25/3 25/14
Seattle [1]   1/15
Second [2]   2/11 49/12
secured [2]   38/7 40/8
security [8]   1/3 5/6 45/19
45/19 47/14 48/5 49/21 53/2
see [9]   17/7 32/13 37/23 39/4
39/24 47/16 57/14 57/24 64/20
seeing [2]   57/15 58/11
seemed [1]   15/9
seems [1]   39/16
seen [3]   18/10 20/8 33/18
select [1]   30/20
selfie [2]   48/1 48/3
send [4]   22/21 41/16 48/1 55/4
sending [1]   58/8
sense [6]   9/5 10/10 11/11
14/22 33/8 48/19
sensitive [1]   36/8
sent [8]   52/6 52/16 54/6 54/9
54/23 59/13 60/18 63/13
separate [6]   19/19 26/14 34/15
34/17 48/25 49/2
series [1]   46/1
serious [1]   6/23
serve [2]   8/16 8/22
served [2]   34/23 35/6
service [4]   57/22 57/23 60/14
60/20
services [1]   38/13
serving [1]   13/15
set [10]   27/1 27/13 29/21
40/21 41/1 41/16 42/8 48/17
49/7 65/16
sets [1]   47/3
setting [2]   26/23 47/3
seven [5]   27/6 42/24 55/11
59/19 63/21
seven-day [1]   63/21
several [4]   17/2 32/4 33/23
50/22

**S**

share [1]   46/3
she [4]   40/3 47/11 51/12 51/15
she's [3]   5/20 40/5 51/13
sheet [1]   55/19
short [4]   8/21 12/7 12/13 45/7
shortcut [1]   12/5
shorthand [2]   65/11 65/15
shortly [1]   44/11
should [20]   9/3 13/7 15/12
15/15 15/18 16/6 16/8 18/24
24/2 25/6 26/1 31/11 35/10
37/12 47/18 54/2 58/18 59/13
61/19 64/12
side [3]   20/24 42/3 62/6
sides [1]   49/8
sign [1]   54/2
signatures [2]   37/14 37/17
signed [2]   20/7 54/2
signers [1]   44/4
significant [11]   14/6 34/25
36/8 50/3 54/13 57/12 57/12
57/13 57/24 63/9 63/15
signing [1]   36/20
Sikora [2]   7/18 7/20
similar [4]   19/13 26/9 28/14
60/24
simple [1]   54/19
simply [2]   45/8 62/19
since [3]   9/8 43/18 63/17
single [2]   31/5 31/18
sir [4]   39/25 43/23 44/15
52/18
sit [3]   12/12 38/6 56/9
sits [1]   33/5
sitting [1]   64/9
size [2]   56/16 57/1
sketches [2]   6/16 6/16
skipping [1]   28/9
slow [1]   55/12
smaher [1]   3/12
small [2]   44/16 63/23
smattering [1]   57/14
smoothly [1]   45/11
so [124]
Social [1]   53/2
solved [1]   45/10
some [36]   14/2 14/12 14/24
15/22 16/9 16/18 17/7 18/4
20/25 21/1 21/24 23/19 24/9
25/25 28/8 29/2 29/12 29/13
30/25 33/7 38/24 41/17 41/21
41/23 42/20 47/16 47/24 49/7
50/13 54/18 58/3 58/4 58/4
59/25 60/16 63/9
somebody [7]   10/12 13/18 13/24
38/17 43/15 46/11 52/25
someone [5]   10/2 14/19 46/12
48/23 58/21
something [21]   9/23 13/25
13/25 13/25 15/15 18/7 25/22
32/5 32/9 39/3 39/16 41/12
41/24 42/2 42/4 48/17 51/16
55/5 56/8 60/22 62/24
sometimes [1]   49/22
somewhat [2]   33/3 35/9
somewhere [1]   32/22
sophistication [1]   59/22
sorry [4]   6/15 12/8 24/21
59/18
sort [13]   14/2 16/8 16/9 18/4
20/11 28/14 29/16 34/20 38/3
38/18 38/22 50/3 60/16

