UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: 21st CENTURY ONCOLOGY
CUSTOMER DATA SECURITY BREACH
LITIGATION

MDL No. 2737

Case No. 8:16-md-2737-T-35AEP

_____/

**This Document Relates to ALL CASES**

**<u>ORDER</u>**

This matter comes before the Court upon the parties' Stipulated Protective Order (Doc. 88).  The proposed Protective Order (Doc. 88) sets forth the process by which the parties agree to handle the disclosure, dissemination, and use of confidential and protected information by or on behalf of any party through the discovery and all pretrial processes.  For purposes of discovery and preventing the parties from litigating the issue of confidentiality as to each document, the parties' agreement serves a useful purpose.  As such, the Court finds good cause to issue the protective order.  *See* Fed. R. Civ. P. 26(c)(1).  Upon consideration, therefore, it is hereby

ORDERED:

1.  The parties' Stipulated Protective Order (Doc. 88) is APPROVED, and the proposed method by which the parties agree to handle the disclosure, dissemination, and use of

confidential and protected information is approved and incorporated herein.[1]  This Court's authority to enforce the terms of this agreement shall terminate upon a final determination of this action, however.

DONE AND ORDERED in Tampa, Florida, on this 1st day of December, 2016.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record

---

[1]  As the parties note, when a party seeks to file a document under seal, the Court shall determine the matter upon motion by the party in conformance with Local Rule 1.09, which sets forth the procedures to be followed when a party seeks leave to file under seal.  *See* M.D. Fla. R. 1.09.