**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**IN RE: 21st CENTURY ONCOLOGY
CUSTOMER DATA SECURITY BREACH
LITIGATION**

                                                                                             **MDL No. 2737**

                                                      **Case No: 8:16-md-2737-MSS-AEP**

**This Document Relates to ALL CASES**

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Defendants' Unopposed Motion for Clarification of Order to Specifically Require Production of Non-Party PHI. (Dkt. 94). On November 18, 2016, the Court ordered Defendants to produce their complete expert forensic report as part of their initial disclosures. (Dkt. 81) Defendants inform the Court that attachments to Defendants' expert forensic report contain non-parties' protected health information ("PHI"). (Dkt. 94) Pursuant to the Health Insurance Portability and Accountability Act ("HIPAA"), 45 C.F.R. §§ 164.500-164.534, Defendants request an Order expressly clarifying whether the Court's prior Order, (Dkt. 81), requires production of non-parties' PHI as part of Defendants' disclosure of the forensic report. See 45 C.F.R. § 164.512(e)(1)(i) (allowing for disclosure of PHI when "expressly authorized" by an order of a court or administrative tribunal).

The Court hereby **GRANTS** Defendants' Motion and clarifies that non-parties' PHI contained in Defendants' forensic report and its attachments shall be produced as part of Defendants' initial disclosures.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of December, 2016.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person