**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: 21st CENTURY ONCOLOGY             MDL No. 2737
CUSTOMER DATA SECURITY            Case No: 8:16-md-2737-T-35AEP
BREACH LITIGATION

**This Document Relates to ALL CASES**

**ORDER**

This cause is before the Court on the matter of telephonic appearance by Counsel at future hearings. For Counsel wishing to appear by telephone, it is **ORDERED** as follows:

1. Counsel may appear by telephone by calling on the day of the hearing, **5 minutes prior** to the hearing commencing, the following toll-free number: **1-888-684-8852** and entering the access code **2144347** followed by the security code **1616**.

2. Prior to appearing by telephone, Counsel shall notify appointed local counsel of their desire to appear telephonically and local counsel shall file a notice with the Court no later than **2 calendar days prior to the hearing**, advising of the same.

3. During the Court proceedings, counsel appearing by telephone shall mute their audio and not intercede, leaving all oral presentations to lead and

liaison counsel.

**DONE and ORDERED in** Tampa, Florida this 1st day of February, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party