**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE: 21ST CENTURY ONCOLOGY CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Cases | Case No. 8:16-md-2737-MSS-AEP<br><br>MDL No. 2737 |

**STIPULATATION TO EXTEND CASE DEADLINES**

Plaintiffs[1] and Defendants 21st Century Oncology Investments, LLC and 21st Century Oncology of California, a Medical Corporation (collectively "Defendants" or "21st Century") by and through their respective undersigned counsel, respectfully file this Stipulation to Extend Case Deadlines ("Stipulation") pursuant to Federal Rule of Civil Procedure 6(b), and state as follows:

1.  On January 3, 2017, the Court entered a Case Management and Scheduling Order, providing a January 17, 2017 deadline for Plaintiffs to file their consolidated complaint; a February 16, 2017 deadline for Defendants to answer or move to dismiss the consolidated complaint; and a March 20, 2017 deadline for Plaintiffs to respond to any motion to dismiss by Defendants. ECF No. 97 at 1-2.

2.  On January 17, 2017, Plaintiffs filed their Consolidated Class Action Complaint ("Complaint"). ECF No. 100.

---

[1] "Plaintiffs" refers collectively to Plaintiffs Matthew Benzion, Steven Brehio, Judith Cabrera, James Corbel, Veneta Delucchi, Jackie Griffith, Roxanne Haatvedt, Kathleen LaBarge, Sharon MacDermid, Timothy Meulenberg, Robert Russell, Carl Schmitt, Stacey Schwartz, and Stephen Wilbur.

3.     On February 21, 2017, Defendants filed their Motion To Dismiss Plaintiffs' Consolidated Complaint and Memorandum in Support ("Motion To Dismiss"). ECF No. 116. On the same date, Defendants filed an Unopposed Motion and Memorandum in Support of Motion for Leave To File Motion To Dismiss Out of Time Due To Administrative Error ("Unopposed Motion"). ECF No. 117.

4.     On February 28, 2017, the Court entered an Endorsed Order granting Defendants' Unopposed Motion and providing that Defendants' Motion To Dismiss was deemed timely filed. ECF No. 120. This Order provides that it "does not alter any Case Management and Scheduling Order deadlines." *Id.*

5.     At the February 8, 2017 Status Conference, the Court directed the parties "that upon receipt of [Defendants'] motion to dismiss and a review of it, you'll need to consider fairly quickly whether you need an extension of the response date to the motion to dismiss and get something on file, preferably something that is stipulated." Transcript of February 8, 2017 Status Conference at 31.

6.     On February 10, 2017, the Court entered an Order providing as follows:

Plaintiffs shall have up to and including fourteen (14) days from the date Defendants file their Motion to Dismiss Plaintiffs' Consolidated Complaint to file a motion for leave to conduct additional discovery. The Motion shall not exceed twenty pages. Defendants shall have up to and including seven (7) days thereafter to file a twenty-page response to Plaintiffs' motion. The Parties should NOT expect to be given leave to file a Reply.

ECF No. 115 ¶ 2. Based on the date on which Defendants' Motion To Dismiss is deemed filed (February 16, 2017), the deadline for Plaintiffs to move for leave to conduct additional discovery is March 2, 2017, and the deadline for Defendants to respond to any such motion is March 9, 2017.

2

7. After Defendants' Motion To Dismiss was filed, the parties met and conferred regarding additional discovery that Plaintiffs seek. The parties are optimistic these negotiations are likely to lead to a resolution of the dispute without a motion for leave to conduct additional discovery. However, negotiations regarding this issue are ongoing and require client communication, such that they will not be resolved by March 2, 2017.

8. For this reason, the parties have stipulated and agreed to move the Court for an Order extending the deadline for Plaintiffs to move for leave to conduct additional discovery until March 16, 2017, and extending the deadline for Defendants to respond to any such motion until March 23, 2017.

9. Further, in anticipation of the production and review of documents that Plaintiffs seek to respond to Defendants' Motion To Dismiss, the parties have stipulated and agreed to move the Court for an Order extending the deadline for Plaintiffs to respond to the Motion To Dismiss until April 21, 2017.

10. Based on the available information at this time, the parties believe that these extensions will provide sufficient time for the production and review of documents that Plaintiffs seek in response to Defendants' Motion To Dismiss. However, if unanticipated circumstances arise during the process of negotiations between the parties or any related document production or review, either or both of the parties may move the Court for a further extension of the deadlines specified above.

11. This Stipulation is filed in good faith, in the interest of justice and not for the purposes of undue delay. The parties request the relief stated herein in the interest of judicial

economy and in an attempt to resolve negotiations between the parties without a motion for leave to conduct additional discovery.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their respective counsel of record, that subject to the Court's approval, the deadlines for (1) Plaintiffs to move for leave to conduct additional discovery is extended to March 16, 2017, (2) Defendants to respond to any such motion is extended to March 23, 2017, and (3) Plaintiffs to respond to Defendants' Motion To Dismiss is extended to April 21, 2017.

IT IS SO STIPULATED.

Dated:   March 1, 2017                Respectfully submitted,

| | |
|---|---|
| By: */s/ Cari Campen Laufenberg* | By: */s/ Casie D. Collignon (w/ permission)* |
| Cari Campen Laufenberg | Casie D. Collignon |
| **KELLER ROHRBACK L.L.P.** | Paul G. Karlsgodt |
| 1201 Third Avenue, Suite 3200 | Zachariah J. DeMeola |
| Seattle, WA 98101 | **BAKER HOSTETLER LLP** |
| Telephone: (206) 623-1900 | 1801 California Street, Suite 4400 |
| Facsimile: (206) 623-3384 | Denver, CO  80202-2662 |
| claufenberg@kellerrohrback.com | Tel: (303) 764-4037 |
| | Fax: (303) 861-7805 |
| Daniel S. Robinson | ccollignon@bakerlaw.com |
| **ROBINSON CALCAGNIE, INC.** | pkarlsgodt@bakerlaw.com |
| 19 Corporate Plaza Drive | zdemeola@bakerlaw.com |
| Newport Beach, California 92660 | |
| Telephone: (949) 720-1288 | Jerry R. Linscott |
| Facsimile: (949) 720-1292 | Florida Bar No. 148009 |
| drobinson@robinsonfirm.com | **BAKER HOSTETLER LLP** |
| | 200 South Orange Ave., Suite 2300 |
| *Interim Co-Lead Counsel for Plaintiffs* | Orlando, FL 32801-3432 |
| | Tel: (407) 649-4000 |
| | Fax: (407) 841-0168 |
| | jlinscott@bakerlaw.com |
| | |
| | *Counsel for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March ___, 2017

                                                                                                                                 _____

                                                                                                                                 MARY S. SCRIVEN
                                                                                                                                 United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which sends notice of electronic filing to all counsel of record.

      By: */s/Cari Campen Laufenberg*
      Cari Campen Laufenberg