UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: 21st CENTURY ONCOLOGY
CUSTOMER DATA SECURITY BREACH
LITIGATION

MDL No. 2737

Case No: 8:16-md-2737-MSS-AEP

This Document Relates to ALL CASES

ORDER DIRECTING ADMINISTRATIVE CLOSURE

On May 26, 2017, Defendant 21st Century Oncology Investments, LLC filed a Notice of Bankruptcy and Automatic Stay (Dkt. 158), informing the Court that on May 25, 2017, it filed a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, as Case No. 17-22839-rdd. Additionally, upon independent review of the public bankruptcy docket, the Court notes that the following remaining Defendants have also filed Chapter 11 bankruptcy petitions in the Southern District of New York: 21st Century Oncology Holdings, Inc. (Case No. 17-22770-rdd), 21st Century Oncology, Inc. (Case No. 17-22773-rdd), 21st Century Oncology, LLC (Case No. 17-22774-rdd), 21st Century Oncology Management Services, Inc. (Case No.17-22775-rdd), 21st Century Oncology Services, LLC (Case No. 17-22785-rdd).

Therefore it is hereby **ORDERED** as follows:

1. Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED**;

2. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case and terminate all pending motions;

3. **Defendant 21st Century Oncology of California** is directed to file a status report advising the Court whether it has filed or intends to file a bankruptcy petition and, if not, whether and in what form the matter should proceed as against it;

4. Plaintiffs may reinstate this case upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings. If this suit is resolved by the bankruptcy proceedings, Plaintiffs shall promptly move for dismissal of this case; and

5. Plaintiffs are directed to file and serve, on or before **September 1, 2017**, and every three (3) months thereafter, a status report regarding Defendants' bankruptcy proceedings.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of June, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person