UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: 21ST CENTURY ONCOLOGY
CUSTOMER DATA SECURITY BREACH
LITIGATION

                                      Case No: 8:16-md-2737-MSS-AEP

This Document Relates to ALL CASES
_____

**THE CHARTER OAK FIRE INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**

    Plaintiffs,
v.                                                     Case No: 8:17-cv-582-MSS-AEP

**21ST CENTURY ONCOLOGY SERVICES, LLC et al**

    Defendants.
_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of matters raised during the Status Conference held on February 13, 2018 regarding two cases: <u>In Re: 21st Century Oncology Customer Data Security Breach Litigation</u>, Case No: 8:16-md-2737-MSS-AEP ("MDL Action") and <u>The Charter Oak Fire Insurance Company et al v. 21st Century Oncology Investments, LLC et al</u>, Case No: 8:17-cv-582-MSS-AEP ("Coverage Action"). For the reasons stated at the hearing, it is hereby **ORDERED** that:

1. The Parties shall conduct mediation before Mediator Rodney Max within **FORTY-FIVE (45) DAYS** of the date of this Order.

a. In preparation for the mediation conference, Plaintiffs' Counsel in the MDL action ("MDL Plaintiffs' Counsel) shall provide to both Defendants' Counsel in that case ("MDL Defendants' Counsel") and Plaintiffs' Counsel in the Coverage Action ("Coverage Plaintiffs' Counsel") a preliminary draft of its impending Amended Consolidated Complaint within **FOURTEEN (14) DAYS** of the date of this Order.

b. Within **FOURTEEN (14) DAYS** thereafter,

   i. Coverage Plaintiffs' Counsel shall provide to both MDL Plaintiffs' Counsel and MDL Defendants' Counsel a preliminary draft of its impending Fourth Amended Complaint; and

   ii. MDL Defendants' Counsel shall provide to both MDL Plaintiffs' Counsel and Coverage Plaintiffs' Counsel a brief summation of Defendants' proposed opposition to the Amended Consolidated Complaint in the MDL Action.

c. All preliminary pleadings and responses exchanged by counsel in this mediation effort shall be confidential.

2. The Parties shall file a written notice advising the Court of the outcome of the mediation conference within **SEVEN (7) DAYS** of the completion of the conference.

3. In the event that the matters are not resolved at mediation, the Parties should adhere to the timeline regarding (1) fact discovery, (2) the filing of amended complaints, and (3) the filing of motions to dismiss the amended complaints outlined at the Status Conference. In particular, the timeline is as follows:

a. The Parties shall have **SIXTY (60) DAYS** from the date of their filing of the Notice of the Outcome of Mediation to conduct fact discovery.

b. Plaintiffs in the MDL Action shall have **FOURTEEN (14) DAYS** thereafter to file an Amended Consolidated Complaint in the MDL Action.

c. Defendants in the MDL Action shall have **THIRTY (30) DAYS** from the date of the filing of the Amended Consolidated Complaint in the MDL Action to file a supplement to their previously-filed Motion to Dismiss, which shall not exceed **five (5) pages**.

d. Plaintiffs in the Coverage Action shall have **THIRTY-SEVEN (37) DAYS** from the date of the filing of the Amended Consolidated Complaint in the MDL Action to file a Fourth Amended Complaint in the Coverage Action.

e. Defendants in the Coverage Action shall have **THIRTY (30) DAYS** from the date of the filing of the Fourth Amended Complaint in the Coverage Action to file an Answer or a Motion to Dismiss.

f. Once the potential Motions to Dismiss have been filed, the Court will determine whether the cases should proceed in the normal course or whether a stay of litigation pending the resolution of the Motions is appropriate.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of February, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person