# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| IN RE: 21ST CENTURY ONCOLOGY CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Cases | Case No.: 8:16-md-2737-MSS-AEP<br><br>MDL No. 2737 |

## NOTICE RE MEDIATION

Pursuant to this Court's February 15, 2018 Order, ECF No. 175, the parties hereby report that they were unable to resolve the actions at their April 26, 2018 mediation. The parties remain open to additional mediation in the future

Dated:   May 3, 2018

Respectfully submitted,

By: /s/_____
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
claufenberg@kellerrohrback.com

Daniel S. Robinson
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292
drobinson@robinsonfirm.com

*Interim Co-Lead Counsel for Plaintiffs*

By: /s/_____
Casie D. Collignon
Paul G. Karlsgodt
Zachariah J. DeMeola
**BAKER HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO  80202-2662
Tel: (303) 764-4037
Fax: (303) 861-7805
ccollignon@bakerlaw.com
pkarlsgodt@bakerlaw.com
zdemeola@bakerlaw.com

Jerry R. Linscott
Florida Bar No. 148009
**BAKER HOSTETLER LLP**
200 South Orange Ave., Suite 2300
Orlando, FL 32801-3432

Tel: (407) 649-4000
Fax: (407) 841-0168
jlinscott@bakerlaw.com

*Counsel for Defendants*


By: */s/*
Eugene P. Murphy
**ROBINSON + COLE LLP**
777 Bricknell Avenue, Suite 680
Miami, FL 33131
Telephone: (786) 725-4120
Facsimile: (786) 725-4121
emurphy@rc.com

*Counsel for Plaintiffs,*
*The Charter Oak Fire Insurance Company*
*and Travelers Property Casualty Company*
*of America*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which sends notice of electronic filing to all counsel of record.

By: <u>*/s/ Daniel S. Robinson*</u><br>
Daniel S. Robinson