UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: 21st CENTURY ONCOLOGY
CUSTOMER DATA SECURITY BREACH
LITIGATION

MDL No. 2737

Case No: 8:16-md-2737-MSS-AEP

This Document Relates to ALL CASES

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendants' Unopposed Motion For Supplemental Order To Specifically Require Production Of Additional Non-Party PHI. (Dkt. 189) In connection with the upcoming deposition of Defendants' witness, Plaintiffs have served Defendants with document requests that contain a specific request for documents that include non-parties' protected health information ("PHI"), including, but not limited to, forensic images of the entire database(s) Plaintiffs allege were impacted in the data incident at the heart of this litigation. (Id. at ¶3) Defendants request an Order expressly clarifying that the Court's prior Order at the February 13, 2018 hearing requires production of non-parties' PHI as part of Defendants' discovery obligations. Counsel for Defendants advise that counsel for Plaintiffs do not oppose the requested relief. (Dkt. 189 at ¶1) Defendants attach to the Motion a Stipulated Protocol for the handling of the requested information, which is signed by both Parties' counsel. (Dkt. 189-1)

Accordingly, Defendants' Unopposed Motion For Supplemental Order To Specifically Require Production Of Additional Non-Party PHI, (Dkt. 189), is **GRANTED**. Non-parties' PHI contained in the categories sought by Plaintiffs' document requests shall be produced as part of Defendants' discovery obligations and as specifically outlined in the Parties' Stipulated Protocol. (Dkt. 189-1)

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of July, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person