**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE: 21ST CENTURY ONCOLOGY CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Cases | Case No. 8:16-md-2737-MSS-AEP<br><br>MDL No. 2737 |

**JOINT STATUS REPORT REGARDING MEDIATION**

Pursuant to the Court's December 19, 2019 Order directing the Parties to file a Joint Status Report (Dkt. No. 230), Defendants 21st Century Oncology Investments, LLC and 21st Century Oncology of California (collectively, "Defendants" or "21st Century") and Plaintiffs[1] (collectively, the "Parties"), through counsel, file this joint status report regarding mediation and state as follows:

1. The Parties, including Charter Oak Fire Insurance Company and Travelers Property Casualty Company of America ("Travelers"), who are plaintiffs in the related declaratory relief action (*The Charter Oak Fire Insurance Company et. al v. 21st Century Oncology Investments, LLC et. al*, Case No. 8:17-cv-00582-MSS-AEP), mediated on August 9, 2019 before Hon. Layn R. Philips (Ret.) and, Michelle Yoshida of Phillips ADR Enterprises ("Mediators").

---

[1] "Plaintiffs" refers collectively to Plaintiffs Matthew Benzion, Steven Brehio, Judy Cabrera, Valerie Corbel, Veneta Delucchi, Jackie Griffith, Roxanne Haatvedt, Kathleen LaBarge, Sharon MacDermid, Timothy Meulenberg, Robert Russell, Carl Schmitt, Stacey Schwartz, and Stephen Wilbur.

2. The Parties filed the Mediator's first report on August 9, 2019 (Dkt. No. 218).

3. Following the August 9, 2019 in-person mediation, the Parties and Travelers continued to be actively engaged in settlement negotiations with the assistance of the Mediators.

4. The Parties filed the Mediator's second report on October 10, 2019 (Dkt. No. 223).

5. The Parties and Travelers conducted another in-person mediation on October 17, 2019 before Michelle Yoshida of Phillips ADR Enterprises.

6. The Parties filed the Mediator's third report on October 24, 2019 (Dkt. No. 224).

7. Following the October 10, 2019 in-person mediation, the Parties and Travelers continued to be actively engaged in settlement negotiations with the assistance of the Mediators.

8. The Parties filed the Mediator's fourth report on November 7, 2019 (Dkt. No. 225) and the Mediator's fifth report on November 21, 2019 (Dkt. No. 227).

9. The Parties and Travelers are actively engaged in settlement negotiations with the assistance of the Mediators.  While a settlement has not been reached as of the date of this filing, the Parties and Travelers have made steady progress since the August 9, 2019 in-person mediation and wish to continue to explore settlement negotiations and request an additional thirty (30) days to further explore potential settlement of the data breach and related coverage cases.

Respectfully submitted this 27th day of December 2019.

By: */s/ Daniel S. Robinson*
Daniel S. Robinson
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292
drobinson@robinsonfirm.com

Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
claufenberg@kellerrohrback.com

*Interim Co-Lead Counsel for Plaintiffs*

By: */s/ Casie D. Collignon*
Casie D. Collignon
Paul G. Karlsgodt
**BAKER HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Tel: (303) 861-0600
Fax: (303) 861-7805
ccollignon@bakerlaw.com
pkarlsgodt@bakerlaw.com

Jerry R. Linscott
Florida Bar No. 148009
**BAKER HOSTETLER LLP**
200 South Orange Ave., Suite 2300
Orlando, FL 32801-3432
Tel: (407) 649-4000
Fax: (407) 841-0168
jlinscott@bakerlaw.com

*Counsel for Defendants*