**S**

sounds [1]   11/22
source [1]   52/8
SPANGLER [3]   4/19 65/6 65/21
SPANGLER-FRY [3]   4/19 65/6
  65/21
sparse [1]   15/11
speak [6]   16/13 16/15 18/10
  23/6 39/19 42/3
speaking [1]   39/16
specific [12]   13/4 14/13 14/23
  15/23 18/12 21/1 21/4 21/5
  22/5 27/4 42/18 45/4
specifically [2]   10/24 49/13
specification [1]   29/16
specifics [1]   29/22
speech [1]   12/6
spent [1]   15/14
spinning [1]   49/18
split [1]   11/2
sputter [1]   54/11
ssbny.com [1]   3/20
St [7]   1/23 2/11 3/2 3/6 3/15
  4/11 6/4
Stacey [1]   6/11
stages [1]   16/9
stake [1]   62/8
stand [3]   6/25 11/16 11/16
standard [5]   28/8 29/15 46/18
  50/10 51/1
standards [2]   42/16 42/17
standing [14]   16/12 17/22
  18/19 25/24 26/6 28/12 28/13
  32/15 33/6 45/12 45/14 46/5
  47/10 59/8
standpoint [1]   61/16
start [5]   15/23 23/12 29/17
  37/10 45/20
started [1]   54/2
starting [3]   5/9 14/18 57/24
state [12]   5/8 15/1 26/7 28/12
  32/2 39/20 44/17 44/19 44/23
  63/9 65/3 65/17
stated [1]   65/12
statements [1]   49/8
states [5]   1/1 1/10 1/11 59/8
  65/7
status [4]   1/9 38/23 49/6 49/8
Statute [1]   15/4
statutory [4]   14/14 14/23 15/8
  26/14
stay [4]   8/24 16/6 16/14 17/12
stayed [1]   35/10
staying [2]   15/25 17/3
stays [2]   24/13 47/8
Ste [11]   1/15 1/19 2/11 2/15
  2/19 2/23 3/10 3/15 4/2 4/11
  4/16
stead [2]   5/20 6/25
Steering [7]   11/6 11/7 13/5
  13/12 14/5 38/17 39/14
Steve [1]   7/11
STEVEN [1]   3/9
stick [1]   48/12
still [3]   19/18 24/6 31/21
stipulated [1]   42/6
stolen [1]   44/7
stored [3]   48/15 60/5 60/7
straw [2]   8/21 8/21
Stree [1]   2/23
Street [1]   3/19
strong [2]   56/20 61/22

strongly [1]   61/21
Stubbs [1]   6/12
studied [1]   41/20
studying [1]   15/14
stuff [1]   29/8
Stull [4]   3/18 3/18 7/17 7/17
styled [1]   65/12
subject [5]   34/3 36/9 53/12
  57/2 58/10
submissions [2]   10/17 13/8
submit [1]   49/8
submitted [3]   9/4 12/25 58/1
subsequently [1]   44/8
substantive [4]   33/2 35/24
  37/22 39/12
substantively [1]   33/6
successful [1]   38/1
successfully [1]   46/1
such [5]   25/23 25/23 35/10
  47/6 58/19
suffered [1]   61/1
suffering [1]   17/1
suffice [1]   46/24
sufficient [3]   15/10 25/6
  47/19
suggest [1]   56/15
suggestion [1]   39/11
suing [1]   15/7
suited [1]   10/22
summary [2]   28/24 46/25
supplementation [1]   29/9
support [1]   28/11
suppose [1]   38/8
supposed [5]   10/6 22/9 33/4
  33/17 37/10
sure [25]   10/4 10/12 13/15
  13/21 14/8 15/13 19/10 20/9
  23/1 23/24 24/10 30/12 34/22
  37/2 40/24 41/9 41/12 49/22
  50/15 51/25 52/12 53/13 53/15
  53/22 63/16
surnames [1]   19/4
suspect [2]   37/15 47/16
suspense [1]   10/18
sustained [1]   44/9
swallow [1]   45/20
swift [1]   64/2
system [3]   38/2 38/7 48/7

**T**

table [1]   7/25
take [9]   15/2 22/2 22/22 24/16
  29/19 29/21 32/8 38/17 64/18
taken [1]   64/17
takes [2]   18/21 40/10
taking [1]   34/20
talented [1]   30/25
talk [3]   29/14 42/15 51/21
talking [10]   21/3 39/1 39/2
  39/2 50/22 60/7 60/8 62/6
  62/14 62/15
TAMPA [8]   1/2 1/6 4/20 8/19
  13/19 40/5 65/7 65/17
task [1]   14/8
tasks [1]   13/4
team [2]   13/6 56/14
teams [3]   10/21 10/22 11/2
tech [1]   42/16
tell [2]   10/19 28/10
tells [1]   49/16
tend [5]   19/24 22/22 26/9
  57/21 61/2

tentative [2]   11/21 12/11
term [3]   17/14 17/14 17/21
  27/19 27/20 53/23
test [1]   38/1
than [10]   15/15 16/10 18/8
  18/10 22/11 37/25 41/1 41/4
  56/9 62/9
thank [11]   6/7 7/4 16/16 19/8
  25/4 27/23 28/21 63/22 64/20
  64/22 64/23
Thanksgiving [1]   27/8
that [400]
that's [39]   6/18 10/9 11/11
  12/7 14/3 16/25 17/5 18/7
  18/11 18/24 20/11 20/14 22/14
  24/23 26/10 30/5 30/18 38/16
  42/7 47/5 48/14 49/20 49/23
  49/24 50/2 50/7 50/25 51/6
  51/20 52/7 55/5 56/7 59/2
  62/15 62/24 63/4 63/7 63/7
  64/11
the cyber [1]   26/10
theft [5]   44/1 57/3 58/11
  59/25 60/17
their [30]   9/2 12/17 15/8
  17/18 18/17 18/21 18/23 19/1
  21/10 29/19 33/13 38/2 38/9
  39/2 40/9 44/20 47/4 47/25
  49/1 49/14 49/17 52/16 54/6
  58/24 59/25 60/18 61/13 63/2
  63/3 63/14
them [50]   10/8 10/13 11/25
  13/15 19/25 20/2 20/15 20/16
  21/10 21/11 22/3 22/4 22/21
  26/14 26/20 29/5 29/15 32/20
  35/14 36/25 38/23 41/23 43/6
  43/10 44/9 47/25 48/11 48/12
  48/13 48/14 48/15 48/18 52/16
  53/13 53/20 53/21 56/23 58/1
  59/6 59/7 59/7 59/12 60/11
  60/12 60/22 61/6 61/8 61/8
  61/11 64/14
themselves [2]   27/12 52/8
then [33]   10/24 22/12 24/4
  24/8 24/9 24/21 26/12 26/25
  27/1 28/15 29/19 29/23 32/6
  33/1 33/12 37/13 39/2 40/8
  40/25 41/11 41/16 41/18 42/17
  45/15 45/17 47/1 49/2 51/11
  54/3 59/6 59/7 59/7 61/7
theoretically [1]   30/7
there [57]   9/6 10/14 10/23
  14/15 14/24 17/19 17/21 17/21
  18/16 19/17 20/12 21/1 21/7
  24/5 24/6 25/25 27/2 28/10
  29/2 30/6 30/19 30/20 30/25
  32/9 34/8 34/11 35/24 36/14
  36/21 37/23 38/12 41/18 41/22
  42/9 43/1 43/7 43/17 44/2
  47/24 48/2 49/1 52/2 54/13
  55/9 55/23 55/25 56/6 57/18
  58/1 58/3 58/3 58/3 58/4 60/8
  60/13 62/7 63/15
there's [21]   6/17 15/3 29/2
  29/12 32/22 34/2 34/10 35/8
  35/10 36/20 40/4 42/4 50/6
  51/19 53/8 56/3 56/23 58/12
  58/25 61/4 63/9
therefore [3]   21/11 53/5 60/25
Thereupon [1]   64/24
these [13]   11/23 17/22 18/14
  18/24 25/23 34/5 34/25 42/10
  46/5 55/13 57/20 60/9 62/13

## T

thethompsonlawfirm.net [1]   4/7
they [49]   9/13 10/3 10/6 10/14
 14/22 21/15 22/12 26/9 31/8
 34/12 37/25 38/1 38/13 39/19
 40/3 42/8 42/8 42/25 43/20
 45/2 46/8 48/10 48/11 48/14
 49/1 49/2 49/21 50/5 52/21
 52/22 52/23 53/7 55/4 55/4
 55/20 59/5 59/6 59/24 60/5
 60/15 60/21 61/2 61/9 61/14
 61/14 62/11 62/16 64/14 64/18
they'll [1]   9/24
they're [15]   10/12 17/21 22/1
 38/25 39/1 43/8 43/17 43/18
 43/19 44/25 46/17 47/16 57/23
 59/7 61/11
they've [5]   35/15 39/8 50/4
 50/11 62/12
thing [5]   12/22 15/22 20/11
 24/7 60/6
things [15]   8/18 11/11 19/16
 19/25 20/6 20/7 20/23 22/1
 28/25 42/11 45/11 51/3 51/15
 58/20 64/13
think [56]   8/24 10/4 10/9
 10/23 10/25 11/7 12/1 12/5
 12/9 14/7 14/15 14/16 14/19
 14/22 15/14 15/18 16/20 16/24
 17/25 18/8 18/9 19/9 19/11
 19/18 19/20 21/24 22/4 22/20
 23/9 24/11 25/15 30/6 30/9
 30/12 30/14 30/23 31/1 32/5
 32/8 32/25 33/11 34/4 35/4
 35/17 37/1 37/7 40/20 41/8
 42/22 45/17 46/7 47/17 50/22
 54/3 54/19 58/1
third [3]   1/15 56/2 63/14
Thirty [5]   23/11 24/1 25/5
 27/22 28/7
this [94]
THOMPSON [4]   4/5 4/5 6/12 8/3
those [29]   11/1 13/9 20/2
 20/23 20/24 21/8 21/15 24/7
 26/8 28/23 29/4 30/9 32/19
 33/11 37/7 37/17 39/16 41/4
 44/4 44/21 44/22 50/4 53/4
 56/9 56/18 58/18 59/5 60/10
 61/4
though [4]   30/9 30/14 56/16
 62/3
thought [1]   31/9
thousands [1]   57/14
three [3]   28/10 40/16 58/19
through [9]   28/16 29/12 40/15
 46/8 53/20 59/4 64/8 64/18
 65/10
till [2]   35/10 41/4
time [16]   15/14 21/18 21/21
 22/5 22/14 23/19 23/24 24/9
 24/12 27/1 27/20 27/21 35/22
 47/4 52/11 64/20
times [2]   23/7 60/23
today [11]   5/19 22/10 22/11
 22/12 24/1 24/8 24/14 37/11
 37/11 55/11 63/17
today's [4]   24/14 27/6 29/17
 51/8
together [4]   12/3 12/4 26/8
 64/4
told [2]   6/24 10/1
Tom [1]   6/7

tomorrow [1]   29/17
took [3]   8/13 18/14 48/3
tool [1]   62/19
top [2]   34/12 47/25
traceable [1]   26/10
tracking [1]   47/4
training [1]   10/1
TRANSCRIPT [1]   1/9
transcription [2]   65/10 65/14
transfer [2]   9/24 10/11
transferred [4]   8/25 9/10 9/16
 10/9
travel [4]   38/19 39/13 46/19
 47/7
treat [1]   61/16
treated [1]   20/8
treatment [1]   31/11
Trelease [2]   6/21 8/1 8/3 43/3
trial [6]   9/3 13/6 13/7 27/2
 31/22 42/8
tried [1]   10/12
trifurcated [1]   16/9
true [1]   65/14
trust [1]   64/4
try [4]   13/6 37/7 62/20 64/14
trying [1]   23/22
Tucker [2]   2/14 6/7
Tuesday [3]   37/14 37/16 37/19
turn [2]   29/19 36/13
turnaround [1]   63/21
turned [1]   48/9
two [16]   16/25 24/15 28/12
 31/16 33/18 35/12 40/4 47/1
 49/5 50/24 51/3 51/15 54/9
 57/1 57/13 62/7
two million [5]   16/25 50/24
 54/9 57/13 62/7
type [7]   33/6 34/17 40/24
 42/10 46/18 52/13 62/18
types [9]   20/2 21/8 21/15
 31/16 49/17 51/22 52/6 57/20
 62/9
typical [1]   29/14
typically [18]   18/11 18/20
 18/25 19/15 19/23 20/12 25/21
 25/25 26/5 26/7 34/12 40/3
 42/14 49/14 50/20 51/22 52/5
 55/18

## U

ultimately [2]   25/16 54/22
unavailability [1]   59/10
under [10]   16/11 26/6 26/6
 32/11 32/16 42/1 56/3 58/23
 59/9 60/23
understand [9]   9/22 16/4 17/18
 17/19 20/9 40/24 51/13 53/14
 53/22
understanding [1]   23/18 51/6
understood [2]   53/15 61/17
undertake [1]   55/12
undone [1]   32/24
unfortunate [1]   52/14
unfortunately [1]   45/21
UNITED [4]   1/1 1/10 1/11 65/7
University [1]   4/2
unless [9]   25/17 25/22 32/20
 42/8 43/10 48/16 48/25 60/21
 62/22
unnecessary [1]   39/13
unopposed [1]   42/7
unrelated [2]   33/2 57/4

unreported [3]   29/3 29/4 33/16
unusual [1]   25/22
up [12]   8/13 11/17 12/19 13/25
 30/13 39/18 47/1 48/11 48/17
 63/6 63/17 64/18
Upchurch [1]   30/2
upon [8]   9/10 13/17 14/17 16/4
 30/2 34/19 35/21 46/17
us [20]   11/15 17/20 21/18 22/2
 24/12 25/6 31/1 43/18 44/21
 49/13 49/15 49/16 49/23 52/2
 53/16 53/23 54/8 54/16 55/4
 58/12
use [10]   19/4 47/22 47/23
 48/18 49/14 56/1 62/21 63/5
 63/5 65/10
used [9]   39/8 42/25 43/6 44/7
 48/10 48/12 48/14 49/16 62/19
useful [1]   17/16
using [2]   38/12 48/6
usually [4]   21/13 26/22 34/10
 58/4

## V

valid [1]   47/15
various [2]   12/18 43/6
vein [1]   61/2
verification [1]   55/2
version [1]   12/7
very [11]   11/24 17/16 17/20
 18/2 32/2 36/17 39/20 44/24
 45/11 49/23 61/22
vest [1]   59/5
vice [8]   44/25 45/2 45/5 45/14
 45/16 46/7 47/15 47/18
victim [1]   60/25
video [6]   37/24 38/9 38/10
 38/12 38/14 39/10
view [1]   50/2
virtue [1]   21/6
Vizza [4]   27/9 37/18 45/12
 64/10
voice [1]   14/9
voluminous [1]   29/12
voluntary [1]   21/22
Vosgaian [1]   6/13
vouch [1]   48/25
VUONG [2]   3/1 7/5

## W

WA [1]   1/15
wait [2]   27/1 41/4
waive [1]   53/21
waiver [3]   20/23 20/25 54/4
want [26]   10/3 16/13 16/14
 17/5 17/25 18/22 21/15 23/9
 23/17 26/19 26/25 32/19 38/22
 40/18 45/20 47/16 47/24 48/25
 49/22 53/15 53/21 53/22 54/3
 54/5 58/21 61/8
wanted [7]   19/10 28/2 28/5
 36/11 37/25 55/4 55/22
wants [5]   12/16 16/14 39/24
 40/18 48/24
was [46]   6/24 8/17 9/8 12/6
 15/9 17/21 18/1 18/3 19/12
 20/19 20/20 21/3 21/5 25/17
 31/14 31/15 31/17 32/12 33/14
 37/24 38/1 44/7 44/9 44/10
 44/11 44/23 46/1 46/2 47/11
 47/11 48/2 50/16 50/17 51/5
 51/6 51/6 51/12 51/17 52/4

**W**

was... [7]   52/13 52/14 52/16
  54/23 60/14 60/25 65/9
Washington [2]   3/15 6/17
watching [1]   38/3
Watson [1]   30/2
way [14]   2/15 11/17 14/13
  26/21 33/9 33/14 34/5 38/24
  39/5 45/13 51/5 51/17 57/5
  58/10
ways [3]   43/6 52/2 60/4
wdeft [1]   4/7
we [162]
we'll [14]   17/3 29/17 32/5
  36/17 39/4 41/2 41/16 42/15
  51/21 56/8 61/7 63/8 64/14
  64/18
we're [17]   9/15 16/9 20/24
  23/4 26/2 30/8 35/12 46/2
  49/18 50/22 53/11 57/15 58/11
  62/6 62/14 62/15 64/21
we've [10]   8/18 12/3 16/20
  17/1 19/12 20/21 35/5 37/5
  45/22 52/20
web [1]   48/4
week [4]   37/2 37/13 37/16
  37/19
weeks [1]   24/15
weigh [1]   12/16
Weiselberg [1]   1/19
welcome [1]   8/15
well [33]   7/21 8/15 9/22 12/2
  22/7 23/1 23/4 23/20 25/21
  26/6 26/15 26/22 27/6 31/4
  32/8 33/9 35/8 37/10 39/22
  40/7 43/20 46/22 51/3 54/21
  55/8 55/21 56/13 57/19 61/6
  62/13 63/20 64/1 64/11
went [2]   50/21 52/9
were [19]   10/1 15/7 15/11 18/6
  30/10 30/12 44/18 45/3 45/6
  45/6 48/13 51/4 54/6 55/4
  57/18 59/13 60/8 60/15 60/21
weren't [3]   30/11 52/22 54/23
Westbrook [1]   11/5
what [75]
what's [4]   32/16 33/19 36/7
  40/25
whatever [5]   27/8 44/7 44/14
  45/13 55/20
wheels [1]   49/18
when [19]   13/16 21/18 26/2
  26/22 27/1 30/9 31/7 36/25
  39/1 40/2 40/5 45/3 47/11 48/5
  52/24 56/8 57/12 57/20 59/21
where [15]   6/14 6/18 10/5
  10/10 15/1 15/6 16/24 19/13
  22/16 26/2 28/24 39/12 39/17
  61/12 64/13
wherejusticematters.com [1]
  2/12
WHEREOF [1]   65/16
whereupon [1]   29/20
wherever [1]   27/3
whether [13]   14/20 16/6 16/8
  19/19 20/10 22/21 23/23 26/20
  31/10 51/19 55/4 56/6 59/8
which [24]   11/8 18/4 21/16
  21/21 23/24 27/4 27/12 33/5
  33/13 33/17 36/8 37/24 38/13
  40/10 41/17 47/2 47/3 48/12
  48/20 50/17 51/8 54/2 55/13
  60/24
WHITTEMORE [4]   2/10 2/10 6/4
  11/10
who [47]   5/19 6/23 7/25 8/16
  8/20 9/6 9/12 10/3 11/7 11/8
  12/16 13/6 13/19 13/25 14/5
  17/1 17/2 18/5 30/12 34/6
  40/17 43/8 43/15 43/18 44/3
  44/4 44/19 44/21 44/22 47/24
  48/2 48/24 49/16 49/17 50/11
  53/7 54/17 56/4 58/18 59/24
  59/24 60/16 60/18 61/14 62/10
  64/8 64/9
whole [1]   12/21
whom [3]   52/15 54/5 59/13
whomever [1]   16/15
whose [4]   42/24 43/5 50/24
  54/23
why [3]   50/15 56/24 59/14
wide [1]   33/7
will [56]   9/22 9/23 9/24 13/6
  13/10 14/3 14/7 15/22 16/4
  16/5 17/14 17/25 18/2 19/19
  21/22 24/12 24/15 25/12 26/5
  26/7 27/13 27/14 27/15 29/21
  29/23 29/23 31/6 33/18 34/10
  34/24 35/4 36/4 36/10 36/25
  37/8 37/15 40/23 41/19 42/8
  46/4 46/16 46/19 46/25 49/11
  51/22 54/1 55/11 55/18 55/23
  56/19 57/19 59/9 61/23 63/20
  64/4 64/11
WILLIAM [3]   4/5 4/5 8/2
willing [2]   20/1 20/10
Winter [1]   3/11
wish [3]   29/13 39/18 53/21
wishes [1]   16/15
Wites [1]   2/1
within [13]   22/4 23/10 23/13
  23/14 24/4 24/9 27/5 46/4 51/8
  55/11 57/2 59/11 59/19
without [9]   17/11 19/14 32/21
  38/2 39/16 45/18 54/4 61/1
  63/3
WITNESS [1]   65/16
won't [1]   59/6
WORD [1]   29/15
work [23]   11/2 12/2 12/4 16/19
  19/18 20/1 20/19 20/22 22/24
  24/10 26/21 37/15 38/19 41/12
  41/18 41/18 42/11 45/11 48/18
  51/20 53/20 54/4 64/4
worked [4]   11/23 12/3 21/24
  47/2
working [6]   11/24 17/18 32/3
  64/1 64/9 64/11
works [1]   26/22
worst [1]   22/12
would [75]
wouldn't [4]   50/16 53/7 60/19
  61/3
writers' [1]   29/8
writing [1]   15/22
wrong [2]   49/19 49/19
wrongful [1]   49/14

**Y**

Yeah [1]   20/4
yes [19]   12/15 23/12 24/25
  25/2 25/9 25/15 26/17 27/25
  30/5 39/25 43/2 43/23 44/15
  47/9 52/18 52/19 55/16 62/4
  63/7
York [5]   3/19 15/4 15/7 15/13
  33/13
you [144]
You'd [1]   57/13
you'll [3]   24/4 45/17 48/24
you're [18]   20/10 28/22 38/25
  39/2 40/8 40/14 45/13 45/17
  49/2 52/24 53/3 53/3 53/23
  54/8 54/15 56/7 57/1 58/9
you've [1]   64/10
your [153]
yourself [1]   48/1
yourselves [2]   27/4 41/17